# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

824 Market Street
Wilmington, DE 19801
(302) 252-2900

November 30, 2004

To: United States District Court
for the District of Massachusetts
1 Courthouse Way
Boston, MA 02210

Re: **Lernout & Hauspie Speech Products NV v KPMG, LLP.**
**Adversary Case No. 04-54842**

Enclosed is the certified copy of the docket along with the CD-ROM of the documents, and the order transferring venue of this case to the United States District Court for the District of Massachusetts. Order was signed on 11/23/04. Please receipt and return a copy of this transmittal.

For additional information, the website for the Bankruptcy Court, District of Delaware can be obtained by accessing www.deb.uscourts.gov.

Sincerely,

By: _____
Deputy Clerk

David Bird, Clerk

Approved: _____
Supervisor

I, _____, hereby acknowledge receipt of the above Record on Transferring of case this _____ day of _____, 2004.

_____                    _____
Deputy Clerk                                                  Supervisor

## TRANSMITTAL SHEET FOR TRANSFER OF VENUE TO THE
## U.S. DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Adversary Case #:** | **04-54842** |
| **Related Bankruptcy Case #:** | 00-04398 |
| **District Court Civil Action#:** | |
| **Deputy Clerk Transferring Case:** | Lisa M. Dunwody |
| **Case Type:** | Adversary |
| **Nature of Suit:** | Other Action |
| **Cause of Transmittal:** | Transfer of Venue to the U.S. District Court for the District of Massachusetts |
| **Parties:** | Scott L. Baena, Litigation Trustee of the Lernout & Hauspie Speech Products N.V. Litigation Trust v. KPMG, LLP. |
| **Plaintiff's Counsel:** | **Lisa L. Coggins**<br>Ferry, Joseph, Pearce, P.A.<br>824 Market Street<br>Suite 904<br>Wilmington, DE 19801<br>302-575-1555<br>Fax : 302-575-1714<br>Email: lcoggins@ferryjoseph.com<br><br>**Theodore J. Tacconelli**<br>Ferry & Joseph P. A.<br>824 Market Street<br>Suite 904<br>Wilmington, DE 19899<br>usa<br>302 575-1555<br>Fax : 302-575-1714<br>Email: ttacconelli@ferryjoseph.com |
| **Defendant's Counsel:** | **Brett Fallon**<br>Morris, James, Hitchens & Williams<br>222 Delaware Avenue<br>10th Floor<br>Wilmington, DE 19801 |

usa
302-888-6888
Fax : 302-571-1750
Email: bfallon@morrisjames.com

**Douglas N. Candeub**
Morris, James, Hitchens & Williams, LLP
222 Delaware Avenue
10th Floor
Wilmington, DE 19801
302-888-6854
Fax : 302-571-1750
Email: dcandeub@morrisjames.com

**Klynveld Peat Marwick Goerdeler**
**Bedrijfsrevisoren**

revised: 10/20/03
T:\lmd\LernoutTransmittal.wpd