**ANSDue, TRANSOUT**

# U.S. Bankruptcy Court
## District of Delaware (Delaware)
## Adversary Proceeding #: 04-54842-JHW

*Assigned to:* Judith H. Wizmur
*Related BK Case:* 00-04398
*Related BK Title:* LERNOUT & HAUSPIE SPEECH PRODUCTS N.V. and Lernout & Hauspie Speech Products N.V., et al.
*Demand:* $340000
*Nature of Suit:* 498

*Date Filed:* 08/02/04

**Plaintiff**
-----------------------

| | | |
|---|---|---|
| **Scott L. Baena, Litigation Trustee of the Lernout & Hauspie Speech Products, N.V. Litigation Trust** | represented by | **Lisa L. Coggins**<br>Ferry, Joseph, Pearce, P.A.<br>824 Market Street<br>Suite 904<br>Wilmington, DE 19801<br>302-575-1555<br>Fax : 302-575-1714<br>Email: lcoggins@ferryjoseph.com |
| | | **Theodore J. Tacconelli**<br>Ferry & Joseph P. A.<br>824 Market Street<br>Suite 904<br>Wilmington, DE 19899<br>usa<br>302 575-1555<br>Fax : 302-575-1714<br>Email: ttacconelli@ferryjoseph.com |

V.

**Defendant**
**-----------------------**

| | | |
|---|---|---|
| **KPMG LLP** | represented by | **Brett Fallon**<br>Morris, James, Hitchens & Williams<br>222 Delaware Avenue<br>10th Floor<br>Wilmington, DE 19801<br>usa<br>302-888-6888<br>Fax : 302-571-1750<br>Email: bfallon@morrisjames.com |
| | | **Douglas N. Candeub**<br>Morris, James, Hitchens & Williams, LLP<br>222 Delaware Avenue<br>10th Floor<br>Wilmington, DE 19801<br>302-888-6854<br>Fax : 302-571-1750<br>Email: dcandeub@morrisjames.com |

**Klynveld Peat Marwick**
**Goerdeler Bedrijfsrevisoren**

| Filing Date | # | Docket Text |
|---|---|---|
| 08/02/2004 | [1](#) | Complaint by Scott L. Baena, Litigation Trustee of the Lernout & Hauspie Speech Products, N.V. Litigation Trust against KPMG LLP, Klynveld Peat Marwick Goerdeler Bedrijfsrevisoren. Fee Amount $150 Nature of Suit: 498 (Other Action). AP Summons Served due date: 11/30/2004. (Tacconelli, Theodore) (Entered: 08/02/2004) |

| | | | |
|---|---|---|---|
| 08/02/2004 | | 2 | Receipt of filing fee for Complaint(04-54842-JHW) [cmp,cmp] ( 150.00). Receipt Number 0311B1598840, amount $ 150.00. (U.S. Treasury) (Entered: 08/02/2004) |
| 08/02/2004 | | 3 | Summons and Notice of Pretrial Conference Served on Defendant KPMG LLP. (related document1 ) Pretrial Conference set for 9/21/2004 at 02:00 PM (check with court for location). Answer due date: 9/1/2004. (Attachments: # 1 Certificate of Service) (Coggins, Lisa) (Entered: 08/02/2004) |
| 10/04/2004 | | 4 | Motion to Transfer Adversary To Another District --*KPMG LLP's MOtion To Transfer The Action To The District Of Massachusetts* Filed by KPMG LLP. (Attachments: # 1 Attachment - Opening Brief In Support Of KPMG LLP's Motion To Transfer The Action To The District Of Massachusetts# 2 Declaration Of Douglas N. Candeub In Support Of KPMG LLP's Motion To Transfer Action To The District Of Massachusetts# 3 Exhibit A# 4 Exhibit B# 5 Exhibit C-1# 6 Exhibit C-2, Part 1# (7) Exhibit C-2, Part 2# 8 Exhibit C-2, Part 3# 9 Exhibit C-2, Part 4# 10 Exhibit C-3, Part 1# 11 Exhibit C-3, Part 2# 12 Exhibit C-3, Part 3# 13 Exhibit C-4, Part 1# 14 Exhibit C-4, Part 2# 15 Exhibit C-5, Part 1# 16 Exhibit C-5, Part 2# 17 Exhibit C-5, Part 3# 18 Exhibit C-5, Part 4# 19 Exhibit C-6, Part 1# 20 Exhibit C-6, Part 2# 21 Exhibit C-6, Part 3# 22 Exhibit C-6, Part 4# 23 Exhibit D# 24 Exhibit E# 25 Proposed Form of Order # 26 Affidavit of Service) (Candeub, Douglas) (Entered: 10/04/2004) |
| 10/04/2004 | | 5 | Opening Brief *(Corrected) in Support of KPMG LLP's Motion to Transfer the Action to the District of Massachusetts* (related document(s)4 ) Filed by KPMG LLP (Candeub, Douglas) (Entered: 10/04/2004) |

