## United States Bankruptcy Court
## District of Delaware

| | |
|---|---|
| In re: ) | |
| ) | Chapter: 11 |
| LERNOUT & HAUSPIE SPEECH ) | |
| PRODUCTS N.V., et al.,, ) | Case No.: 00-4398 (JHW) |
| Debtor ) | |
| _____ ) | |
| SCOTT L. BAENA, LITIGATION TRUSTEE OF ) | |
| THE LERNOUT & HAUSPIE SPEECH ) | |
| PRODUCTS N.V. LITIGATION TRUST,, ) | |
| ) | |
| Plaintiff ) | Adv. Proc. No.: 04-54842 |
| v. ) | |
| ) | |
| KPMG LLP and KLYNVELD PEAT MARWICK ) | |
| GOERDELER BEDRIJFSREVISOREN, ) | |
| ) | |
| Defendant. ) | |

### SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
### IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

    Address of Clerk:    824 Market Street, 3rd Floor
                                 Wilmington, DE 19801

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorneys:

| | |
|---|---|
| Nathan G. Mancuso, Esq. | Theodore J. Tacconelli, Esq. |
| Scott G. Klein, Esq. | Lisa L. Coggins, Esq. |
| Bilzin Sumberg Baena Price & Axelrod LLP | Ferry, Joseph & Pearce, P.A. |
| 2500 First Union Financial Center | 824 Market Street, Suite 904 |
| 200 South Biscayne Boulevard | Wilmington, DE 19801 |
| Miami, Florida 33131-2336 | |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.



United States Bankruptcy Court for the District of Delaware

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held on September 21, 2004 at 2:00 p.m. in the U. S. Bankruptcy Court, The Mitchell H. Cohen Courthouse, 4th & Cooper Streets, Camden, NJ.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

                                                              /s/ David D. Bird
                                                             *Clerk of the Bankruptcy Court*

Date: August 2, 2004