IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| LERNOUT & HAUSPIE SPEECH ) | Case No. 00-4398 (JHW) |
| PRODUCTS N.V., ) | (Jointly Administered) |
| ) | |
| Debtor. ) | |
| ) | |
| SCOTT L. BAENA, LITIGATION TRUSTEE ) | |
| OF THE LERNOUT & HAUSPIE SPEECH ) | |
| PRODUCTS N.V. LITIGATION TRUST, ) | |
| ) | Adv. Pro. No. 04-54842 (JHW) |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| KPMG LLP and KLYNFELD PEAT MARWICK ) | |
| GOERDELER BEDRIJFREVISOREN, ) | |
| ) | |
| Defendants. ) | |

## KPMG LLP'S MOTION TO TRANSFER THE ACTION
## TO THE DISTRICT OF MASSACHUSETTS

Defendant KPMG LLP ("KPMG US" or "Defendant") by its undersigned counsel, hereby moves this Court for a transfer of the venue of this adversary proceeding to the United States District Court for District of Massachusetts, pursuant to 28 U.S.C. § 1404(a), 28 U.S.C. § 1412, and Federal Rule of Bankruptcy Procedure 7087.

This is an action brought on behalf of the debtor's estate against KPMG US and Klynfeld Peat Marwick Goerdeler Bedrijfrevisoren ("KPMG Belgium"), alleging accounting malpractice. The allegations in the Complaint overlap with those made in numerous shareholder and other actions against KPMG US and KPMG Belgium, which are presently pending in federal court in the District of Massachusetts. These and other grounds for this motion are further detailed in the accompanying Opening Brief.

TMH/103194-0002/1046032/1

WHEREFORE, KPMG US respectfully requests this Court to transfer this adversary proceeding to the United States District Court for the District of Massachusetts.

Dated: October 4, 2004

MORRIS, JAMES, HITCHENS & WILLIAMS LLP

_____
Brett D. Fallon (#2480)
Douglas N. Candeub (#4211)
222 Delaware Avenue, 10th Floor
Post Office Box 2306
Wilmington, Delaware 19899
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: bfallon@morrisjames.com
E-mail: dcandeub@morrisjames.com
Attorneys for Defendant KPMG LLP

OF COUNSEL:
Michael P. Carroll
Michael S. Flynn
Suong T. Nguyen
Julian J. Moore
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017
Telephone: (212) 450-4000
Facsimile: (212) 450-3800

2

TMH/103194-0002/1046032/1