IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LERNOUT & HAUSPIE SPEECH PRODUCTS N.V., | ) ) | Case No. 00-4398 (JHW) (Jointly Administered) |
| | ) | |
| Debtor. | ) ) | |
| SCOTT L. BAENA, LITIGATION TRUSTEE OF THE LERNOUT & HAUSPIE SPEECH PRODUCTS N.V. LITIGATION TRUST, | ) ) ) ) | |
| | ) | Adv. Pro. No. 04-54842 (JHW) |
| Plaintiff, | ) | |
| v. | ) ) | |
| KPMG LLP and KLYNFELD PEAT MARWICK GOERDELER BEDRIJFREVISOREN, | ) ) ) | |
| Defendants. | ) ) | |

## ORDER

Upon consideration of KPMG LLP's Motion to Transfer the Action to the District of Massachusetts, and upon finding said motion to be meritorious, it is hereby ORDERED that the Motion is GRANTED.

SO ORDERED this ___ day of _____, 2004.

_____
United States Bankruptcy Judge

TMH/103194-0002/1046032/1