IN THE UNITED STATES BANKRUTPCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LERNOUT & HAUSPIE SPEECH PRODUCTS N.V., | ) ) | Case No. 00-4398 (JHW) |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| SCOTT L. BAENA, LITIGATION TRUSTEE OF THE LERNOUT & HAUSPIE SPEECH PRODUCTS N.V. LITIGATION TRUST, | ) ) ) ) ) | |
| | ) | Adv. Pro. No. 04-54842 (JHW) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KPMG LLP AND KLYNFELD PEAT MARWICK GOERDELER BEDRIJFREVISOREN, | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**ORDER EXTENDING DEADLINE TO RESPOND TO KPMG LLP'S MOTION TO TRANSFER THE ACTION TO THE DISTRICT OF MASSACHUSETTS**

This matter came before the Court upon the Motion to Extend Deadline to Respond to KPGM's Motion to Transfer the Action to the District of Massachusetts (the "Motion") filed by Scott L. Baena, as Litigation Trustee of the Lernout & Hauspie Speech Products N.V. Litigation Trust (the "Litigation Trustee"); and the Court having reviewed the Motion; and it appearing that the Court has jurisdiction over this matter; and it appearing that proper and adequate notice has been given and that no other further notice is necessary; and after due deliberation and sufficient cause appearing therefore, it is

ORDERED that the Motion is granted in its entirety and that the deadline for the Litigation Trustee to file and serve an objection to the Motion to Transfer (as defined in the Motion) is extended to _____, 2004, without prejudice to the Litigation Trustee's ability to seek further extensions.

Dated: Wilmington, Delaware
_____, 2004

_____
United States Bankruptcy Judge