**CERTIFICATE OF SERVICE**

       I, Lisa L. Coggins, hereby certify that on this 15th day of October, 2004, I caused one copy of the foregoing Litigation Trustee's Motion to Extend Deadline to File Response to KPMG LLP's Motion to Transfer the Action to the District of Massachusetts to be served upon the following parties in the manner indicated:

**BY HAND DELIVERY**

Stephen M. Miller, Esq.
Douglas N. Candeub, Esq.
Brett D. Fallon, Esq.
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE  19801

**BY FIRST CLASS MAIL**

Michael P. Carroll, Esq.
Michael S. Flynn, Esq.
Davis Polk & Wardell
450 Lexington Avenue
New York, NY 10017


Under penalty of perjury, I declare that the foregoing is true and correct.


                                    /s/ Lisa L. Coggins
                                    Lisa L. Coggins, Esq.