IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LERNOUT & HAUSPIE SPEECH | ) | Case No. 00-4398 (JHW) |
| PRODUCTS N.V., | ) | (Jointly Administered) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| SCOTT L. BAENA, LITIGATION TRUSTEE | ) | |
| OF THE LERNOUT & HAUSPIE SPEECH | ) | |
| PRODUCTS N.V. LITIGATION TRUST, | ) | |
| | ) | Adv. Pro. No. 04-54842 (JHW) |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| KPMG LLP and KLYNFELD PEAT MARWICK | ) | |
| GOERDELER BEDRIJFREVISOREN, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Upon consideration of Defendant KPMG LLP's Opposition to Litigation Trustee's Motion to Extend Deadline to File Response to Transfer Motion and Cross-Motion for Expedited Consideration of Transfer Motion and For Enlargement of Time to Respond to the Complaint, and upon finding said cross-motion to be meritorious, it is hereby ORDERED that the Litigation Trustee's Motion to Extend Deadline to File Response to Transfer Motion is DENIED, and KPMG US's cross-motion is GRANTED in its entirety.

SO ORDERED this ___ day of _____, 2004.

_____
United States Bankruptcy Judge

BDF/103194-0002/1049951/1