IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LERNOUT & HAUPSIE SPEECH | ) | Case No. 00-4398 (JHW) |
| PRODUCTS, N.V., et.al. | ) | |
| | ) | Jointly Administered |
| Debtor. | ) | |
| | ) | |
| SCOTT L. BAENA, LITIGATION | ) | |
| TRUSTEE OF THE LERNOUT & | ) | |
| HAUSPIE SPEECH PRODUCTS N.V. | ) | |
| LITIGATION TRUST, | ) | |
| | ) | Adv. Proc. No. 04-54842 (JHW) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KPMG LLP and KLYNFELD PEAT | ) | |
| MARWICK GOERDELER | ) | |
| BEDRIJFREVISOREN, | ) | |
| | ) | |
| Defendants. | ) | |

### AFFIDAVIT OF VICTORIA GUILFOYLE, PARALEGAL

STATE OF DELAWARE    :
                     : SS:
NEW CASTLE COUNTY    :

I, Victoria Guilfoyle, certify that I am, and at all times during the service, have been an employee of Morris, James, Hitchens & Williams LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on October 18, 2004, I caused to be served:

**KPMG LLP'S CROSS-MOTION FOR EXPEDITED CONSIDERATION
OF TRANSFER MOTION AND FOR ENLARGEMENT OF TIME
TO RESPOND TO THE COMPLAINT**

Service was completed upon the parties on the attached list in the manner indicated thereon.

VAG/103194-0002/1049957/1

Date:   October 18, 2004

_____
Victoria Guilfoyle

SWORN AND SUBSCRIBED before me this 18th day of October 2004.

_____
NOTARY
My commission expires:_____

ELLEN J. ZICKEFOOSE
Notary Public - State of Delaware
My Comm. Expires Feb. 21, 2007

**VIA HAND DELIVERY**

Theodore J. Tacconelli, Esq.
FERRY JOSEPH &PEARCE, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
Telephone: (302) 575-1555
Facsimile: (302) 575-1714
*(Co-counsel for Scott L. Baena, Litigation Trustee of the Lernout & Hauspie Speech Products N.V. Litigation Trust)*

**VIA FIRST CLASS MAIL**

David W. Trench, Esq.
Nathan G. Mancuso, Esq.
Scott G. Klein, Esq.
BILZIN SUMBERG BAENA PRICE & AXELROD LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, FL 33131-2336
Telephone: (305) 374-7580
Facsimile: (305) 374-7593
*(Co-counsel for Scott L. Baena, Litigation Trustee of the Lernout & Hauspie Speech Products N.V. Litigation Trust)*

VAG/103194-0002/1049957/1