IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LERNOUT & HAUPSIE SPEECH PRODUCTS, N.V., et.al. | ) ) ) | Case No. 00-4398 (JHW) |
| | ) | Jointly Administered |
| Debtor. | ) ) | |
| SCOTT L. BAENA, LITIGATION TRUSTEE OF THE LERNOUT & HAUSPIE SPEECH PRODUCTS N.V. LITIGATION TRUST, | ) ) ) ) ) | |
| | ) | Adv. Proc. No. 04-54842 (JHW) |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| KPMG LLP and KLYNFELD PEAT MARWICK GOERDELER BEDRIJFREVISOREN, | ) ) ) ) | |
| Defendants. | ) | |

### AFFIDAVIT OF VICTORIA GUILFOYLE, PARALEGAL

STATE OF DELAWARE   :
                    : SS:
NEW CASTLE COUNTY   :

    I, Victoria Guilfoyle, certify that I am, and at all times during the service, have been an employee of Morris, James, Hitchens & Williams LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on October 18, 2004, I caused to be served:

**DEFENDANT KPMG LLP'S OPPOSITION TO LITIGATION TRUSTEE'S MOTION TO EXTEND DEADLINE TO FILE RESPONSE TO TRANSFER MOTION AND CROSS-MOTION FOR EXPEDITED CONSIDERATION OF TRANSFER MOTION AND FOR ENLARGEMENT OF TIME TO RESPOND TO THE COMPLAINT**

    Service was completed upon the parties on the attached list in the manner indicated thereon.

VAG/103194-0002/1049937/1

Date:   October 18, 2004

_____
Victoria Guilfoyle

      SWORN AND SUBSCRIBED before me this 18th day of October 2004.

_____
NOTARY
My commission expires:_____

ELLEN J. PICKEFOOSE
Notary P..., ... of Delaware
My Comm... 21, 2007

| VIA HAND DELIVERY | VIA FIRST CLASS MAIL |
|---|---|
| Theodore J. Tacconelli, Esq.<br>FERRY JOSEPH &PEARCE, P.A.<br>824 Market Street, Suite 904<br>P.O. Box 1351<br>Wilmington, DE 19899<br>Telephone: (302) 575-1555<br>Facsimile: (302) 575-1714<br>*(Co-counsel for Scott L. Baena, Litigation Trustee of the Lernout & Hauspie Speech Products N.V. Litigation Trust)* | David W. Trench, Esq.<br>Nathan G. Mancuso, Esq.<br>Scott G. Klein, Esq.<br>BILZIN SUMBERG BAENA PRICE & AXELROD LLP<br>2500 First Union Financial Center<br>200 South Biscayne Boulevard<br>Miami, FL 33131-2336<br>Telephone: (305) 374-7580<br>Facsimile: (305) 374-7593<br>*(Co-counsel for Scott L. Baena, Litigation Trustee of the Lernout & Hauspie Speech Products N.V. Litigation Trust)* |

VAG/103194-0002/1049937/1