IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LERNOUT & HAUSPIE SPEECH PRODUCTS N.V., | ) ) ) | Case No. 00-4398 (JHW) |
| | ) | (Jointly Administered) |
| Debtor. | ) ) | |
| | ) | |
| LERNOUT & HAUSPIE SPEECH PRODUCTS N.V., | ) ) ) | |
| | ) | |
| Plaintiff, | ) ) | Adv. Pro. No. 04-54842 (JHW) |
| v. | ) ) | |
| KPMG LLP AND KLYNFELD PEAT MARWICK GOERDELER BEDRIJFSREVISOREN, | ) ) ) ) | |
| Defendants. | ) | |

## SUPPLEMENTAL AFFIDAVIT OF ANDREA L. DEL COLLO

STATE OF DELAWARE
                              SS:
NEW CASTLE COUNTY

  I, Andrea L. Del Collo, certify that I am not less than 18 years of age, and certify further that service of the *Litigation Trustee's Motion to Extend Deadline to File Response to KPMG LLP's Motion to Transfer the Action to the District of Massachusetts* was served on October 18, 2004 upon the following parties in the manner indicated:

[continued on next page]

**BY HAND DELIVERY**

David J. Baldwin, Esquire
Elihu E. Allinson, III, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19801

**BY FIRST CLASS MAIL**

George A. Salter, Esquire
Nicholas W.C. Corson, Esquire
Hoa Hoang, Esquire
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022

_Andrea L. Del Collo_
Andrea L. Del Collo

SWORN TO AND SUBSCRIBED before me this 19th day of October, 2004.

_Diane R. Sacconey_
NOTARY PUBLIC

DIANE R. SACCONEY
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Sept. 23, 2006