IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LERNOUT & HAUSPIE SPEECH | ) | Case No. 00-4398 (JHW) |
| PRODUCTS N.V., | ) | (Jointly Administered) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| SCOTT L. BAENA, LITIGATION TRUSTEE | ) | |
| OF THE LERNOUT & HAUSPIE SPEECH | ) | |
| PRODUCTS N.V. LITIGATION TRUST, | ) | |
| | ) | Adv. Pro. No. 04-54842 (JHW) |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| KPMG LLP and KLYNFELD PEAT MARWICK | ) | Hearing Date: October 28, 2004 at 10 a.m. |
| GOERDELER BEDRIJFREVISOREN, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**NOTICE OF HEARING ON MOTIONS**

**PLEASE TAKE NOTICE** that, in conjunction with the hearing already scheduled in this case for October 28, 2004 at 10:00 a.m., the Court will also hear the matters listed below. Accordingly, Defendant requests that Plaintiff include in the agenda letter and the hearing notebook the pleadings listed below.

a) the Litigation Trustee's Motion to Extend the Deadline to File Response to KPMG LLP's Motion to Transfer the Action to the District of Massachusetts, filed in the above-captioned adversary proceeding on October 15, 2004 (Docket No. 6), along with the Response in Opposition thereto, filed by Defendant KPMG LLP ("KPMG US") on October 18, 2004 (Docket No. 8), and

b) KPMG LLP's Cross-Motion For Expedited Consideration of Transfer Motion and For Enlargement of Time to Respond to the Complaint, filed and served on October 18, 2004 (Docket No. 7).

Dated: October 22, 2004

MORRIS, JAMES, HITCHENS & WILLIAMS LLP

_____
Brett D. Fallon (#2480)
Douglas N. Candeub (#4211)
222 Delaware Avenue, 10th Floor
Post Office Box 2306
Wilmington, Delaware 19899
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: bfallon@morrisjames.com
E-mail: dcandeub@morrisjames.com
Attorneys for Defendant KPMG LLP

OF COUNSEL:
Michael P. Carroll
Michael S. Flynn
Suong T. Nguyen
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017
Telephone: (212) 450-4000
Facsimile: (212) 450-3800

2