## CERTIFICATE OF SERVICE

I, Douglas N. Candeub, hereby certify that on this 22nd day of October, 2004, I caused to be served the foregoing Notice of Hearing on Motions upon the plaintiff's counsel, as set forth below, in the manner indicated.

| **VIA HAND DELIVERY** | **VIA FAX** |
|---|---|
| Theodore J. Tacconelli, Esq.<br>FERRY JOSEPH &PEARCE, P.A.<br>824 Market Street, Suite 904<br>P.O. Box 1351<br>Wilmington, DE 19899<br>Telephone: (302) 575-1555<br>Facsimile: (302) 575-1714<br>*(Co-counsel for Scott L. Baena, Litigation Trustee of the Lernout & Hauspie Speech Products N.V. Litigation Trust)* | David W. Trench, Esq.<br>Nathan G. Mancuso, Esq.<br>Scott G. Klein, Esq.<br>BILZIN SUMBERG BAENA PRICE & AXELROD LLP<br>2500 First Union Financial Center<br>200 South Biscayne Boulevard<br>Miami, FL 33131-2336<br>Telephone: (305) 374-7580<br>Facsimile: (305) 374-7593<br>*(Co-counsel for Scott L. Baena, Litigation Trustee of the Lernout & Hauspie Speech Products N.V. Litigation Trust)* |

_____
Douglas N. Candeub, Esquire

DNC/103194-0002/1050299/1