## CERTIFICATE OF SERVICE

       I, Theodore J. Tacconelli, certify that I am not less than 18 years of age, and that service of this Litigation Trustee's Reply To Defendant KPMG LLP's Opposition To Litigation Trustee's Motion To Extend Deadline To File Response To Transfer Motion was made on October 25, 2004, upon the following parties in the manner indicated:

**BY HAND DELIVERY**

Brett D. Fallon, Esq.
Douglas N. Candeub, Esq.
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE  19801

**BY FIRST CLASS MAIL**

Michael P. Carroll, Esq.
Michael S. Flynn, Esq.
Suong T. Nguyen, Esq.
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017


       Under penalty of perjury, I declare that the foregoing is true and correct.

                                    /s/ Theodore J. Tacconelli
                                    THEODORE J. TACCONELLI, ESQ.

TJT/ald
```
F:\Andrea\TJT\L&H Litigation Trust\Adversaries\KPMG2\CertofServ102504.wpd
```