IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LERNOUT & HAUSPIE SPEECH | ) | Case No. 00-4398 (JHW) |
| PRODUCTS N.V., | ) | (Jointly Administered) |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| SCOTT L. BAENA, LITIGATION TRUSTEE | ) | |
| OF THE LERNOUT & HAUSPIE SPEECH | ) | |
| PRODUCTS N.V. LITIGATION TRUST, | ) | |
| | ) | Adv. Pro. No. 04-54842 (JHW) |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| KPMG LLP and KLYNFELD PEAT MARWICK | ) | |
| GOERDELER BEDRIJFREVISOREN, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Brett D. Fallon, Esquire, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, as incorporated by Del. Bankr. L.R. 1001-1(b), moves the admission *pro hac vice* of Julian J. Moore, Esquire, to represent KPMG LLP in this action. The Admittee is admitted, practicing, and in good standing in the State of New York and the United States District Courts for the Southern and Eastern Districts of New York.

Brett D. Fallon, Esquire (#2480)
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
Telephone: (302) 888-6947
Telecopy: (302) 571-1750
E-mail address: bfallon@morrisjames.com

      The Admittee certifies that he is eligible for admission *pro hac vice* to this Court, is admitted to practice and in good standing in the jurisdiction shown in the paragraph above, submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action, and has access to, or has acquired, a copy of the Local Rules of this Court and is generally familiar with such Rules.

                                                                        _____
                                                                       Julian J. Moore
                                                                       Davis, Polk & Wardwell
                                                                       450 Lexington Avenue
                                                                       New York, NY 10017
                                                                       (212) 450-4000

      Motion granted.                           BY THE COURT:


Date: _____             _____
                                                      Judge