IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: ) | Chapter 11 |
| ) | |
| LERNOUT & HAUSPIE SPEECH ) | Case No. 00-4398 (JHW) |
| PRODUCTS N.V., ) | (Jointly Administered) |
| ) | |
| Debtor. ) | |
| ─────────────────────────── ) | |
| SCOTT L. BAENA, LITIGATION TRUSTEE ) | |
| OF THE LERNOUT & HAUSPIE SPEECH ) | |
| PRODUCTS N.V. LITIGATION TRUST, ) | |
| ) | Adv. Pro. No. 04-54842 (JHW) |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| KPMG LLP and KLYNFELD PEAT MARWICK ) | |
| GOERDELER BEDRIJFREVISOREN, ) | |
| ) | |
| Defendants. ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Brett D. Fallon, Esquire, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, as incorporated by Del. Bankr. L.R. 1001-1(b), moves the admission *pro hac vice* of Suong T. Nguyen, Esquire, to represent KPMG LLP in this action. The Admittee is admitted, practicing, and in good standing in the State of New York, the United States District Courts for the Southern and Eastern District of New York and the United States Court of Appeals for the Fifth Circuit.

                                                                  /s/ Brett D. Fallon
                                              Brett D. Fallon, Esquire (#2480)
                                              Morris, James, Hitchens & Williams LLP
                                              222 Delaware Avenue, 10th Floor
                                              Wilmington, Delaware 19801
                                              Telephone: (302) 888-6947
                                              Telecopy: (302) 571-1750
                                              E-mail address: bfallon@morrisjames.com

    The Admittee certifies that she is eligible for admission *pro hac vice* to this Court, is admitted to practice and in good standing in the jurisdiction shown in the paragraph above, submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action, and has access to, or has acquired, a copy of the Local Rules of this Court and is generally familiar with such Rules.

                                                                                    _____
                                                                                     Suong T. Nguyen
                                                                                     Davis Polk & Wardwell
                                                                                     450 Lexington Avenue
                                                                                     New York, NY 10017
                                                                                     (212) 450-4000

Motion granted.                            BY THE COURT:

Date: _____        _____
                                                              Judge