IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LERNOUT & HAUSPIE SPEECH PRODUCTS N.V., | ) ) | Case No. 00-4398 (JHW) (Jointly Administered) |
| | ) | |
| Debtor. | ) ) | |
| SCOTT L. BAENA, LITIGATION TRUSTEE OF THE LERNOUT & HAUSPIE SPEECH PRODUCTS N.V. LITIGATION TRUST, | ) ) ) ) | |
| | ) | Adv. Pro. No. 04-54842 (JHW) |
| Plaintiff, | ) | |
| v. | ) ) | |
| KPMG LLP and KLYNFELD PEAT MARWICK GOERDELER BEDRIJFREVISOREN, | ) ) ) | |
| Defendants. | ) ) ) | |

## CERTIFICATION OF COUNSEL RE: DOCKET NOS. 4, 6 AND 7

The undersigned hereby certifies:

1. On October 28, 2004, the Court heard oral argument on the *Litigation Trustee's Motion to Extend the Deadline to File Response to KPMG LLP's Motion to Transfer the Action to the District of Massachusetts*, dated October 15, 2004 (Docket No. 6) and *Defendant KPMG LLP's Cross-Motion for Expedited Consideration of Transfer Motion and for Enlargement of Time to Respond to the Complaint* (Docket No.7) (the "Motions").

2. Counsel for KPMG LLP ("KPMG US") has prepared the attached proposed order (the "Order") reflecting the Court's decision at the October 28, 2004 hearing.

3. Counsel for Plaintiff, the Litigation Trustee of the Lernout & Hauspie Speech Products N.V. Litigation Trust, has reviewed the Order and has no objection to the form of the order.

WHEREFORE, KPMG US respectfully requests that the Court enter the attached Order.

Dated: October 29, 2004

MORRIS, JAMES, HITCHENS & WILLIAMS LLP

*/s/ Brett D. Fallon*

Brett D. Fallon (#2480)
Douglas N. Candeub (#4211)
222 Delaware Avenue, 10th Floor
Post Office Box 2306
Wilmington, Delaware 19899
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: bfallon@morrisjames.com
E-mail: dcandeub@morrisjames.com
Attorneys for Defendant KPMG LLP

OF COUNSEL:
Michael P. Carroll
Michael S. Flynn
Suong T. Nguyen
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017
Telephone: (212) 450-4000
Facsimile: (212) 450-3800