**Table C-5.**
**U.S. District Courts—Median Time Intervals From Filing to Disposition of Civil Cases Terminated, by District and Method of Disposition, During the 12-Month Period Ending March 31, 2004**

| Circuit and District | | Total Cases | | No Court Action | | Court Action | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Number of Cases | Median Time Interval in Months | Number of Cases | Median Time Interval in Months | Before Pretrial | | During or After Pretrial | | Trial | |
| | | | | | | Number of Cases | Median Time Interval in Months | Number of Cases | Median Time Interval in Months | Number of Cases | Median Time Interval in Months |
| TOTAL | | 183,821 | 8.4 | 38,067 | 6.0 | 122,334 | 7.1 | 19,727 | 13.4 | 3,693 | 21.9 |
| 1ST | DC | 2,214 | 10.6 | 995 | 8.8 | 1,149 | 12.3 | 37 | 24.5 | 33 | 35.0 |
| | | 5,448 | 10.3 | 1,544 | 7.4 | 2,877 | 10.0 | 848 | 15.5 | 179 | 23.2 |
| | ME | 543 | 7.6 | 203 | 4.8 | 219 | 7.8 | 92 | 30.9 | 29 | 15.8 |
| | MA | 2,406 | 10.3 | 1,015 | 7.4 | 1,004 | 9.6 | 310 | 17.4 | 77 | 31.5 |
| | NH | 486 | 8.7 | 76 | 4.3 | 196 | 4.9 | 204 | 14.4 | 10 | 19.5 |
| | RI | 541 | 9.6 | 117 | 6.8 | 235 | 7.0 | 174 | 12.1 | 15 | 23.0 |
| | PR | 1,472 | 13.5 | 133 | 12.4 | 1,223 | 13.7 | 68 | 18.0 | 48 | 20.0 |
| 2ND | | 18,059 | 9.5 | 4,640 | 8.4 | 10,867 | 8.3 | 2,236 | 15.3 | 316 | 28.4 |
| | CT | 1,722 | 10.9 | 1,160 | 9.1 | 488 | 11.0 | 28 | 32.5 | 46 | 32.0 |
| | NY,N | 982 | 12.7 | 135 | 7.8 | 564 | 10.9 | 265 | 17.0 | 18 | 24.5 |
| | NY,E | 5,364 | 10.8 | 1,111 | 7.4 | 3,504 | 10.1 | 636 | 16.8 | 113 | 31.5 |
| | NY,S | 8,533 | 7.8 | 2,061 | 9.3 | 5,192 | 5.1 | 1,165 | 12.9 | 115 | 23.2 |
| | NY,W | 1,144 | 11.9 | 147 | 8.9 | 846 | 10.0 | 139 | 17.0 | 12 | 37.0 |
| | VT | 314 | 7.6 | 26 | 6.0 | 273 | 7.8 | 3 | - | 12 | 24.0 |
| 3RD | | 18,155 | 7.0 | 3,439 | 5.1 | 11,971 | 7.7 | 2,378 | 13.5 | 367 | 22.7 |
| | DE | 1,027 | 12.3 | 66 | 2.5 | 876 | 13.0 | 55 | 13.4 | 30 | 26.4 |
| | NJ | 5,323 | 8.8 | 975 | 5.5 | 2,389 | 5.0 | 1,871 | 13.5 | 88 | 31.5 |
| | PA,E | 7,233 | 6.4 | 952 | 5.3 | 5,909 | 5.6 | 242 | 11.4 | 130 | 16.7 |
| | PA,M | 1,657 | 8.5 | 523 | 4.9 | 956 | 8.2 | 115 | 18.5 | 63 | 21.7 |
| | PA,W | 2,603 | 10.0 | 844 | 8.0 | 1,617 | 10.8 | 87 | 25.0 | 55 | 31.5 |
| | VI | 312 | 13.8 | 79 | 10.0 | 224 | 15.8 | 8 | - | 1 | - |
| 4TH | | 13,815 | 8.7 | 2,834 | 5.0 | 9,172 | 8.5 | 1,510 | 10.0 | 299 | 16.9 |
| | MD | 2,930 | 7.7 | 1,193 | 7.6 | 1,474 | 6.8 | 204 | 11.2 | 59 | 21.7 |
