## CERTIFICATE OF SERVICE

      I, Lisa L. Coggins, hereby certify that on this 9th day of November, 2004, I caused one copy of the foregoing Litigation Trustee's Opposition to KPMG LLP's Motion to Transfer and Memorandum of Law to be served upon the following parties in the manner indicated:

### BY HAND DELIVERY

Brett D. Fallon, Esq.
Douglas N. Candeub, Esq.
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE  19801

### BY FIRST CLASS MAIL

Michael P. Carroll, Esq.
Michael S. Flynn, Esq.
Suong T. Nguyen, Esq.
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017


      Under penalty of perjury, I declare that the foregoing is true and correct.

                                      /s/ Lisa L. Coggins
                                      Lisa L. Coggins, Esq.