IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LERNOUT & HAUSPIE SPEECH | ) | Case No. 00-4398 (JHW) |
| PRODUCTS N.V., | ) | (Jointly Administered) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| SCOTT L. BAENA, LITIGATION TRUSTEE | ) | |
| OF THE LERNOUT & HAUSPIE SPEECH | ) | |
| PRODUCTS N.V. LITIGATION TRUST, | ) | |
| | ) | Adv. Pro. No. 04-54842 (JHW) |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| KPMG LLP and KLYNFELD PEAT MARWICK | ) | |
| GOERDELER BEDRIJFREVISOREN, | ) | |
| | ) | |
| Defendants. | ) | |

### SCHEDULING ORDER (Re Docket Nos. 4, 6 and 7)

Upon consideration of KPMG LLP's ("KPMG US") Motion to Transfer this Action to the District of Massachusetts (Docket No. 4) ("Motion to Transfer"), The Litigation Trustee's Motion to Extend Deadline to File Response to Motion to Transfer Action to the District of Massachusetts (Docket No. 6) and KPMG LLP's Cross-Motion for Expedited Consideration of Transfer Motion and For Enlargement of Time to Respond to the Complaint (Docket No. 7), and after reviewing the papers and hearing argument from counsel, it is hereby ORDERED as follows:

1.  The Litigation Trustee shall serve and file a response to the Motion to Transfer on or before November 8, 2004.

2.  KPMG US shall serve and file any reply brief in support of the Motion to Transfer on or before November 15, 2004.

3.  Argument on the Motion to Transfer shall be held by telephonic conference call on November 23, 2004 at 3:00 p.m.

4.  KPMG US shall not be required to answer or respond by motion to the Complaint until ten (10) business days after (1) this Court has entered an order denying the Motion to Transfer or (2) the docketing of the case in the United States District Court for the District of Massachusetts, whichever is applicable. The timing of KPMG US's response to the Complaint set forth in this paragraph is without prejudice to the parties or the transferee court, if the Motion to Transfer is granted, setting an alternative schedule.

SO ORDERED this 1 day of _November_, 2004.

The Honorable Judith H. Wizmur,
United States Bankruptcy Judge

2