IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LERNOUT & HAUSPIE SPEECH PRODUCTS N.V., | ) ) ) | Case No. 00-4398 (JHW) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| SCOTT L. BAENA, LITIGATION TRUSTEE OF THE LERNOUT & HAUSPIE SPEECH PRODUCTS N.V. LITIGATION TRUST | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| | ) | Adv. Pro. No. 04-54842 (JHW) |
| v. | ) | |
| | ) | |
| KPMG LLP AND KLYNFELD PEAT MARWICK GOERDELER BEDRIJFSREVISOREN, | ) ) ) | |

## NOTICE OF FILING

PLEASE TAKE NOTICE that on November 10, 2004, Scott L. Baena, Litigation Trustee of the Lernout & Hauspie Speech Products NV Litigation Trust, by and through the undersigned counsel, filed the attached copies of the unreported decisions that were cited in the Litigation Trustee's Opposition to Defendant KPMG LLP's Motion to Transfer and Memorandum of Law [Docket No. 18].

Dated: November 10, 2004          BILZIN SUMBERG BAENA PRICE
                                  & AXELROD LLP
                                  David W. Trench, Esq.
                                  Nathan G. Mancuso, Esq.
                                  Scott G. Klein, Esq.
                                  2500 First Union Financial Center
                                  200 South Biscayne Boulevard
                                  Miami, Florida 33131-2336
                                  Telephone: (305) 374-7580

                                  -and-

FERRY, JOSEPH & PEARCE, P.A.


   /s/ Lisa L. Coggins
Theodore J. Tacconelli, Esq. (No. 2678)
Lisa L. Coggins, Esq. (No. 4234)
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE. 19899
(302) 575-1555

Co-Counsel to Scott L. Baena, Litigation Trustee.

2