## <u>CERTIFICATE OF SERVICE</u>

I, Lisa L. Coggins, hereby certify that on this 10th day of November, 2004, I caused one copy of the foregoing Notice of Filing to be served upon the following parties in the manner indicated:

### <u>BY HAND DELIVERY</u>

Brett D. Fallon, Esq.
Douglas N. Candeub, Esq.
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE  19801

### <u>BY FIRST CLASS MAIL</u>

Michael P. Carroll, Esq.
Michael S. Flynn, Esq.
Suong T. Nguyen, Esq.
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Under penalty of perjury, I declare that the foregoing is true and correct.

/s/ Lisa L. Coggins
Lisa L. Coggins, Esq.