## **CERTIFICATE OF SERVICE**

I, Theodore J. Tacconelli, certify that I am not less than 18 years of age, and that service of this Stipulation and Order was made on November 11, 2004, upon the following parties in the manner indicated:

**BY HAND DELIVERY**

Brett D. Fallon, Esq.
Douglas N. Candeub, Esq.
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE  19801

**BY FIRST CLASS MAIL**

Michael P. Carroll, Esq.
Michael S. Flynn, Esq.
Suong T. Nguyen, Esq.
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017


Under penalty of perjury, I declare that the foregoing is true and correct.

/s/ Theodore J. Tacconelli
THEODORE J. TACCONELLI, ESQ.

TJT/ald
F:\Andrea\TJT\L&H Litigation Trust\Adversaries\KPMG2\CertofServ111104.wpd