| | | |
|---|---|---|
| 10/15/2004 | 6 | Motion to Extend Time *Litigation Trustee's Motion to Extend Deadline to File Response to KPMG LLP's Motion to Transfer the Action to the District of Massachusetts* (related document(s)4 ) Filed by Scott L. Baena, Litigation Trustee of the Lernout & Hauspie Speech Products, N.V. Litigation Trust.. (Attachments: # 1 Proposed Form of Order # 2 Certificate of Service) (Coggins, Lisa) (Entered: 10/15/2004) |
| 10/18/2004 | 7 | Motion to Approve --*KPMG LLP's Cross-Motion For Expedited Consideration of Transfer Motion And For Enlargement Of Time To Respond To The Complaint* (related document(s)4 ) Filed by KPMG LLP.. (Attachments: # 1 Proposed Form of Order # 2 Affidavit of Service) (Fallon, Brett) (Entered: 10/18/2004) |
| 10/18/2004 | 8 | Brief --*Defendant KPMG LLP's Opposition To Litigation Trustee's Motion To Extend Deadline To File Response To Transfer Motion And Cross-Motion For Expedited Consideration Of Transfer Motion And For Enlargement Of Time To Repond To The Complaint* (related document(s)6, 7 ) Filed by KPMG LLP (Attachments: # 1 Exhibit A# 2 Affidavit of Service) (Fallon, Brett) (Entered: 10/18/2004) |
| 10/19/2004 | 9 | Affidavit/Declaration of Service *(Supplemental) of Andrea L. Del Collo* (related document(s)6 ) Filed by Scott L. Baena, Litigation Trustee of the Lernout & Hauspie Speech Products, N.V. Litigation Trust (Tacconelli, Theodore) (Entered: 10/19/2004) |
| 10/22/2004 | 10 | Notice of Hearing --*Notice of Hearing on Motions* Filed by KPMG LLP. Hearing scheduled for 10/28/2004 at 10:00 AM at U.S. Bankruptcy Court, District of Delaware, 824 Market Street, 3rd Floor, Wilmington, DE 19801. (Attachments: # 1 Certificate of Service)(Candeub, Douglas) (Entered: 10/22/2004 |