| | NC,E | 911 | 10.0 | 166 | 7.9 | 721 | 10.5 | 8 | - | 16 | 21.8 |
| | NC,M | 715 | 11.7 | 148 | 6.5 | 349 | 12.7 | 205 | 12.7 | 13 | 25.0 |
| | NC,W | 708 | 9.7 | 195 | 8.3 | 391 | 9.7 | 115 | 16.7 | 7 | - |
| | SC | 3,181 | 9.2 | 335 | 6.5 | 2,336 | 7.1 | 414 | 15.5 | 96 | 17.3 |
| | VA,E | 2,669 | 5.2 | 525 | 3.7 | 1,545 | 5.8 | 523 | 7.3 | 76 | 9.9 |
| | VA,W | 1,114 | 9.3 | 196 | 8.0 | 870 | 10.4 | 29 | 11.0 | 19 | 16.0 |
| | WV,N | 601 | 7.0 | 48 | 8.2 | 537 | 7.4 | 10 | 13.0 | 6 | - |
| | WV,S | 986 | 11.1 | 28 | 5.0 | 949 | 11.4 | 2 | - | 7 | - |

## Table C-5. (March 31, 2004—Continued)

| Circuit and District | Total Cases | | No Court Action | | Court Action | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Before Pretrial | | During or After Pretrial | | Trial | |
| | Number of Cases | Median Time Interval in Months | Number of Cases | Median Time Interval in Months | Number of Cases | Median Time Interval in Months | Number of Cases | Median Time Interval in Months | Number of Cases | Median Time Interval in Months |
| **5TH** | **23,239** | **8.4** | **3,903** | **8.8** | **16,868** | **7.4** | **1,956** | **12.7** | **512** | **18.9** |
| LA,E | 2,808 | 9.6 | 30 | 2.0 | 1,586 | 6.2 | 1,076 | 12.5 | 116 | 16.2 |
| LA,M | 710 | 11.7 | 6 | - | 700 | 11.9 | - | - | 4 | - |
| LA,W | 1,644 | 12.7 | - | 11.2 | 861 | 11.9 | 28 | 19.4 | 58 | 21.3 |
| MS,N | 1,185 | 9.8 | 697 | 5.3 | 828 | 9.1 | 163 | 15.6 | 36 | 22.8 |
| MS,S | 3,371 | 8.7 | 158 | 8.0 | 1,824 | 7.0 | 5 | - | 64 | 18.5 |
| TX,N | 3,643 | 6.8 | 1,478 | 4.3 | 3,386 | 6.7 | 4 | - | 77 | 20.2 |
| TX,E | 2,244 | 6.2 | 176 | 10.5 | 1,907 | 5.7 | 127 | 12.0 | 47 | 18.8 |
| TX,S | 5,416 | 5.9 | 163 | 7.9 | 4,351 | 4.9 | 525 | 11.2 | 56 | 18.2 |
| TX,W | 2,218 | 8.8 | 484 | 8.8 | 1,425 | 8.1 | 28 | 13.0 | 54 | 17.3 |
| **6TH** | **16,920** | **10.2** | **3,317** | **6.6** | **10,372** | **9.2** | **2,900** | **13.9** | **331** | **20.8** |
| KY,E | 2,037 | 11.8 | 140 | 5.1 | 1,834 | 11.6 | 38 | 17.3 | 25 | 17.5 |
| KY,W | 1,221 | 10.8 | 184 | 7.9 | 883 | 9.4 | 138 | 15.0 | 16 | 21.0 |
| MI,E | 3,679 | 9.6 | 881 | 5.0 | 1,456 | 7.7 | 1,287 | 13.0 | 55 | 24.8 |
| MI,W | 1,045 | 8.9 | 138 | 3.1 | 872 | 9.8 | 13 | 19.0 | 22 | 17.5 |
| OH,N | 3,104 | 8.7 | 910 | 6.2 | 1,436 | 8.1 | 700 | 10.6 | 58 | 20.0 |
| OH,S | 2,361 | 12.3 | 807 | 9.6 | 1,262 | 12.4 | 251 | 16.5 | 41 | 24.0 |
| TN,E | 1,344 | 11.3 | 186 | 8.4 | 655 | 9.9 | 469 | 15.6 | 34 | 16.0 |