| | | |
|---|---|---|
| 10/25/2004 | 11 | Reply */Litigation Trustee's Reply To Defendant KPMG LLP's Opposition To Litigation Trustee's Motion To Extend Deadline To File Response To Transfer Motion* (related document(s)7 ) Filed by Scott L. Baena, Litigation Trustee of the Lernout & Hauspie Speech Products, N.V. Litigation Trust (Attachments: # 1 Certificate of Service) (Tacconelli, Theodore) (Entered: 10/25/2004) |
| 10/27/2004 | 12 | Motion to Appear pro hac vice --*Motion and Order For Admission Pro Hac Vice of Julian J. Moore, Esquire* Filed by KPMG LLP. (Attachments: # 1 Affidavit of Service) (Fallon, Brett) (Entered: 10/27/2004) |
| 10/27/2004 | 13 | Motion to Appear pro hac vice --*Motion and Order For Admission Pro Hac Vice of Sean Knowles, Esquire* Filed by KPMG LLP. (Attachments: # 1 Affidavit of Service) (Fallon, Brett) (Entered: 10/27/2004) |
| 10/27/2004 | 14 | Motion to Appear pro hac vice --*Motion and Order For Admission Pro Hac Vice of Suong T. Nguyen, Esquire* Filed by KPMG LLP. (Attachments: # 1 Affidavit of Service) (Fallon, Brett) (Entered: 10/27/2004) |
| 10/27/2004 | 15 | Motion to Appear pro hac vice --*Motion and Order For Admission Pro Hac Vice of Michael P. Carroll, Esquire* Filed by KPMG LLP. (Attachments: # 1 Affidavit of Service) (Fallon, Brett) (Entered: 10/27/2004) |
| 10/27/2004 | 16 | Motion to Appear pro hac vice --*Motion and Order For Admission Pro Hac Vice of Michael S. Flynn, Esquire* Filed by KPMG LLP. (Attachments: # 1 Affidavit of Service) (Fallon, Brett) (Entered: 10/27/2004) |

| | | |
|---|---|---|
| 10/29/2004 | 17 | Certification of Counsel (related document(s)4, 6, 7 ) Filed by KPMG LLP (Attachments: # 1 Proposed Form of Order # 2 Affidavit of Service) (Candeub, Douglas) (Entered: 10/29/2004) |
| 11/09/2004 | 18 | Response to *Litigation Trustee's Opposition to Defendant KPMG LLP's Motion to Transfer and Memorandum of Law* (related document(s)4 ) Filed by Scott L. Baena, Litigation Trustee of the Lernout & Hauspie Speech Products, N.V. Litigation Trust (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Certificate of Service) (Coggins, Lisa) (Entered: 11/09/2004) |
| 11/09/2004 | 19 | Scheduling Order. (related document(s) 4, 6, 7, 17). Signed on 11/1/2004. (LCN, ) (Entered: 11/09/2004) |
| 11/10/2004 | 20 | Order Granting Motion To Appear pro hac vice of Julian J. Moore (Related Doc # 12) Order Signed on 11/1/2004. (TK, ) (Entered: 11/10/2004) |
| 11/10/2004 | 21 | Order Granting Motion To Appear pro hac vice of Sean Knowles (Related Doc # 13) Order Signed on 11/1/2004. (TK, ) (Entered: 11/10/2004) |
| 11/10/2004 | 22 | Order Granting Motion To Appear pro hac vice of Suong T. Nguyen (Related Doc # 14) Order Signed on 11/1/2004. (TK, ) (Entered: 11/10/2004) |
| 11/10/2004 | 23 | Order Granting Motion To Appear pro hac vice of Michael P. Carroll (Related Doc # 15) Order Signed on 11/1/2004. (TK, ) (Entered: 11/10/2004) |
| 11/10/2004 | 24 | Order Granting Motion To Appear pro hac vice of Michael S. Flynn (Related Doc # 16) Order Signed on 11/1/2004. (TK, ) (Entered: 11/10/2004) |
| 11/10/2004 | 25 | Notice of Service *Notice of Filing* (related document(s)18 ) Filed by Scott L. Baena, Litigation |