| TN,M | 1,325 | 11.2 | 27 | 4.5 | 1,249 | 10.6 | 2 | - | 47 | 21.0 |
| TN,W | 804 | 10.3 | 44 | 6.0 | 725 | 10.7 | 2 | - | 33 | 19.7 |
| **7TH** | **16,078** | **6.1** | **3,035** | **5.7** | **11,110** | **5.4** | **1,681** | **12.2** | **252** | **24.0** |
| IL,N | 9,279 | 5.3 | 2,022 | 5.8 | 6,496 | 4.6 | 632 | 13.4 | 129 | 27.3 |
| IL,C | 771 | 8.0 | 158 | 7.0 | 579 | 8.6 | 10 | 20.5 | 24 | 21.0 |
| IL,S | 820 | 9.5 | 134 | 5.2 | 631 | 9.4 | 27 | 22.7 | 28 | 24.0 |
| IN,N | 1,354 | 9.3 | 189 | 6.0 | 628 | 6.9 | 513 | 13.3 | 24 | 22.0 |
| IN,S | 2,366 | 11.2 | 233 | 4.5 | 1,863 | 11.0 | 252 | 16.5 | 18 | 21.0 |
| WI,E | 994 | 7.6 | 250 | 4.6 | 701 | 8.2 | 29 | 18.0 | 14 | 23.0 |
| WI,W | 494 | 4.3 | 49 | 2.2 | 212 | 3.0 | 218 | 6.0 | 15 | 9.0 |
| **8TH** | **12,061** | **9.7** | **2,647** | **8.5** | **7,854** | **8.0** | **1,252** | **13.0** | **308** | **19.2** |
| AR,E | 1,543 | 12.3 | 338 | 12.4 | 1,131 | 11.8 | 21 | 16.0 | 53 | 20.0 |
| AR,W | 1,044 | 11.2 | 14 | 7.0 | 986 | 10.9 | 11 | 13.0 | 33 | 14.8 |
| IA,N | 434 | 11.5 | 54 | 5.6 | 348 | 11.7 | 7 | - | 25 | 20.0 |
| IA,S | 610 | 10.9 | 52 | 4.0 | 346 | 7.4 | 199 | 15.1 | 13 | 22.0 |
| MN | 3,773 | 6.5 | 665 | 4.9 | 2,225 | 5.8 | 847 | 10.1 | 36 | 23.5 |
| MO,E | 1,694 | 9.7 | 488 | 4.9 | 1,152 | 9.8 | 2 | - | 52 | 18.1 |
| MO,W | 1,649 | 10.9 | 758 | 9.4 | 780 | 11.5 | 79 | 16.6 | 32 | 18.7 |
| NE | 725 | 10.2 | 21 | 10.0 | 601 | 9.1 | 60 | 15.9 | 43 | 17.0 |
| ND | 258 | 9.4 | 78 | 4.0 | 162 | 10.2 | 7 | - | 11 | 18.0 |
| SD | 331 | 10.4 | 179 | 9.3 | 123 | 10.3 | 19 | 16.4 | 10 | 23.0 |

## Table C-5. (March 31, 2004—Continued)

| Circuit and District | Total Cases | | No Court Action | | Court Action | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Number of Cases | Median Time Interval in Months | Number of Cases | Median Time Interval in Months | Before Pretrial | | During or After Pretrial | | Trial | |
| | | | | | Number of Cases | Median Time Interval in Months | Number of Cases | Median Time Interval in Months | Number of Cases | Median Time Interval in Months |
| **9TH** | **29,270** | **8.3** | **8,951** | **6.2** | **17,848** | **8.2** | **1,967** | **13.9** | **504** | **23.5** |
| AK | 294 | 9.1 | 2 | - | 280 | 8.5 | 1 | - | 11 | 29.0 |
| AZ | 2,093 | 10.4 | 546 | 9.6 | 1,483 | 11.6 | 9 | - | 55 | 30.0 |
| CA,N | 4,120 | 8.0 | 1,435 | 5.4 | 1,259 | 9.4 | 1,362 | 11.1 | 64 | 23.0 |
| CA,E | 2,138 | 9.8 | 499 | 8.5 | 1,603 | 9.9 | 5 | - | 31 | 29.0 |