| | | |
|---|---|---|
| | | Trustee of the Lernout & Hauspie Speech Products, N.V. Litigation Trust (related document(s)18). (Attachments: # 1 Attachment # 2 Certificate of Service)(Coggins, Lisa) (Entered: 11/10/2004) |
| 11/11/2004 | 26 | Stipulation Between Scott L. Baena, Litigation Trustee of the Lernout & Hauspie Speech Products, N.V. Litigation Trust and Klynveld Peat Marwick Goerdeler Bedrijfsrevisoren. Filed by Scott L. Baena, Litigation Trustee of the Lernout & Hauspie Speech Products, N.V. Litigation Trust.. (Attachments: # 1 Certificate of Service) (Tacconelli, Theodore) (Entered: 11/11/2004) |
| 11/15/2004 | 27 | Memorandum of Law --*KPMG LLP's Reply Memorandum of Law in Further Support of its Motion to Transfer the Action to the District of Massachusetts* (related document(s)18 ) Filed by KPMG LLP (Attachments: # 1 Exhibit A, Part 1# 2 Exhibit A, Part 2# 3 Exhibit B, Part 1# 4 Exhibit B, Part 2# 5 Exhibit B, Part 3# 6 Exhibit B, Part 4# 7 Exhibit C# 8 Exhibit D# 9 Exhibit E# 10 Exhibit F# 11 Exhibit G# 12 Exhibit H# 13 Exhibit I# 14 Affidavit of Service) (Candeub, Douglas) Modified on 11/16/2004 (MJY, ). (Entered: 11/15/2004) |
| 11/19/2004 | 28 | Notice of Agenda of Matters Scheduled for Hearing *[TELEPHONIC] on November 23, 2004 at 3:00 p.m.* Filed by Scott L. Baena, Litigation Trustee of the Lernout & Hauspie Speech Products, N.V. Litigation Trust. Hearing scheduled for 11/23/2004 at 03:00 PM (check with court for location). (Attachments: # 1 Certificate of Service)(Coggins, Lisa) (Entered: 11/19/2004) |
| 11/24/2004 | 29 | Order And Stipulation Granting The Stipulation Between Scott L. Baena, Litigation Trustee of the Lernout & Hauspie Speech Products, N.V. Litigation Trust and Klynveld Peat Marwick Goerdeler Bedrijfsrevisoren. (Related Doc # 26) Signed on |

| | | |
|---|---|---|
| | | 11/16/2004. (JMP, ) (Entered: 11/24/2004) |
| 11/29/2004 | 30 | (ENTERED IN ERROR) Order Granting Motion To Transfer Venue to District Of Massachusetts Signed on 11/23/2004. (Related Doc # 4, 28) (DKF, ) Modified Date Signed on 11/29/2004 (DKF, ). Modified on 11/30/2004 (DKF, ). (Entered: 11/29/2004) |
| 11/29/2004 | 31 | Order and Stipulation Between Scott L. Baena, Litigation Trustee of the Lernout & Hauspie Speech Products, N.V. Litigation Trust and Klynveld Peat Marwick Goerdeler Bedrijfsrevisoren Signed on 11/23/2004. (related document(s)26 ) (DKF, ) (Entered: 11/29/2004) |
| 11/30/2004 | 32 | Proceeding Memo Regarding Minutes of Telephone Conference Call Held November 23, 2004. (related document(s)28, 4 ) (DKF, ) (Entered: 11/30/2004) |
| 11/30/2004 | 33 | Transmittal of Transfer of Venue to USDC District of Massachusetts (related document(s)29, 31, 4 ) (LMD, ) (Entered: 11/30/2004) |
| 12/02/2004 | 34 | Certification of Counsel (related document(s)4 ) Filed by KPMG LLP (Attachments: # 1 Proposed Form of Order # 2 Affidavit of Service) (Fallon, Brett) (Entered: 12/02/2004) |
| 12/11/2004 | 35 | Notice of Receipt of Record of Entire Case File to the United States District Court for the District of Massachusetts (related document(s)30, 33 ) Filed by United States District Court (LMD, ) Modified on 12/16/2004 (LMD, ). (Entered: 12/16/2004) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 12/16/2004 16:43:06 | | | |
| **PACER Login:** | us2510 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 04-54842-JHW Fil or Ent: Fil From: 8/2/2004 To: 12/16/2004 Doc From: 0 Doc To: 99999999 Term: y Links: n Format: HTMLfmt |
| **Billable Pages:** | 4 | **Cost:** | 0.28 |