| CA,C | 9,670 | 7.0 | 3,688 | 7.0 | 5,806 | 6.6 | 29 | 13.5 | 147 | 19.6 |
| CA,S | 2,009 | 6.9 | 85 | 3.9 | 1,904 | 6.2 | - | - | 20 | 28.0 |
| HI | 912 | 14.9 | 350 | 8.9 | 271 | 9.7 | 277 | 72.6 | 14 | 31.0 |
| ID | 431 | 12.2 | 22 | 4.0 | 329 | 10.0 | 64 | 16.6 | 16 | 18.5 |
| MT | 603 | 12.4 | 109 | 8.4 | 327 | 9.8 | 142 | 17.3 | 25 | 20.4 |
| NV | 1,760 | 7.0 | 312 | 5.3 | 1,413 | 8.3 | 2 | - | 33 | 27.5 |
| OR | 1,583 | 9.5 | 517 | 7.9 | 984 | 9.6 | 47 | 17.5 | 35 | 24.4 |
| WA,E | 670 | 9.4 | 75 | 7.7 | 571 | 9.9 | 18 | 13.0 | 6 | - |
| WA,W | 2,912 | 6.3 | 1,304 | 4.2 | 1,554 | 8.1 | 10 | 14.0 | 44 | 15.8 |
| GUAM | 35 | 11.0 | 5 | - | 28 | 10.4 | 1 | - | 1 | - |
| NMI | 40 | 8.7 | 2 | - | 36 | 8.0 | - | - | 2 | - |
| **10TH** | **8,928** | **9.2** | **928** | **6.2** | **6,412** | **8.9** | **1,347** | **12.1** | **241** | **20.0** |
| CO | 2,012 | 8.2 | 31 | 4.7 | 1,665 | 7.2 | 244 | 23.0 | 72 | 28.7 |
| KS | 1,310 | 9.6 | 291 | 8.2 | 948 | 9.3 | 42 | 17.4 | 29 | 22.0 |
| NM | 1,326 | 10.3 | 55 | 4.8 | 843 | 9.7 | 391 | 12.6 | 37 | 20.0 |
| OK,N | 747 | 9.6 | 23 | 3.2 | 694 | 9.7 | 11 | 18.0 | 19 | 19.0 |
| OK,E | 512 | 8.4 | 102 | 5.2 | 373 | 8.9 | 27 | 8.9 | 10 | 12.5 |
| OK,W | 1,508 | 8.8 | 359 | 5.5 | 612 | 8.3 | 502 | 9.8 | 35 | 13.3 |
| UT | 1,228 | 11.7 | 15 | 8.5 | 1,174 | 11.0 | 21 | 18.0 | 18 | 21.0 |
| WY | 285 | 9.2 | 52 | 4.4 | 103 | 8.6 | 109 | 10.7 | 21 | 13.5 |
| **11TH** | **19,634** | **8.1** | **1,834** | **6.1** | **15,834** | **7.9** | **1,615** | **13.3** | **351** | **20.5** |
| AL,N | 2,710 | 8.5 | 578 | 8.7 | 2,027 | 8.2 | 74 | 17.9 | 31 | 25.0 |
| AL,M | 870 | 10.6 | 15 | 2.0 | 826 | 9.7 | 15 | 14.4 | 14 | 15.4 |
| AL,S | 716 | 8.2 | 149 | 7.0 | 536 | 8.8 | 21 | 15.5 | 10 | 22.0 |
| FL,N | 752 | 7.3 | 23 | 7.3 | 592 | 7.2 | 4 | - | 13 | 19.0 |
| FL,M | 4,823 | 8.3 | 193 | 7.2 | 4,502 | 7.5 | 54 | 20.6 | 74 | 19.2 |
| FL,S | 5,292 | 6.8 | 313 | 3.6 | 4,472 | 5.5 | 393 | 11.3 | 114 | 19.6 |
| GA,N | 3,183 | 8.8 | 294 | 4.8 | 1,793 | 6.8 | 1,033 | 13.7 | 63 | 22.7 |
| GA,M | 759 | 11.5 | 101 | 8.6 | 625 | 11.1 | 13 | 16.0 | 20 | 28.5 |
| GA,S | 529 | 9.4 | 48 | 9.0 | 461 | 9.4 | 8 | - | 12 | 13.5 |

NOTE: MEDIAN TIME INTERVALS COMPUTED ONLY IF 10 OR MORE CASES. THIS TABLE EXCLUDES LAND CONDEMNATIONS, PRISONER PETITIONS, DEPORTATION REVIEWS, RECOVERY OF OVERPAYMENTS, AND ENFORCEMENT OF JUDGMENTS. FOR FISCAL YEARS PRIOR TO 2001, THIS TABLE INCLUDED DATA ON RECOVERY OF OVERPAYMENTS AND ENFORCEMENT OF JUDGMENTS.