# EXHIBIT A

**United States District Court**
**District of Massachusetts (Boston)**
**CIVIL DOCKET FOR CASE #: 1:02-cv-10304-PBS**

Bamberg, et al v. Lernout, et al                    Date Filed: 02/21/2002
Assigned to: Judge Patti B. Saris                   Jury Demand: Both
Referred to: Robert B. Collings                     Nature of Suit: 850
Demand: $0                                          Securities/Commodities
Lead Docket: <u>1:02-cv-10304-PBS</u>              Jurisdiction: Federal Question
Related Cases:  1:00-cv-11589-PBS
                1:00-cv-11589-PBS
                1:02-cv-10303-PBS
                1:02-cv-11305-PBS
                1:03-cv-10482-PBS
                1:03-cv-12163-PBS
                1:04-cv-10477-PBS
Case in other court:  District of Delaware, 01-00379-SLR
Cause: 15:78m(a) Securities Exchange Act


**Consolidated Plaintiff**
----------------------

**Janet Baker**                    represented by    **Alan K. Cotler**
                                                     Reed Smith, LLP
                                                     2500 One Liberty Place
                                                     1650 Market Street
                                                     Philadelphia, PA 19103
                                                     215-241-7905
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Joan A. Yue**
                                                     Reed Smith, LLP
                                                     2500 One Liberty Place
                                                     1650 Market Street
                                                     Philadelphia, PA 19103
                                                     215-241-7907
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **John G. Harris**
                                                     Reed Smith
                                                     1201 Market Street
                                                     Suite 1500
                                                     Wilmington, DE 19801
                                                     302-778-7500
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Karen C. Dyer**
                                                     Boies, Schiller & Flexner LLP
                                                     255 South Orange Avenue
                                                     Suite 905
                                                     Orlando, FL 32801

407-425-7118
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth J. Fishman**
Fishman, Ankner & Horstman, LLP
66 Long Wharf
Boston, MA 02110-3680
617-723-1980
*TERMINATED: 12/30/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kurt F. Gwynne**
Reed Smith LLP
1201 Market Street
Suite 1500
Wilmington, DE 19801
302-778-7500
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael T. Scott**
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103
215-851-8248
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert A. Nicholas**
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103
215-851-8252
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean M. Halpin**
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103
215-851-8276
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Terence K. Ankner**
The Law offices of Partridge, Ankner
& Horstmann, LLP
200 Berkeley Street
16th Floor
Boston, MA 02116

2

617-859-9999
Fax: 617-859-9998
Email: tka@anknerlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tracy Z. Frisch**
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103
215-851-8286
Email: tfrisch@reedsmith.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey C Block**
Berman DeValerio Pease Tabacco
Burt & Pucillo
One Liberty Square
8th Floor
Boston, MA 02109
617-542-8300
Fax: 617-542-1194
Email: jblock@bermanesq.com
*ATTORNEY TO BE NOTICED*

**James Baker**                    represented by          **Alan K. Cotler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John G. Harris**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Karen C. Dyer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth J. Fishman**
(See above for address)
*TERMINATED: 12/30/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kurt F. Gwynne**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael T. Scott**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert A. Nicholas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean M. Halpin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Terence K. Ankner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tracy Z. Frisch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| **JK Baker LLC** | represented by | **Alan K. Cotler**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**John G. Harris**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Karen C. Dyer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth J. Fishman**
(See above for address)
*TERMINATED: 12/30/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kurt F. Gwynne**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael T. Scott**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert A. Nicholas**

4

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean M. Halpin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Terence K. Ankner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tracy Z. Frisch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JMBaker, LLC**                represented by        **Alan K. Cotler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John G. Harris**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Karen C. Dyer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth J. Fishman**
(See above for address)
*TERMINATED: 12/30/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kurt F. Gwynne**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael T. Scott**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert A. Nicholas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

5

**Sean M. Halpin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Terence K. Ankner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tracy Z. Frisch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**
-----------------------

**Paul G. Bamberg,** *as Trustee of the*        represented by
*Paul G. Bamburg Trust u/a dated*
*8/18/89, as amended 10/20/93*

**Arthur G. Connolly, III**
Connolly, Bove, Lodge & Hutz
1220 Market Bldg.
P.O. Box 2207
Wilmington, DE 19899
302-658-9141
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jack R. Pirozzolo**
Willcox, Pirozzolo & McCarthy, PC
50 Federal Street
Boston, MA 02110
617-482-5470
Fax: 617-423-1572
Email: jpirozzolo@wpmlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James J. Nicklaus**
Attorney at Law
18 Lilac Court
Cambridge, MA 02141
617-576-2745
Email: Jimnicklaus@attbi.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard E. Bennett**
Willcox, Pirozzolo & McCarthy, P.C.
50 Federal Street
6th Floor
Boston, MA 02110
617-482-5470
Fax: 617-423-1572
Email: rbennett@wpmlaw.com

6

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey C Block**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Roth**    represented by    **Arthur G. Connolly, III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jack R. Pirozzolo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James J. Nicklaus**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard E. Bennett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Donald B. Fletcher, Jr.,** *as Trustee*    represented by    **Arthur G. Connolly, III**
*of the Paul G. Bamberg Trust u/a*    (See above for address)
*dated 8/18/89, as amended 10/20/93*    *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jack R. Pirozzolo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James J. Nicklaus**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard E. Bennett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cherry F. Bamberg,** *as Trustee of*    represented by    **Arthur G. Connolly, III**
*the Cherry F. Bamberg Trust u/a*    (See above for address)
*dated 8/18/89 as amended 10/20/93*    *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jack R. Pirozzolo**

7

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James J. Nicklaus**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard E. Bennett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| **Donald B. Fletcher, Jr.,** *as Trustee of the Cherry F. Bamberg Trust u/a dated 8/18/89 as amended 10/20/93* | represented by | **Arthur G. Connolly, III**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **James J. Nicklaus**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Richard E. Bennett**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Paul G. Bamberg** | represented by | **Arthur G. Connolly, III**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Richard E. Bennett**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Class Plaintiffs**

V.

**Consolidated Defendant**
-----------------------

| | | |
|---|---|---|
| **KPMG U.S.** | represented by | **Lewis H. Lazarus**<br>Morris, James, Hitchens & Williams<br>222 Delaware Ave.<br>P.O. Box 2306<br>Wilmington, DE 19899<br>302-888-6800<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| | | |
|---|---|---|
| **KPMG International** | represented by | **Jeff Hammel**<br>Latham & Watkins<br>885 Third Avenue<br>Suite 1000<br>New York, NY 10022<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Stephen E. Jenkins**<br>Ashby & Geddes<br>222 Delaware Ave.<br>P.O. Box 1150<br>Wilmington, DE 19899<br>302-654-1888<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **KPMG Belgium** | represented by | **Michael J. Stone**<br>Peabody & Arnold LLP<br>30 Rowes Wharf<br>Boston, MA 02110<br>617-951-2100<br>Email: mstone@peabodyarnold.com<br>*ATTORNEY TO BE NOTICED* |
| **KPMG UK**<br>*TERMINATED: 08/19/2002* | represented by | **Bradley A. Harsch**<br>Sullivan & Cromwell<br>125 Broad Street<br>New York, NY 10004-2498<br>212-558-4000<br>*TERMINATED: 08/19/2002*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **David H. Braff**<br>Sullivan & Cromwell<br>125 Broad Street<br>New York, NY 10004-2498<br>212-558-4000<br>*TERMINATED: 08/19/2002*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Douglas H. Meal**<br>Ropes & Gray LLP<br>One International Place<br>Boston, MA 02110<br>617-951-7517<br>Fax: 617-951-7050<br>Email: dmeal@ropesgray.com<br>*TERMINATED: 08/19/2002*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

Emily F. Klineman
Ropes & Gray LLP
One International Place
Boston, MA 02110
617-951-7000
Fax: 617-951-7050
Email: eklineman@ropesgray.com
*TERMINATED: 08/19/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Philip L. Graham, Jr.**
Sullivan & Cromwell
125 Broad Street
New York, NY 10004-2498
212-558-4000
*TERMINATED: 08/19/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephanie G. Wheeler**
Sullivan & Cromwell
125 Broad Street
New York, NY 10004-2498
212-558-4000
*TERMINATED: 08/19/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Theodore Edelman**
Sullivan & Cromwell
1 New Fetter Lane
London EC4A 1AN
Engla
011-4420-7710-6500
*TERMINATED: 08/19/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| **Paul Behets** | represented by | **Michael J. Stone**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **SG Cowen Securities Corporation** | represented by | **George A. Zimmerman**<br>Skadden, Arps, Slate, Meagher, &<br>Flom LLP<br>Four Times Square<br>New York, NY 10036-6522<br>212-735-3000<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Joanne Gaboriault**
Skadden, Arps, Slate, Meagher, &
Flom LLP
Four Times Square
New York, NY 10036-6522
212-735-3000
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark Lebovitch**
Skadden, Arps, Slate, Meagher &
Flom LLP
Four Times Square
New York, NY 10036
212-735-3000
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew J. Matule**
Skadden, Arps, Slate, Meagher &
Flom LLP
One Beacon Street
Boston, MA 02108
617-573-4887
Fax: 617-573-4822
Email: mmatule@skadden.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan Elizabeth Murray**
Kirkpatrick & Lockhart LLP
599 Lexington Avenue
New York, NY 10022-6030
212-536-3900
Fax: 212-536-3901
Email: mmurray@kl.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul J. Lockwood**
Skadden, Arps, Slate, Meagher &
Flom
One Rodney Square
P.O. Box 636
Wilmington, DE 19899
302-651-3000
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter M. Morrison**
Skadden, Arps, Slate, Meagher &
Flom LLP
Four Times Square
New York, NY 10036
212-735-2677

11

Fax: 917-777-2677
Email: pmorriso@skadden.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter Morrisson**
Skadden, Arps, Slate, Meagher &
Flom
919 Third Avenue
New York, NY 10022
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Victoria Milda Genys**
Kirkpatrick & Lockhart
75 State Street
Boston, MA 02110
617-951-9258
Fax: 617-261-3175
Email: vgenys@kl.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Shaw McDermott**
Kirkpatrick & Lockhart
75 State Street
Boston, MA 02109-1808
617-261-3120
Fax: 617-261-3175
Email: smcdermott@kl.com
*ATTORNEY TO BE NOTICED*

**Jo Lernout**                 represented by      **Henry A Heiman**
Heiman, Aber Goldlust & Baker
First Federal Plaza
Suite 600
P.O. Box 1675
Wilmington, DE 19899
302-658-1800
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Pol Hauspie**                represented by      **Donald Chase**
Morrison Cohen Singer & Weinstein,
LLP
750 Lexington Avenue
New York, NY 10022
212-735-8600
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward P. Gilbert**
Morrison Cohen Singer & Weinstein,
LLP

750 Lexington Avenue
New York, NY 10022
212-735-8675
Fax: 212-735-8708
Email: egilbert@mcsw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James S. Dittmar**
Goodwin Procter LLP
Exchange Place
Boston, MA 02109
617-570-1944
Fax: 617-227-8591
Email: jdittmar@goodwinprocter.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James O. Fleckner**
Goodwin Procter LLP
Exchange Place
Boston, MA 02109
617-570-1000
Fax: 617-523-1231
Email:
jfleckner@goodwinprocter.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carl Dammekens**

**Nico Willaert**                    represented by     **Donald Chase**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Edward P. Gilbert**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **James S. Dittmar**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **James O. Fleckner**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Roel Pieper**                      represented by     **Beth A. Tchilinguirian**
                                                        Robinson Silverman Pearce Aronsohn

13

& Berman LLP
1290 Avenues of the Americas
New York, NY 10104
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bryan A. Wood**
Berman DeValweio Pease Tabacco
Burt & Pucillo
One Liberty Square
Boston, MA 02109
617-542-8300
Fax: 617-542-1194
Email: bwood@bermanesq.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Pamela E. Berman**
Adler Pollock & Sheehan
175 Federal Street
Boston, MA 02110
617-482-0600
Fax: 617-482-0604
Email: pberman@apslaw.com
*TERMINATED: 05/15/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Corporations A-Z**

**John Does 1-50**

**LHIC, L&H Investment Co., N.V.**

**Mercator & Noordstar NV**          represented by     **Janet B. Fierman**
*TERMINATED: 06/28/2004*                                Cohen & Fierman, LP
                                                        4 Faneuil Hall Marketplace
                                                        Boston, MA 02109
                                                        617-723-6888
                                                        Fax: 617-523-2316
                                                        Email: jbf@cohenfierman.com
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Jennifer Ancona Semko**
                                                        Baker & McKenzie
                                                        815 Connecticut Avenue N.W.
                                                        Washington, DC 20006
                                                        202-835-4250
                                                        *TERMINATED: 10/09/2003*
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

14

**Robert M. Cohen**
Cohen & Fierman,LLP
4 Faneuil Hall Marketplace
Boston, MA 02110
usa
617-523-0505
Fax: 617-523-2316
Email: rmc@cohenfierman.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas W. Evans**
Cohen & Fierman, LLP
3rd Floor
4 Faneuil Hall Marketplace
Boston, MA 02109
617-523-0505
Fax: 617-523-2316
Email: twe@cohenfierman.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Louis Verbeke**                    represented by    **Amy M. McNamer**
*TERMINATED: 09/08/2004*                               Zuckerman Spaeder LLP
                                                       1201 Connecticut Avenue, N.W.
                                                       Washington, DC 20036-2638
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Andrew Good**
                                                       Good & Cormier
                                                       3rd Floor
                                                       83 Atlantic Ave.
                                                       Boston, MA 02110
                                                       617-523-5933
                                                       Fax: 617-523-7554
                                                       Email: agood@goodcormier.com
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Roger E Zuckerman**
                                                       Zuckerman Spaeder LLP
                                                       1201 Conneticut Avenue N.W.
                                                       Washington, DC 20036-2638
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**KPMG LLP**                         represented by    **Diem-Suong T. Nguyen**
                                                       Davis Polk & Wardwell
                                                       450 Lexington Ave
                                                       New York, NY 10017
                                                       212-450-4309
                                                       Fax: 212-450-3309

Email: nguyen@dpw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gregg D. Shapiro**
Choate, Hall & Stewart
Exchange Place
53 State Street
Boston, MA 02109-2804
617-248-5279
Fax: 617-248-4000
Email: gds@choate.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin J. Lesinski**
Seyfarth Shaw, LLP
World Trade Center East
Two Seaport Lane
Suite 300
Boston, MA 02210
617-946-4801
Fax: 617-946-4801
Email: klesinski@seyfarth.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael P. Carrol**
Davis Polk & Wardwell
450 Lexington Ave
New York, NY 10017
212-450-4000
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael P. Carroll**
Davis, Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
212-450-4547
Fax: 212-450-4800
Email: michael.carroll@dpw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Fenrich**
Davis Polk & Wardwell
450 Lexington Ave
New York, NY 10017
212-450-4000
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gaston Bastiaens**              represented by      **William R. Moorman**
                                                     Craig & Macauley, P.C.

16

Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210
617-367-9500
Fax: 617-742-1788
Email: moorman@craigmacauley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Flanders Language Valley**          represented by        **Robert J. Kaler**
**Foundation**                                              Gadsby & Hannah LLP
                                                            225 Franklin street
                                                            Boston, MA 02110
                                                            617-345-7007
                                                            Fax: 617-204-8007
                                                            Email: rkaler@ghlaw.com
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Flanders Language Valley Fund**     represented by        **Eric Neyman**
                                                            Gadsby & Hannah LLP
                                                            225 Franklin street
                                                            Boston, MA 02110
                                                            617-345-7000
                                                            Fax: 617-345-7050
                                                            Email: eneyman@ghlaw.com
                                                            *ATTORNEY TO BE NOTICED*

**KPMG Bedrijfsrevisoren**            represented by        **Michael J. Stone**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Nicholas W.C. Corson**
                                                            Hogan & Hartson, LLP
                                                            875 Third Avenue
                                                            New York, NY 10022
                                                            212-918-3000
                                                            Fax: 212-918-3100
                                                            Email: ncorson@hhlaw.com
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**
-----------------------
**Jo Lernout**                        represented by        **Anthony M. Feeherry**
                                                            Goodwin Procter, LLP
                                                            Exchange Place
                                                            Boston, MA 02109
                                                            617-570-1944
                                                            Fax: 617-523-1231
                                                            Email:

17

afeeherry@goodwinprocter.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan E. Kaufman**
Heiman, Aber, Goldlust & Baker
First Federal Plaza
Suite 600
P.O. Box 1675
Wilmington, DE 19899
302-658-1800
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Pol Hauspie**    represented by    **Donald Chase**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward P. Gilbert**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James S. Dittmar**
(See above for address)
*TERMINATED: 03/10/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James O. Fleckner**
(See above for address)
*TERMINATED: 03/10/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert P. Sherman**
Nixon Peabody LLP (BOS)
100 Summer Street
Boston, MA 02110
617-345-6188
Fax: 886-382-1300
Email: rsherman@nixonpeabody.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gordon M. Jones**
Nixon Peabody, LLP
101 Federal Street
Boston, MA 02110
617-345-6125
Fax: 866-369-4746
Email: gmjones@nixonpeabody.com
*ATTORNEY TO BE NOTICED*

18

Nico Willaert                    represented by      **Donald Chase**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Edward P. Gilbert**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **James S. Dittmar**
                                                     (See above for address)
                                                     *TERMINATED: 03/10/2004*
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **James O. Fleckner**
                                                     (See above for address)
                                                     *TERMINATED: 03/10/2004*
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Robert P. Sherman**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Gordon M. Jones**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

**Carl Dammekens**

**Dirk Cauwelier**

**Fernand Cloet**

**Jan Coene**

**Marc G Marc G.H. DePauw**

**Hubert Detremmerie**

**KPMG UK**                      represented by      **Douglas H. Meal**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Emily F. Klineman**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roel Pieper**                    represented by       **Bryan A. Wood**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Daniel P. Waxman**
                                                        Robinson Silverman Pearce Aronsohn
                                                        & Berman LLP
                                                        1290 Avenues of the Americas
                                                        New York, NY 10104
                                                        *TERMINATED: 05/15/2003*
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Eric Rieder**
                                                        Robinson Silverman Pearce Aronsohn
                                                        & Berman LLP
                                                        1290 Avenues of the Americas
                                                        New York, NY 10104
                                                        *TERMINATED: 05/15/2003*
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Pamela E. Berman**
                                                        (See above for address)
                                                        *TERMINATED: 05/15/2003*
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**RVD Securities NV**

**Alex Vieux**

**Gerard Van Acker**

**Bernard Vergnes**               represented by       **John A.D. Gilmore**
                                                        Piper Rudnick LLP
                                                        One International Place, 21st Floor
                                                        100 Oliver Street
                                                        Boston, MA 02110-2600
                                                        617-406-6000
                                                        Fax: 617-406-6100
                                                        Email:
                                                        john.gilmore@piperrudnick.com
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Kirsten M. Nelson**

Piper Rudnick LLP
21st Floor
One International Place
Boston, MA 02110-2600
617-406-6000
Fax: 617-406-6100
Email:
kirsten.nelson@piperrudnick.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Francis Vanderhoydonck**

**L&H Holding NV**

**L&H Holding III**

**Oldco NV**

**L&H Investment Company, NV**

**Leha**

| **KPMG International** | represented by | **Douglas F MacLean**
Latham & Watkins
275 Grove Street
4th Floor
Newton, MA 02466
617-663-4853
Fax: 617-663-5319
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED* |
|---|---|---|
| | | **Peter W. Devereaux**
Latham & Watkins
633 West Fifth Street
Suite 4000
Los Angeles, CA 90071-2007
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED* |
| | | **Stephen E. Jenkins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED* |
| **KPMG U.S.** | represented by | **Lewis H. Lazarus**
(See above for address)
*TERMINATED: 04/03/2002* |

21

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kristin G. McGurn**
Seyfarth Shaw, LLP
Two Seaport Lane, Ste. 300
Boston, MA 02210-2028
617-946-4800
Fax: 617-946-4801
Email: kmcgurn@seyfarth.com
*ATTORNEY TO BE NOTICED*

**KPMG UK**                     represented by     **Bradley A. Harsch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David H. Braff**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Philip L. Graham, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephanie G. Wheeler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Theodore Edelman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**KPMG Belgium**                represented by     **Michael J. Stone**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gaston Bastiaens**

| Date Filed | # | Docket Text |
|---|---|---|
| 02/21/2002 | 1 | Original file, certified copy of transfer order and docket sheet received Service in other district on(no summons issued) Answer filed in other court on from the District of Delaware. Docket # other court: 01-379-SLR (ms) (Entered: 02/28/2002) |

| 02/21/2002 | | Judge Patti B. Saris added for statistical purposes only (Simeone, Maria) (Entered: 12/12/2003) |
|---|---|---|
| 03/08/2002 | 2 | Letter by Douglas Meal, representing KPMG UKi, dated: 3/7/02 to: Judge Saris re: Status Conference filed. (ms) (Entered: 03/11/2002) |
| 03/12/2002 | 3 | Judge Patti B. Saris. Notice of Status conference: set status conference for 3:00 3/29/02 cc/cl. (ms) (Entered: 03/13/2002) |
| 03/14/2002 | 4 | Notice of appearance of attorney for KPMG UK in 1:02-cv-10304 by Douglas H. Meal, Emily F. Klineman, filed. (ms) (Entered: 03/15/2002) |
| 03/20/2002 | 5 | Judge Patti B. Saris. Notice of Rescheduled Status conference: reset status conference for 10:00 4/10/02 . (ms) (Entered: 03/20/2002) |
| 03/20/2002 | 6 | Certain Deft. Joint memorandum by Jo Lernout, Pol Hauspie , Nico Willaert, Dirk Cauwelier, Marc G De Pauw in Roel Pieper, re: choices of law issues, filed. (ms) (Entered: 03/22/2002) |
| 03/22/2002 | 7 | Notice of appearance of attorney for Paul G. Bamberg in Robert Roth, Donald B. Fletcher Jr., Cherry F. Bamberg in Donald B. Fletcher Jr., G. Bamberg in 1:02-cv-10304 by Jack R. Pirozzolo, Richard Bennett, filed. (ms) (Entered: 03/22/2002) |
| 04/01/2002 | 8 | Motion for Phillip Graham, Jr., David H. Braff, Theodore Edelman, Stephanie G. Wheeler, and Bradley A. Harsh to appear pro hac vice fee status: pd fee amt: 250.00 Receipt #: 38127 , for deft. KPMG UK, filed. (ms) (Entered: 04/03/2002) |
| 04/03/2002 | | Judge Patti B. Saris. Endorsed Order entered granting [8-1] motion for Phillip Graham, Jr., David H. Braff, Theodore Edelman, Stephanie G. Wheeler, and Bradley A. to appear pro hac vice fee status: pd fee amt: 250.00 Receipt #: 38127 Added Philip L. Graham Jr., David H. Theodore Edelman, Stephanie G. Wheeler, Bradley A. Harsch. cc/cl [EOD Date 4/8/02] (ms) (Entered: 04/08/2002) |
| 04/03/2002 | 9 | Notice of withdrawal of counsel by attorney Lewis H. Lazarus for KPMG U.S. in 1:02-cv-10304 filed. (ms) (Entered: 04/08/2002) |
| 04/05/2002 | 10 | Motion by KPMG International in 1:02-cv-10304 for Chad Johnson to appear pro hac vice fee status: pd fee amt: 50.00 Receipt #: 38284 , filed. (ms) (Entered: 04/09/2002) |
| 04/05/2002 | 11 | Certificate of Good Standing by Attorney Chad Johnson, filed. (ms) (Entered: 04/09/2002) |
| 04/05/2002 | 12 | Notice of appearance of attorney for KPMG International in 1:02-cv-10304 by Douglas F. MacLean, filed. (ms) (Entered: 04/09/2002) |
| 04/09/2002 | | Judge Patti B. Saris . Endorsed Order entered granting [10-1] motion for Chad Johnson to appear pro hac vice fee status: pd fee amt: 50.00 Receipt #: 38284 Atty already Assigned. cc/cl [EOD Date 4/9/02] (ms) (Entered: |

| | | |
|---|---|---|
| | | 04/09/2002) |
| 04/10/2002 | 14 | Judge Patti B. Saris. Procedural Order entered re: Motion hearing; lead pltfs-4/24/02 at 2:00; KPMG deft.-6/13/02 at 2:00; Inid. Members Board of Directors, Microsoft, RVD Securities-7/23/02 at 2:00; related entities - 9/12/02 at 2:00; remaining motions at 10/10/02 at 2:00. cc/cl [EOD Date 4/16/02] (ms) (Entered: 04/16/2002) |
| 04/11/2002 | | Status conference held . (ms) (Entered: 04/16/2002) |
| 04/11/2002 | 13 | Judge Patti B. Saris. Clerk's Notes: re: Status conference, Court Stays all discovery; Motions will be heard in clusters; All oppositions to motions to consolidate due on one week; All motions to amend complaint to be filed by 5/15/02; service to be made by 5/30/02 set motion hearing for Lead Plaintiffs for 2:00 4/24/02 , set motion hearing for KPMG for 2:00 6/13/02 , set motion hearing for Individual Members of Board of directors, Microsoft, RVD Securities for 2:00 7/23/02 , set motion hearing for Related entities for 9/12/02 at 2:00 , motion hearing for remaining motions 2:00 10/10/02 Keeper of records discussed re Arthur Anderson; Pltf jt motion to preserve to be filed. Court Reporter: Marie Cloonan (ms) (Entered: 04/16/2002) |
| 04/12/2002 | | Proposed Order with respect to preservation and production of documents by Arthur Anderson LLP received for filing. (ms) (Entered: 04/18/2002) |
| 04/17/2002 | 15 | Motion by Paul G. Bamberg, Robert Roth, Donald B. Fletcher Jr. Cherry F. Bamberg to consolidate cases , filed. (ms) (Entered: 04/18/2002) |
| 04/17/2002 | 16 | KPMG UK's Joinder in KPMG LLP memorandum concerning The Reform Act's Stay of Discovery, filed. (ms) (Entered: 04/19/2002) |
| 04/17/2002 | 20 | Notice of Service list for counsel for pltf by Jack R. Pirozzolo, filed. (ms) (Entered: 04/19/2002) |
| 04/18/2002 | 17 | Notice of appearance of attorney for Bernard Vergnes in 1:02-cv-10304 by John A. Gilmore, Kirsten Nelson Callahan, filed. (ms) (Entered: 04/19/2002) |
| 04/18/2002 | 18 | KPMG LLP memorandum concerning the Reforms Act's Stay of discovery During the pendency of any motions to dismiss filed. (ms) (Entered: 04/19/2002) |
| 04/18/2002 | 19 | Notice of Service List by KPMG UK, KPMG International, KPMG UK, By Kevin Lezinski, filed. (ms) (Entered: 04/19/2002) |
| 04/19/2002 | 21 | Response by Paul G. Bamberg, Robert Roth, Donald B. Fletcher Jr., Cherry F. Bamberg, Donald B. Fletcher Jr. in opposition to [15-1] motion to consolidate cases, filed. (ms) (Entered: 04/24/2002) |
| 04/19/2002 | 22 | Letter by Paul G. Bamberg in 1:02-cv-10304 dated: 4/19/02 to: Mr. Alba re: opposition to Bambergs Motion filed. (ms) (Entered: 04/24/2002) |

24

| 04/19/2002 | 25 | The Baker pltfs Response in opposition to the Bambergs [15-1] motion to consolidate cases, filed. (ms) (Entered: 04/25/2002) |
|---|---|---|
| 04/22/2002 | 23 | Notice of The Baker pltf opposition to the Bamberg Pltfs motion to consolidate by Paul G. Bamberg , Cherry F. Bamberg in 1:02-cv-10304 , filed. (ms) (Entered: 04/24/2002) |
| 04/22/2002 | 24 | Notice of Certain Deft. joinder in opposition to premature lifting of reform act's stay of discovery by Jo Lernout in 1:02-cv-10304, filed. (ms) (Entered: 04/24/2002) |
| 04/23/2002 | | Judge Patti B. Saris. Endorsed Order entered granting [15-1] motion to consolidate cases. cc/cl [EOD Date 4/24/02] (ms) (Entered: 04/24/2002) |
| 04/23/2002 | | Consolidated Lead Case. All future filings in the civil action 1:02cv10305 should be captioned with the civil action number 1:02cv10304PBS-The lead case. There will be no more docketing in 1:02cv10305 and the case will be closed. (ms) Modified on 06/12/2002 (Entered: 04/26/2002) |
| 04/24/2002 | 26 | Notice of Certain Deft. joinder in opposition to premature lifting of reform act's stay of discovery, filed. (ms) (Entered: 04/29/2002) |
| 04/29/2002 | 27 | Motion by KPMG International in 1:02-cv-10304 for Peter W. Devereaux to appear pro hac vice fee status: pd fee amt: 50.00 Receipt #: 38823 , filed. (ms) (Entered: 05/01/2002) |
| 05/01/2002 | | Judge Patti B. Saris. Endorsed Order entered granting [27-1] motion for Peter W. Devereaux to appear pro hac vice fee status: pd fee amt: 50.00 Receipt #: 38823 Added W. Devereaux. cc/cl [EOD Date 5/3/02] (ms) (Entered: 05/03/2002) |
| 05/01/2002 | 28 | Notice of filing of amended complaint by Paul G. Bamberg in 1:02-cv-10304, Robert Roth in 1:02-cv-10304, Donald B. Fletcher Jr. in 1:02-cv-10304, Cherry F. Bamberg in 1:02-cv-10304, Donald B. Fletcher Jr. in 1:02-cv-10304 , filed. (ms) (Entered: 05/03/2002) |
| 05/01/2002 | 29 | Amended complaint by Paul G. Bamberg in 1:02-cv-10304, Robert Roth in 1:02-cv-10304, Donald B. Fletcher Jr. in 1:02-cv-10304, Cherry F. Bamberg in 1:02-cv-10304, Donald B. Fletcher Jr. in 1:02-cv-10304, Paul G. Bamberg in 1:02-cv-10304 filed. (Answer due 5/11/02 for KPMG Belgium, for KPMG UK, for KPMG U.S., for KPMG International, for Leha, for L&H Investment Co,NV, for Oldco NV, for L&H Holding III, for L&H Holding NV, for Francis Vanderhoydonck, for Bernard Vergnes, for Gerard Van Acker, for Alex Vieux, for RVD Securities NV, for Roel Pieper, for KPMG UK, for Hubert Detremmerie, for Marc G De Pauw, for Jan Coene, for Fernand Cloet, for Dirk Cauwelier, for Carl Dammekens, for Nico Willaert, for Pol Hauspie, for Jo Lernout ) . Amended complaint amendment is made as a matter of course: (ms) (Entered: 05/03/2002) |
| 05/02/2002 | 30 | Motion by Mercator and Noordstar, deft in consol/related cases for reconsideration of [14-1] procedural order dated 4/11/02 , filed. (ms) (Entered: 05/06/2002) |

| 05/02/2002 | 31 | Memorandum of law in support of [30-1] motion for reconsideration of [14-1] procedural order dated 4/11/02 , filed. Original document filed in 00cv11589. (ms) (Entered: 05/06/2002) |
| 05/03/2002 | 32 | STIPULATION and PROPOSED Order by Paul G. Bamberg, Robert Roth, Donald B. Fletcher Jr., Cherry F. Bamberg, Donald B. Fletcher Jr., Jo Lernout, Pol Hauspie, Nico Willaert, SG Cowen Securities corporation, Gaston Bastiaens, to answer or otherwise respond to the amended complaint, filed. (ms) (Entered: 05/06/2002) |
| 05/07/2002 | | Judge Patti B. Saris. Endorsed Order entered granting [32-1] stipulation and proposed order regarding briefing schedule. cc/cl [EOD Date 5/7/02] (ms) (Entered: 05/07/2002) |
| 05/09/2002 | 33 | Motion by KPMG UK in 1:02-cv-10304 to dismiss the amended complaint , filed. (ms) (Entered: 05/09/2002) |
| 05/09/2002 | 34 | Memorandum by KPMG UK in 1:02-cv-10304 in support of [33-1] motion to dismiss the amended complaint , filed. (ms) (Entered: 05/09/2002) |
| 05/10/2002 | 35 | Motion by KPMG LLP in 1:02-cv-10304 to dismiss the amended complaint , filed. (ms) (Entered: 05/13/2002) |
| 05/10/2002 | 36 | Memorandum by KPMG LLP in 1:02-cv-10304 in support of [35-1] motion to dismiss the amended complaint , filed. (ms) (Entered: 05/13/2002) |
| 05/14/2002 | 37 | Declaration of Michael Derek Vaughan Rake in support of, [33-1] motion to dismiss the amended complaint, filed. (ms) (Entered: 05/15/2002) |
| 05/17/2002 | 38 | Motion by KPMG International for Jeff Hammel to appear pro hac vice fee status: pd fee amt: 50.00 Receipt #: 39189 , filed. (ms) (Entered: 05/20/2002) |
| 05/17/2002 | 39 | Certificate of Good Standing by Attorney Jeff G. Hammel, filed. (ms) (Entered: 05/20/2002) |
| 05/20/2002 | | Judge Patti B. Saris. Endorsed [30-1] motion for reconsideration of [14-1] procedural dated 4/11/02. I will only address motions to dismiss pursuant to Fed.R.Civ.P. 9(b) and 12(b)(6). Because pltfs seek juristictional discovery, I will not address the motions to dismiss for lack of personal juristiction until later. cc/cl [EOD Date 5/21/02] (ms) (Entered: 05/21/2002) |
| 05/20/2002 | | Judge Patti B. Saris. Endorsed Order entered granting [38-1] motion for Jeff Hammel to appear pro hac vice fee status: pd fee amt: 50.00 Receipt #: 39189 Added Jeff Hammel. cc/cl [EOD Date 5/21/02] (ms) (Entered: 05/21/2002) |
| 05/20/2002 | 42 | Motion by Roel Pieper in 1:02-cv-10304 to dismiss , filed. (ms) (Entered: 05/23/2002) |

| 05/20/2002 | 43 | Memorandum by Roel Pieper in 1:02-cv-10304 in support of [40-1] motion to dismiss the amended complaint , filed. (ms) (Entered: 05/23/2002) |
|---|---|---|
| 05/21/2002 | 41 | Memorandum by KPMG International in 1:02-cv-10304 in support of [40-1] motion to dismiss the amended complaint , filed. (ms) (Entered: 05/22/2002) |
| 05/22/2002 | 40 | Motion by KPMG International in 1:02-cv-10304 to dismiss the amended complaint filed. (ms) (Entered: 05/22/2002) |
| 05/23/2002 | 44 | Joint motion by plaintiffs, and deft KPMG LLP in 1:02-cv-10304 to amend briefing schedule concerning motion to dismiss , filed.c/s. (ms) (Entered: 05/29/2002) |
| 05/23/2002 | 45 | Joint motion by lead pltfs and deft KPMG UK in 1:02-cv-10304, to amend briefing schedule concerning motion to dismiss , filed. c/s. (ms) (Entered: 05/29/2002) |
| 05/23/2002 | 53 | Reply/response by Mercator & Noordstar in 1:02-cv-10304 to response opposition by Lead pltfs and Stonington(in 00-11589,02-10303)to motion for reconsideration and or clarification, filed. (ms) (Entered: 06/03/2002) |
| 05/23/2002 | | Summons issued for S..AI.L Trust Flanders Language, Gaston Bastiaens, Mercator & Noordstar NV, Carl Dammekens,L&H Inv.Co., Jo Lernout, Flanders language Vally fund, Paul Behets, KPMG Bedrij.,Louis-H.Verbeke, Roel Pieper, Nico Willaert, Pol Hauspie, KPMG UK in 1:02-cv-10304, (ms) (Entered: 06/28/2002) |
| 05/28/2002 | 46 | Motion by Paul G. Bamberg in 1:02-cv-10304, Robert Roth in 1:02-cv-10304, Donald B. Fletcher Jr. in 1:02-cv-10304, Cherry F. Bamberg in 1:02-cv-10304, Donald B. Fletcher Jr. in 1:02-cv-10304 to extend time to 5/29/02 to file opposition to motions to dismiss of KPMG UK and KPMG LLP , filed. (ms) (Entered: 05/29/2002) |
| 05/28/2002 | 47 | Motion by Paul G. Bamberg, Robert Roth, Donald B. Fletcher Jr., Cherry F. Bamberg, Donald B. Fletcher Jr. for leave to file a response brief in excess of 20 pages , filed. (ms) (Entered: 05/29/2002) |
| 05/28/2002 | 48 | Janet Baker, James Baker, JK Baker LLC, JMBaker, LLC in 1:02-cv-10304 in opposition to Fla Language Valley fund motion to stay discovery [76-1] filed in 1:02cv10303, filed. (ms) (Entered: 05/29/2002) |
| 05/28/2002 | 49 | Declaration of Catherine Grisart, re: [48-1] opposition response, [47-1] motion for leave to file a response brief in excess of 20 pages, filed. (ms) (Entered: 05/29/2002) |
| 05/28/2002 | 50 | Declaration of Karen C. Dyer in 1:02-cv-10304, re: [48-1] opposition response, [47-1] motion for leave to file a response brief in excess of 20 pages, filed. (ms) (Entered: 05/29/2002) |
| 05/29/2002 | 51 | Motion by Paul G. Bamberg, Robert Roth, Donald B. Fletcher Jr., Cherry |

| | | |
|---|---|---|
| | | F. Bamberg, Donald B. Fletcher Jr. to modify April 11,2002 order allowing additional time to complete service upon all deft. , filed. (ms) (Entered: 05/30/2002) |
| 05/29/2002 | 52 | Response by Paul G. Bamberg, Robert Roth, Donald B. Fletcher Jr., Cherry F. Bamberg, Donald B. Fletcher Jr. in in opposition to [35-1] motion to dismiss the amended complaint, [33-1] motion to dismiss the amended complaint, filed. (ms) (Entered: 05/30/2002) |
| 05/29/2002 | | Judge Patti B. Saris. Endorsed Order entered granting [46-1] motion to extend time to 5/29/02 to file opposition to motions to dismiss of KPMG UK and KPMG LLP. cc/cl [EOD Date 6/4/02] (ms) (Entered: 06/04/2002) |
| 05/29/2002 | | Summons issued for Gaston Bastiaens in 1:02-cv-10304 (ms) (Entered: 06/28/2002) |
| 05/29/2002 | 102 | Return of service executed as to Flanders Language in 1:02-cv-10304 with service on 5/29/02 filed. (ms) (Entered: 08/05/2002) |
| 05/31/2002 | | Judge Patti B. Saris. Endorsed Order entered granting [44-1] joint motion to amend briefing schedule concerning motion to dismiss. Page limits should be followed. cc/cl [EOD Date 6/3/02] (ms) (Entered: 06/03/2002) |
| 05/31/2002 | | Judge Patti B. Saris. Endorsed Order entered granting [45-1] joint motion to amend briefing schedule concerning motion to dismiss. The page limits SHALL be followed. I have too much paper already. cc/cl [EOD Date 6/3/02] (ms) (Entered: 06/03/2002) |
| 06/03/2002 | 54 | Response by Paul G. Bamberg, Robert Roth , Donald B. Fletcher Jr. Cherry F. Bamberg, Donald B. Fletcher Jr. in opposition to [40-1] motion to dismiss the amended complaint, filed. (ms) (Entered: 06/05/2002) |
| 06/03/2002 | 55 | Declaration of Richard E. Bennett in 1:02-cv-10304, re:in support of [54-1] opposition response , filed. (ms) (Entered: 06/05/2002) |
| 06/04/2002 | | Judge Patti B. Saris. Endorsed Order entered granting [51-1] motion to modify April 11,2002 order allowing additional time to complete service upon all deft. cc/cl . [EOD Date 6/6/02] (ms) (Entered: 06/06/2002) |
| 06/04/2002 | 57 | Motion by SG Cowen Securities in 1:02-cv-10304 to extend time to August 1, 2002 to answer the complaint , filed. (ms) (Entered: 06/07/2002) |
| 06/05/2002 | 56 | Letter by Karen C. Dyer in 1:02-cv-10304 dated: 6/4/02 to: Mr. Alba re: 6/13/02 hearing on motions to dismiss by KPMG; Joan Yue will be presenting argument. filed. (ms) (Entered: 06/07/2002) |
| 06/06/2002 | 58 | Notice of appearance of attorney for Flanders Language in 1:02-cv-10304 by Robert J. Kaler, filed. (ms) (Entered: 06/07/2002) |
| 06/06/2002 | 59 | Motion by KPMG International in 1:02-cv-10304 for leave to file a reply brief , filed. (ms) (Entered: 06/07/2002) |

| 06/06/2002 | 60 | Reply by KPMG UK in 1:02-cv-10304 to [33-1] motion to dismiss the amended complaint, filed. (ms) (Entered: 06/07/2002) |
|---|---|---|
| 06/06/2002 | 61 | Memorandum by KPMG Bedrijfsrevisor in 1:02-cv-10304 in support of KPMG Bedrij. motion to dism. , filed. (ms) (Entered: 06/07/2002) |
| 06/06/2002 | 62 | Memorandum by Paul Behets in 1:02-cv-10304, KPMG Bedrijfsrevisor in 1:02-cv-10304 in support of motion to dismiss amended complaint (filed in 11589), filed. (ms) (Entered: 06/07/2002) |
| 06/06/2002 | 63 | Declaration of Jozef Lievens in support of motin to dismiss by Behets and Bedrij. , re: , filed. (ms) (Entered: 06/07/2002) |
| 06/06/2002 | 64 | Declaration of Hans Van Houtte in support of KPMG Bedrij. and Paul Behets motion to dismiss amended complaint(11589) , re: , filed. (ms) (Entered: 06/07/2002) |
| 06/06/2002 | 65 | Memorandum by KPMG LLP in 1:02-cv-10304 in support of [35-1] motion to dismiss the amended complaint , filed. (ms) (Entered: 06/10/2002) |
| 06/10/2002 | 66 | Judge Patti B. Saris. Order entered. Pursuant to 28 USC 455(a), at the status hearing, I informed the parties that Ropes & Gray provide my husband and I with personal accounting, trust/estate...it is not representing me in any litigation...I am not required to disqualify myself from litigation in which Ropes & Gray appears purusant to 28 USC 455(b)...cc/cl [EOD Date 6/12/02] (ms) (Entered: 06/12/2002) |
| 06/11/2002 | 68 | Judge Patti B. Saris. Procedural Order entered re: It is hereby ORDERED that all memoranda supporting or opposing allowance of motions shall not exceed 20 pages. Any motion for leave of court to file memoranda in excess of 20 pages WILL NOT be allowed; cc/cl . [EOD Date 6/13/02] (ms) (Entered: 06/13/2002) |
| 06/13/2002 | 67 | Objection by Janet Baker in 1:02-cv-10304, James Baker in 1:02-cv-10304, JK Baker LLC in 1:02-cv-10304, JMBaker, LLC in 1:02-cv-10304 re: [73-1](filed in cv 02-10305) report on status of service of process on deft and motion for continuance to serve certain foreign defts, filed. (ms) Modified on 06/13/2002 (Entered: 06/13/2002) |
| 06/13/2002 |  | Motion hearing re: [40-1] motion to dismiss the amended complaint, [35-1] motion to dismiss the amended complaint, [33-1] motion to dismiss the amended complaint held (ms) (Entered: 06/17/2002) |
| 06/13/2002 | 69 | Judge Patti B. Saris. Clerk's Notes: re: Motion hearing held on various motions to dismiss. Court hears argument of counsel. Court addresses various procedural issues relative to all cases. Court takes motions to dismiss under advisement [33-1] motion to dismiss the amended complaint taken under advisement [35-1] motion to dismiss the amended complaint taken under advisement [40-1] motion to dismiss the amended complaint taken under advisement. cc/cl Court Reporter: Marie Cloonan (ms) (Entered: 06/17/2002) |

| 06/13/2002 | 70 | Notice of appearance of attorney for Paul G. Bamberg in 1:02-cv-10304, Robert Roth in 1:02-cv-10304, Donald B. Fletcher Jr. in 1:02-cv-10304, Cherry F. Bamberg in 1:02-cv-10304, Donald B. Fletcher Jr. in 1:02-cv-10304 by James J. Nicklaus, filed. (ms) (Entered: 06/17/2002) |
|---|---|---|
| 06/20/2002 | 71 | Response by Bamberg Pltfs in opposition to motion of deft KPMG Bedrij motion to dismiss the amended complaint, filed. (ms) (Entered: 06/24/2002) |
| 06/20/2002 | 72 | Waiver of objection by Roel Pieper in 1:02-cv-10304 Pursuant to 28 USC 455(E). (ms) (Entered: 06/24/2002) |
| 06/21/2002 | 73 | Motion by Flanders Language in 1:02-cv-10304 to extend time to to file motion to dismiss , and to amend briefing schedule , filed. (ms) (Entered: 06/24/2002) |
| 06/24/2002 |  | Transcript of June 13, 2002 hearing before the Honorable Judge Patti B. Saris, filed in cv action 00cv11589, Document #314 (ms) (Entered: 06/24/2002) |
| 06/24/2002 | 74 | Response by Janet Baker in 1:02-cv-10304, James Baker in 1:02-cv-10304, JK Baker LLC in 1:02-cv-10304, JMBaker, LLC in 1:02-cv-10304 in opposition to [42-1] motion to dismiss , filed. (ms) (Entered: 06/26/2002) |
| 06/24/2002 | 75 | Notice of Compendium of unreported decis by Janet Baker in 1:02-cv-10304, James Baker in 1:02-cv-10304, JK Baker LLC in 1:02-cv-10304, JMBaker, LLC in 1:02-cv-10304 , filed. (ms) (Entered: 06/26/2002) |
| 06/26/2002 | 76 | Notice of change of address filed by Theodore Edelman in 1:02-cv-10304 by KPMG UK in 1:02-cv-10304 . (ms) (Entered: 06/28/2002) |
| 06/27/2002 | 77 | Reply Memorandum by Janet Baker in 1:02-cv-10304, James Baker in 1:02-cv-10304, JK Baker LLC in 1:02-cv-10304, JMBaker, LLC in 1:02-cv-10304 in support of [67-1] miscellaneous, (ms) (Entered: 06/28/2002) |
| 06/28/2002 | 119 | Return of service executed as to Jo Lernout in 1:02-cv-10304 with service on 5/31/02 filed. (ms) (Entered: 08/30/2002) |
| 06/28/2002 | 120 | Return of service executed as to Pol Hauspie in 1:02-cv-10304 with service on 5/31/02 filed. (ms) (Entered: 08/30/2002) |
| 06/28/2002 | 121 | Return of service executed as to Flanders Language in 1:02-cv-10304 with service on 5/31/02 filed. (ms) (Entered: 08/30/2002) |
| 06/28/2002 | 122 | Return of service executed as to Flanders Language in 1:02-cv-10304 with service on 5/31/02 filed. (ms) (Entered: 08/30/2002) |
| 06/28/2002 | 123 | Return of service executed as to L&H Investment Co,NV in 1:02-cv-10304 with service on 5/31/02 filed. (ms) (Entered: 08/30/2002) |
| 06/28/2002 | 124 | Return of service executed as to KPMG Bedrijfsrevisor in 1:02-cv-10304 |

| | | with service on 6/7/02 filed. (ms) (Entered: 08/30/2002) |
|---|---|---|
| 06/28/2002 | 125 | Return of service executed as to Louis Verbeke in 1:02-cv-10304 with service on 5/29/02 filed. (ms) (Entered: 08/30/2002) |
| 06/28/2002 | 126 | Return of service executed as to Mercator & Noordstar in 1:02-cv-10304 with service on 5/29/02 filed. (ms) (Entered: 08/30/2002) |
| 06/28/2002 | 127 | Return of service executed as to Paul Behets in 1:02-cv-10304 with service on 5/29/02 filed. (ms) (Entered: 08/30/2002) |
| 06/28/2002 | 128 | Return of service executed as to Carl Dammekens in 1:02-cv-10304 with service on 5/29/02 filed. (ms) (Entered: 08/30/2002) |
| 06/28/2002 | 129 | Return of service executed as to Nico Willaert in 1:02-cv-10304 with service on 6/5/02 filed. (ms) (Entered: 08/30/2002) |
| 06/28/2002 | 130 | Return of service executed as to Roel Pieper in 1:02-cv-10304 with service on 5/30/02 filed. (ms) (Entered: 08/30/2002) |
| 06/28/2002 | 131 | Return of service executed as to Gaston Bastiaens in 1:02-cv-10304 with service on 5/30/02 filed. (ms) (Entered: 08/30/2002) |
| 06/28/2002 | 132 | Return of service executed as to KPMG UK in 1:02-cv-10304 with service on 5/29/02 filed. (ms) (Entered: 08/30/2002) |
| 06/28/2002 | 133 | Return of service executed as to SG Cowen Securities in 1:02-cv-10304 with service on 5/10/02 filed. (ms) (Entered: 08/30/2002) |
| 07/03/2002 | 78 | Motion by Mercator & Noordstar in 1:02-cv-10304 to extend time To file motions to dismiss and for briefing schedule filed. (ms) Modified on 07/08/2002 (Entered: 07/08/2002) |
| 07/12/2002 | 80 | Notice of change of address filed by Bryan A. Wood in 1:02-cv-10304, Pamela E. Berman in 1:02-cv-10304 by Roel Pieper in 1:02-cv-10304 . (ms) (Entered: 07/16/2002) |
| 07/15/2002 | 79 | Letter by Bryan A. Wood in 1:02-cv-10304 dated: 7/12/02 to: Mr. Alba re: Daniel Waxman will be arguing on behalf of Roel Pieper at the 7/23/02 hearing, filed. (ms) (Entered: 07/16/2002) |
| 07/16/2002 | 81 | Letter by Karen C. Dyer in 1:02-cv-10304 dated: 7/16/02 to: Mr Alba re: 7/23/02 hearing, Joan Yue will be arguing on behalf of the Bakers, filed. (ms) (Entered: 07/17/2002) |
| 07/16/2002 | 82 | Memorandum by Roel Pieper in 1:02-cv-10304 in support of [42-1] motion to dismiss, filed. (ms) (Entered: 07/18/2002) |
| 07/16/2002 | 83 | Certificate of service by Roel Pieper in 1:02-cv-10304 re: [82-1] support memorandum, filed. (ms) (Entered: 07/18/2002) |
| 07/18/2002 | 84 | Return of service executed as to L&H Investment Co,NV in 1:02-cv- |

| | | |
|---|---|---|
| | | 10304 with service on 5/30/02 filed. (ms) (Entered: 07/22/2002) |
| 07/18/2002 | 85 | Return of service executed as to Louis Verbeke in 1:02-cv-10304 with service on 6/4/02 filed. (ms) (Entered: 07/22/2002) |
| 07/18/2002 | 86 | Return of service executed as to Flanders Language in 1:02-cv-10304 with service on 5/28/02 filed. (ms) (Entered: 07/22/2002) |
| 07/19/2002 | 89 | Notice of withdrawal of counsel by John Millian, Jacqueline Coleman, Gibson, Dunn & Crutcher LLP, by FLV Fund, filed. (ms) (Entered: 07/24/2002) |
| 07/23/2002 | | Motion hearing re: Various motions to Dismiss re; Individual members of the Board of Directors, Microsoft, RVD Securities, Ellen Spooren. (ms) (Entered: 07/24/2002) |
| 07/23/2002 | 87 | Judge Patti B. Saris. Clerk's Notes: re: Motion hearing on Various motions to dismiss re Individual members of the Board of Directors, Microsoft, RVD Securites, Ellen Spooren. Court hears argument of counsel. Court takes motions under advisement. Court orders all parties to produce their copy of the 1999 10K by August 14, 2002. Parties can then follow-up within one week with a three page memo re ramification of signatures. Court Reporter: Marie Cloonan (ms) (Entered: 07/24/2002) |
| 07/23/2002 | 88 | Notice of New additional Authority in support of our pending motions to dismiss, by Michael P. Carrol in 1:02-cv-10304, filed. (ms) (Entered: 07/24/2002) |
| 07/26/2002 | 90 | Motion by Louis Verbeke in 1:02-cv-10304 to dismiss pltfs amended complaint with prejudice , filed. (ms) (Entered: 07/29/2002) |
| 07/26/2002 | 91 | Memorandum by Louis Verbeke in 1:02-cv-10304 in support of [90-1] motion to dismiss pltfs amended complaint with prejudice, filed. c/s (ms) (Entered: 07/29/2002) |
| 07/26/2002 | 92 | STIPULATION by Jo Lernout, Pol Hauspie, Nico Willaert , Gaston Bastiaens, With respect to the amended complaint, filed. (ms) (Entered: 07/29/2002) |
| 07/26/2002 | 93 | Motion by Flanders Language in 1:02-cv-10304 to dismiss , filed. (ms) (Entered: 07/29/2002) |
| 07/26/2002 | 94 | Memorandum by Flanders Language in 1:02-cv-10304 in support of [93-1] motion to dismiss , filed. (ms) (Entered: 07/29/2002) |
| 07/26/2002 | 95 | Motion by Mercator & Noordstar in 1:02-cv-10304 to dismiss Bamberg and Baker Complaints , filed. (ms) (Entered: 07/29/2002) |
| 07/26/2002 | 96 | Memorandum by Mercator & Noordstar in 1:02-cv-10304 in support of [95-1] motion to dismiss Bamberg and Baker Complaints, filed. (ms) (Entered: 07/29/2002) |

| | | |
|---|---|---|
| 07/26/2002 | 97 | Letter on behalf of Roel Pieper by Daniel Waxman, dated: 7/26/02 to: Judge Saris re: certain Questions raised by the court at the 7/23/02 hearing, filed. (ms) (Entered: 07/29/2002) |
| 07/30/2002 | 98 | Return of service executed as to Carl Dammekens in 1:02-cv-10304 with service on 5/27/02 filed. (ms) (Entered: 08/01/2002) |
| 08/01/2002 | 99 | Motion by SG Cowen Securities in 1:02-cv-10304 to dismiss pltfs amended complaint filed. (ms) (Entered: 08/02/2002) |
| 08/01/2002 | 100 | Memorandum by SG Cowen Securities in 1:02-cv-10304 in support of [99-1] motion to dismiss pltfs amended complaint filed. (ms) (Entered: 08/02/2002) |
| 08/01/2002 | 101 | Appendix of unreported cases cited by SG Cowen Securities in 1:02-cv-10304 in support of [100-1] support memorandum, [99-1] motion to dismiss pltfs amended complaint , filed. (ms) (Entered: 08/02/2002) |
| 08/07/2002 | 103 | Letter by Karen C. Dyer in 1:02-cv-10304 dated: 8/7/02 to: Judge Saris re: letter from Mr. Waxman on behalf of Roel Pieper, filed. (ms) (Entered: 08/08/2002) |
| 08/14/2002 | 104 | Joint motion for clarification of the courts order dated 7/23/02 re: discovery 1999 10-K , filed. (ms) (Entered: 08/19/2002) |
| 08/14/2002 | 105 | Motion by deft. KPMG Singapore in the Filler & Baker v. Hanvit for clarification of courts order from the bench dated 7/23/02 re: discovery, 1999 10-K , filed. (ms) (Entered: 08/19/2002) |
| 08/19/2002 | | Judge Patti B. Saris. Endorsed Order entered [104-1] joint motion for clarification of the courts order dated 7/23/02 re: discovery 1999 10-K. KPMG shall produce only copies with actual handwritten signatures. cc/cl [EOD Date 8/20/02] (ms) (Entered: 08/20/2002) |
| 08/19/2002 | 106 | Judge Patti B. Saris. Memorandum and Order entered. After hearing on June 13, 2002, and a review of the extensive briefing, the motions by KPMG US and KPMG Belgium to dismiss are DENIED. The motions by KPMG Singapore, KPMG UK:[33-1] motion to dismiss the amended complaint and KPMG International:[40-1] motion to dismiss the amended complaint are ALLOWED. cc/cl[EOD Date 8/26/02] (ms) (Entered: 08/26/2002) |
| 08/22/2002 | 107 | Motion by SG Cowen Securities in 1:02-cv-10304 for George A. Zimmerman, Joanne Gaboriault, and Paul J. Lockwood to appear pro hac vice fee status: pd fee amt: 150.00 Receipt #: 41414 , filed. (ms) (Entered: 08/26/2002) |
| 08/22/2002 | 108 | Certificate of Good Standing by Attorney George A. Zimmerman, filed. (ms) (Entered: 08/26/2002) |
| 08/22/2002 | 109 | Certificate of Good Standing by Attorney Joanne Gaboriault, filed. (ms) (Entered: 08/26/2002) |

| 08/22/2002 | 110 | Certificate of Good Standing by Attorney Paul J. Lockwood, filed. (ms) (Entered: 08/26/2002) |
|---|---|---|
| 08/22/2002 | | Judge Patti B. Saris. Endorsed Order entered Re: [105-1] motion for clarification of courts order from the bench dated 7/23/02 re: discovery, 1999 10-K. Allowed with respect to the request that production be limited to copies of the 1999 10-K reflecting actual handwritten signatures. cc/cl [EOD Date 8/26/02] (ms) (Entered: 08/26/2002) |
| 08/23/2002 | 111 | Response by Janet Baker in 1:02-cv-10304, James Baker in 1:02-cv-10304, JK Baker LLC in 1:02-cv-10304, JMBaker, LLC in 1:02-cv-10304 in opposition to [95-1] motion to dismiss Bamberg and Baker Complaints, [93-1] motion to dismiss, [90-1] motion to dismiss pltfs amended complaint with prejudice , filed. (ms) (Entered: 08/27/2002) |
| 08/23/2002 | 112 | Response by Paul G. Bamberg in 1:02-cv-10304, Cherry F. Bamberg in 1:02-cv-10304 in opposition to [95-1] motion to dismiss Bamberg and Baker Complaints, [93-1] motion to dismiss, [90-1] motion to dismiss pltfs amended complaint with prejudice , filed. (ms) (Entered: 08/27/2002) |
| 08/23/2002 | 113 | Memorandum by Paul G. Bamberg in 1:02-cv-10304, Cherry F. Bamberg in 1:02-cv-10304 in opposition to [95-1] motion to dismiss Bamberg and Baker Complaints, [93-1] motion to dismiss, [90-1] motion to dismiss pltfs amended complaint with prejudice , filed. (ms) (Entered: 08/27/2002) |
| 08/26/2002 | | Judge Patti B. Saris . Endorsed Order entered granting [107-1] motion for George A. Zimmerman, Joanne Gaboriault, and Paul J. Lockwood to appear pro hac vice fee status: pd fee amt: 150.00 Receipt #: 41414 Added George A. Zimmerman, Joanne Gaboriault. Mr. Lockwood already assigned. cc/cl [EOD Date 8/26/02] (ms) (Entered: 08/26/2002) |
| 08/27/2002 | 114 | Letter by Emily F. Klineman in 1:02-cv-10304 dated: 8/27/02 to: Sir/Madam re: KPMG UK(LLP) has determined after a reasonable inquiry that it does not have in its possession any copies of L&H 1999 10-K that contain handwritten signatures, filed. (ms) (Entered: 08/29/2002) |
| 08/29/2002 | 117 | Letter by Flanders Language in 1:02-cv-10304 by Robert J. Kaler in 1:02-cv-10304 dated: 8/29/02 to: All counsel of record re: 1999 10-K, FLV Fund does not have in its possession any copies of L&H 1999 10-K containing handwritten signatures, filed. (ms) (Entered: 08/30/2002) |
| 08/30/2002 | 118 | Notice of proofs of service of process by Paul G. Bamberg in 1:02-cv-10304, Robert Roth in 1:02-cv-10304, Donald B. Fletcher Jr. in 1:02-cv-10304, Cherry F. Bamberg in 1:02-cv-10304, Donald B. Fletcher Jr. in 1:02-cv-10304 , filed. (ms) (Entered: 08/30/2002) |
| 08/30/2002 | 134 | Motion by Gaston Bastiaens in 1:02-cv-10304 to dismiss , filed. (ms) (Entered: 08/30/2002) |
| 08/30/2002 | 135 | Motion by Jo Lernout in 1:02-cv-10304 to dismiss the amended complaints , filed. (ms) (Entered: 08/30/2002) |
| 08/30/2002 | 136 | Memorandum by Jo Lernout in 1:02-cv-10304 in support of [135-1] |

| | | |
|---|---|---|
| | | motion to dismiss the amended complaints , filed. (ms) (Entered: 08/30/2002) |
| 08/30/2002 | 137 | Motion by Pol Hauspie in 1:02-cv-10304, Nico Willaert in 1:02-cv-10304 to dismiss the complaints in the Baker & Bamberg Complaints , filed. (ms) (Entered: 08/30/2002) |
| 09/03/2002 | 145 | Notice of John Polk presenting oral arguement on behalf of Mercator & Norrdstar, filed. (ms) (Entered: 09/10/2002) |
| 09/05/2002 | 138 | Memorandum by Flanders Language in 1:02-cv-10304 in support of [93-1] motion to dismiss, filed. (ms) (Entered: 09/06/2002) |
| 09/05/2002 | 139 | Notice of Joan A. Yue arguing on behalf by Janet Baker in 1:02-cv-10304, James Baker in 1:02-cv-10304, JK Baker LLC in 1:02-cv-10304, JMBaker, LLC in 1:02-cv-10304 , filed. (ms) (Entered: 09/06/2002) |
| 09/05/2002 | 140 | Reply by Louis Verbeke in 1:02-cv-10304 to [113-1] opposition memorandum filed by bakers to his motion to dismiss [90-1], filed. (ms) (Entered: 09/06/2002) |
| 09/05/2002 | 141 | Notice of Jack Pirozzolo to argue on behalf of Bamberg Pltfs at the 9/12/02 hearing , filed. (ms) (Entered: 09/06/2002) |
| 09/05/2002 | 142 | Memorandum of law in Reply by Mercator & Noordstar in 1:02-cv-10304 to [113-1] opposition memorandum to Mercators motion to dismiss [95-1], filed. (ms) (Entered: 09/06/2002) |
| 09/05/2002 | 144 | Notice of Robert J. Kaler presenting oral argument on behalf of FLV Fund, 1:02-cv-10304, filed. (ms) (Entered: 09/10/2002) |
| 09/09/2002 | 146 | Response by Paul G. Bamberg in 1:02-cv-10304, Cherry F. Bamberg in 1:02-cv-10304 in opposition to [99-1] motion to dismiss pltfs amended complaint , filed. (ms) (Entered: 09/10/2002) |
| 09/09/2002 | 147 | Response by Janet Baker, James Baker , JK Baker LLC, JMBaker, LLC in opposition to [99-1] motion to dismiss pltfs amended complaint , filed. (ms) (Entered: 09/10/2002) |
| 09/10/2002 | 143 | Notice of copy of return of service in English re; Carl Dammekens filed. (ms) (Entered: 09/10/2002) |
| 09/10/2002 | 148 | Notice of Baker Pltfs compendium of unreported cases for thier opposition to defts SG Cowens Motion to dismiss filed. (ms) (Entered: 09/11/2002) |
| 09/11/2002 | 149 | Motion by Janet Baker, James Baker, JK Baker LLC JMBaker, LLC. for entry of default as to Carl Dammekens in for failure to answer or otherwise respond to the amended complaint , filed. (ms) (Entered: 09/12/2002) |
| 09/11/2002 | 150 | Affidavit of Terence K. Ankner in 1:02-cv-10304, re: [149-1] motion for entry of default as to Carl Dammekens in for failure to answer or |

|  |  | otherwise respond to the amended complaint, filed. (ms) (Entered: 09/12/2002) |
|---|---|---|
| 09/12/2002 |  | Motion hearing re: Various Motions to dismiss held. (ms) (Entered: 09/13/2002) |
| 09/12/2002 | 151 | Judge Patti B. Saris. Clerk's Notes: re: Various motions to dismiss. Court hears argument of counsel on all designated motions. Court takes motions under advisement. Court inquires of pltfs as to which defts they will be moving against. Court Reporter: Marie Cloonan (ms) (Entered: 09/13/2002) |
| 09/13/2002 | 152 | Motion by KPMG LLP in 1:02-cv-10304 for order of certifying this courts ruling dated 8/19/02 for immediate appeal pursuant to 28 USC 1292(b) , filed. (ms) (Entered: 09/13/2002) |
| 09/20/2002 | 160 | Letter by Terence K. Ankner in 1:02-cv-10304 dated: 9/20/02 to: Judge Saris on behalf of Bamberg Pltfs re: Summary of motions to dismiss filed. (ms) (Entered: 10/02/2002) |
| 09/26/2002 | 154 | Response by Baker Pltfs in opposition to [137-1] motion to dismiss the complaints in the Baker & Bamberg Complaints, by Lernout, Hauspie, Willaert, and Bastiens[135-1] motion to dismiss the amended complaints, [134-1] motion to dismiss , filed. (ms) (Entered: 10/02/2002) |
| 09/27/2002 | 156 | Memorandum of law by Bamberg Pltfs in 1:02-cv-10304, in opposition to [152-1] motion for order of certifying this courts ruling dated 8/19/02 for immediate appeal pursuant to 28 USC 1292(b) , filed. (ms) (Entered: 10/02/2002) |
| 09/27/2002 | 157 | Notice of Counsel for pltfs, Jack Pirozzolo wishes to argue on behalf of the Bamberg & Roth Pltfs, filed. (ms) (Entered: 10/02/2002) |
| 09/27/2002 | 158 | Response Bamberg Pltfs in 1:02-cv-10304 in opposition to [137-1] motion to dismiss the complaints in the Baker & Bamberg Complaints, by Hauspie, Lernout, Willaert, & Bastiens [135-1] motion to dismiss the amended complaints, [134-1] motion to dismiss , filed. (ms) (Entered: 10/02/2002) |
| 09/30/2002 | 153 | Return of service executed as to Mercator & Noordstar in 1:02-cv-10304 with service on 5/28/02 filed. (ms) (Entered: 10/01/2002) |
| 09/30/2002 | 159 | STIPULATION and Proposed Order by Jo Lernout in 1:02-cv-10304, regarding answer of Defts Lernout, Hauspie, Willaert and Bastiens , filed. (ms) (Entered: 10/02/2002) |
| 10/01/2002 |  | Judge Patti B. Saris. Endorsed Order entered granting [149-1] motion for entry of default as to Carl Dammekens in for failure to answer or otherwise respond to the amended complaint. Allowed without opposition. cc/cl [EOD Date 10/7/02] (ms) (Entered: 10/07/2002) |
| 10/01/2002 | 166 | Notice of default as to Carl Dammekens in 1:02-cv-10304 For failure to |

| | | | |
|---|---|---|---|
| | | | plead or otherwise defend, issued. (ms) (Entered: 10/07/2002) |
| 10/01/2002 | 167 | | Judge Patti B. Saris. Standing Order entered re: motions for default judgment. If Pltf intends to move for judgement by default it shall do so on or before (20 days). Pltf shall include a proposed judgement along with the motion filing. cc/cl (ms) (Entered: 10/07/2002) |
| 10/02/2002 | 155 | | Motion by Baker Pltfs in 1:02-cv-10304 for entry of default as to L&H Investment Co,NV in 1:02-cv-10304, Flanders Language Vally foundation in 1:02-cv-10304 , filed. (ms) (Entered: 10/02/2002) |
| 10/02/2002 | 161 | | Letter on behalf of SG Cowen Securities in 1:02-cv-10304 by Matthew J. Matule dated: 10/2/02 to: Mr.Alba re: 10/10/02 advising Mr. George Zimmerman will be arguing on behalf of SG Cowen, filed. (ms) (Entered: 10/04/2002) |
| 10/02/2002 | 162 | | Motion by KPMG LLP in 1:02-cv-10304 for leave to file reply memorandum , filed. (ms) (Entered: 10/04/2002) |
| 10/02/2002 | 163 | | Memorandum by SG Cowen Securities in 1:02-cv-10304 in support of [99-1] motion to dismiss pltfs amended complaint filed. (ms) (Entered: 10/04/2002) |
| 10/02/2002 | 164 | | Appendix/exhibits by SG Cowen Securities in 1:02-cv-10304 in support of [163-1] support memorandum , filed. (ms) (Entered: 10/04/2002) |
| 10/02/2002 | 165 | | Memorandum by SG Cowen Securities in 1:02-cv-10304 in support of [99-1] motion to dismiss pltfs amended complaint filed. (ms) (Entered: 10/04/2002) |
| 10/10/2002 | 168 | | Transcript of proceedings for held on proceeding date: 9/12/02 before Judge: Patti B. Saris. Court Reporter: Marie Cloonan. Original Transcript has been docketed and can be found in 1:00cv11589 PBS. (ms) Modified on 10/10/2002 (Entered: 10/10/2002) |
| 10/10/2002 | | | Motion hearing re: Various motions to dismiss. (ms) (Entered: 10/15/2002) |
| 10/10/2002 | 169 | | Judge Patti B. Saris. Clerk's Notes: re: Various motions to dismiss. Court hears argument of counsel. Court takes motions under advisement. Court Reporter: Marie Cloonan (ms) (Entered: 10/15/2002) |
| 10/21/2002 | 231 | | Notice of change of address filed by Karen C. Dyer (ms) (Entered: 04/03/2003) |
| 10/25/2002 | 170 | | Motion by Janet Baker, James Baker, JK Baker LLC, JMBaker, LLC in 1:02-cv-10304 for default judgment against Carl Dammekens in 1:02-cv-10304 for joint and several liability , filed. (ms) (Entered: 10/28/2002) |
| 10/25/2002 | 171 | | Declaration of Joan A. Yue in 1:02-cv-10304, re: in support of [170-1] motion for default judgment against Carl Dammekens in 1:02-cv-10304 for joint and several liability , filed. (ms) (Entered: 10/28/2002) |

| 10/25/2002 | 172 | STIPULATION by Pltfs in 1:02-cv-10304, and Paul Behets in 1:02-cv-10304, to extend time to 12/2/02 for Paul Behets to answer complaint , filed. (ms) (Entered: 10/28/2002) |
|---|---|---|
| 10/29/2002 | 173 | Letter by Louis Verbeke in 1:02-cv-10304 dated: 10/29/02 to: Judge Saris re: motion to dismiss, filed. (ms) (Entered: 10/29/2002) |
| 10/29/2002 | | Judge Patti B. Saris. Endorsed Order entered granting [172-1] stipulation to extend time to 12/2/02 for Paul Behets to answer complaint. cc/cl [EOD Date 10/30/02] (ms) (Entered: 10/30/2002) |
| 11/15/2002 | | Judge Patti B. Saris. Endorsed Order entered granting [170-1] motion for default judgment against Carl Dammekens in 1:02-cv-10304 for joint and several liability. cc/cl [EOD 11/21/02] (ms) (Entered: 11/21/2002) |
| 11/15/2002 | 175 | Judge Patti B. Saris. Default judgment entered against Carl Dammekens in 1:02-cv-10304. cc/cl [EOD Date 11/21/02] (ms) (Entered: 11/21/2002) |
| 11/18/2002 | 174 | Judge Patti B. Saris. Memorandum and Order entered. After hearing on 7/23/02, and a review of the extensive briefing, the motions to dismiss brought by defts Vandendriessche, Cauwelier, DePauw, RVD, Spooren, and Vanderhoydonck are DENIED in whole or in part, and the motions to dismiss brought by defts Pieper, Cloet, Coene, Detremmerie, Vieux, Van Acker, Vergnes, and Microsoft are ALLOWED on thier entirety. granting [42-1] Pieper motion to dismiss. cc/cl [EOD Date 11/21/02] (ms) (Entered: 11/21/2002) |
| 11/26/2002 | 176 | Answer by Gaston Bastiaens in 1:02-cv-10304 to complaint; jury demand, filed. (ms) (Entered: 11/27/2002) |
| 11/26/2002 | 177 | Answer by Gaston Bastiaens in 1:02-cv-10304 to Baker complaint in 02cv10305, jury demand, filed. (ms) (Entered: 11/27/2002) |
| 11/27/2002 | 178 | STIPULATION and proposed order by Pol Hauspie in 1:02-cv-10304, Nico Willaert in 1:02-cv-10304, to extend time to 12/13/02 to file answer , filed. (ms) (Entered: 11/27/2002) |
| 11/27/2002 | 179 | Answer by Jo Lernout in 1:02-cv-10304 to amended complaint, filed.; jury demand (ms) (Entered: 12/03/2002) |
| 12/02/2002 | 180 | Answer by KPMG Bedrijfsrevisor in 1:02-cv-10304 to amended complaint, filed.; jury demand (ms) (Entered: 12/03/2002) |
| 12/02/2002 | | Judge Patti B. Saris. Endorsed Order entered granting [178-1] stipulation to extend time to 12/13/02 to file answer, granting [178-2] relief. cc/cl [EOD Date 12/3/02] (ms) (Entered: 12/03/2002) |
| 12/03/2002 | 181 | Motion by Janet Baker, James Baker, JK Baker LLC, JMBaker, LLC for reconsideration of [174-1] memorandum order dismissing Roel Pieper , filed. (ms) (Entered: 12/04/2002) |
| 12/03/2002 | 182 | Memorandum by Janet Baker, James Baker, JK Baker LLC in JMBaker, |

| | | |
|---|---|---|
| | | LLC in support of [181-1] motion for reconsideration of [174-1] memorandum order dismissing Roel Pieper, filed. (ms) (Entered: 12/04/2002) |
| 12/09/2002 | 183 | Judge Patti B. Saris. Memorandum and Order entered. For the Foregoing reasons, deft SG Cowen's motion to dismiss the Pltfs claim is allowed [99-1] motion to dismiss pltfs amended complaint, but the motion to dismiss the Bamberg's State law claim is DENIED. SG Cowen's motion to dismiss the Baker Pltfs complaint is DENIED. Defts KPMG Singapore's motion to dismiss is ALLOWED. cc/cl [EOD Date 12/10/02] (ms) (Entered: 12/10/2002) |
| 12/12/2002 | 184 | Notice of withdrawal of counsel by Vincent Amoroso for KPMG Belgium, Paul Behets, filed. (ms) (Entered: 12/12/2002) |
| 12/12/2002 | 185 | Joinder in Baker Motion by Paul G. Bamberg, Cherry F. Bamberg in 1:02-cv-10304 for reconsideration of [174-1] memorandum order dismissing Roel Pieper , filed. (ms) (Entered: 12/13/2002) |
| 12/13/2002 | 186 | Answer by KPMG LLP in 1:02-cv-10304 to amended complaint, filed.; jury demand (ms) (Entered: 12/16/2002) |
| 12/13/2002 | 187 | Certificate of Consultation re: [186-1] answer and affirmative defenses of KPMG LLP, filed. (ms) (Entered: 12/16/2002) |
| 12/13/2002 | 188 | Answer by Pol Hauspie, Nico Willaert, to amended complaint, filed.; jury demand (ms) (Entered: 12/16/2002) |
| 12/16/2002 | 189 | Answer by Paul Behets in 1:02-cv-10304 to amended complaint, filed.; jury demand (ms) (Entered: 12/17/2002) |
| 12/23/2002 | 190 | Memorandum by Roel Pieper in opposition to [185-1] motion for reconsideration of [174-1] memorandum order dismissing Roel Pieper, filed. (ms) (Entered: 12/24/2002) |
| 12/24/2002 | 191 | Answer by SG Cowen Securities in 1:02-cv-10304 to complaint; jury demand, filed. (ms) (Entered: 12/30/2002) |
| 12/24/2002 | 192 | Answer by SG Cowen Securities in 1:02-cv-10304 to complaint; jury demand, filed. (ms) (Entered: 12/30/2002) |
| 12/30/2002 | 193 | Notice of change of address filed by Terence K. Ankner in 1:02-cv-10304. (ms) (Entered: 12/30/2002) |
| 12/30/2002 | 194 | Notice of withdrawal of counsel by attorney Kenneth J. Fishman for the Baker Pltfs, filed. (ms) (Entered: 12/30/2002) |
| 01/03/2003 | 227 | Notice of appearance of attorney for KPMG Belgium in 1:02-cv-10304, Paul Behets in 1:02-cv-10304 by Michael J. Stone, filed. (ms) (Entered: 03/27/2003) |
| 01/13/2003 | 195 | Judge Patti B. Saris. Memorandum and Order entered. The court DENIES |

39

| | | |
|---|---|---|
| | | Verbeke's [90-1] motion to dismiss pltfs amended complaint with prejudice and DENIES all of FLV's and Mercator's [93-1] motion to dismiss [95-1] motion to dismiss Bamberg and Baker Complaints cc/cl [EOD Date 1/14/03] (ms) (Entered: 01/14/2003) |
| 01/14/2003 | 196 | Notice of change of address filed by Pamela E. Berman in by Roel Pieper in 1:02-cv-10304 . (ms) (Entered: 01/15/2003) |
| 01/17/2003 | 197 | Notice of registration and change address by Bradley A. Harsch in 1:02-cv-10304, filed. (ms) (Entered: 01/21/2003) |
| 01/22/2003 | | Terminated document: [35-1] motion to dismiss the amended complaint, [47-1] motion for leave to file a response brief in excess of 20 pages, [57-1] motion to extend time to August 1, 2002 to answer the complaint, [59-1] motion for leave to file a reply brief, [73-1] motion to extend time to to file motion to dismiss, [73-2] motion to amend briefing schedule, [78-1] motion to extend time To file motions to dismiss and for briefing schedule. (issues decided by prior court action.) Requested by rca. (rca) (Entered: 01/22/2003) |
| 01/22/2003 | 199 | Judge Patti B. Saris. Order entered re: [152-1] motion for order of certifying this courts ruling dated 8/19/02 for immediate appeal pursuant to 28 USC 1292(b). After review of the submissions, the court DENIES the motion. cc/cl [EOD Date 1/27/03] (ms) (Entered: 01/27/2003) |
| 01/23/2003 | 198 | Judge Patti B. Saris. Notice of Scheduling conference: set scheduling conference for 3:30 2/13/03 cc/cl. (ms) (Entered: 01/23/2003) |
| 01/23/2003 | | Judge Patti B. Saris. Endorsed Order entered denying [181-1] motion for reconsideration of [174-1] memorandum order dismissing Roel Pieper. DENIED. Even if Pieper went on the board in Dec 1999, the only fraudulent statement made by Pieper, alleged with any particularity occurred in October 1999. I rely on the other grounds stated in my opinion. cc/cl [EOD Date 1/27/03] (ms) (Entered: 01/27/2003) |
| 01/29/2003 | 201 | Motion by Louis Verbeke in 1:02-cv-10304 for order of certifying this courts denial of his motion to dismiss , filed. (ms) (Entered: 02/14/2003) |
| 01/31/2003 | 234 | Letter by Janet B. Fierman in 1:02-cv-10304 dated: 1/30/03 to: Judge Saris re: Mercators Motion to dismiss filed. (ms) (Entered: 04/11/2003) |
| 02/11/2003 | 200 | Proposed agenda filed by Paul G. Bamberg, Robert Roth Donald B. Fletcher Jr., Cherry F. Bamberg, Donald B. Fletcher Jr. in 1:02-cv-10304, Re: 2/13/03 Scheduling Conference. (ms) (Entered: 02/12/2003) |
| 02/13/2003 | | Scheduling conference held. (ms) (Entered: 04/11/2003) |
| 02/13/2003 | 233 | Judge Patti B. Saris. Clerk's Notes: re: Sched cnf; Court addresses various procedural issues with counsel regarding discovery. within 1 week parties to file a brief on disc on personal juristiction; 5 pgs from pltf/dft; parties to notify w/in 2 wks who will handle discovery; court orders pltf to provide settlement proposal w/in 2 wks; parties to notify court when they wish to attend mediation. For all new motions court will only accept oppositions |

|  |  | /reply /surreply. All auto disclosure by 2/27/03; set fact discovery due for 4/30/04 , pltfs expert by 5/28/04; defts expert by 6/25/04; rebuttal expert by 7/9/04; expert deposition by 8/31/04; set class cert/ Summ Jgm motion filing for 9/24/04 , Response to class cert /Sum Jgm motion by 10/15/04; , set class certification hearing for 2:00 10/26/04 Court Reporter: Marie Cloonan (ms) (Entered: 04/11/2003) |
|---|---|---|
| 02/13/2003 | 242 | Notice of Proposed discovery schedule by Jo Lernout, Pol Hauspie, Nico Willaert, Dirk Cauwelier, Marc G Pauw, RVD Securities NV, Francis Vanderhoydonck, Gaston Bastiens, filed. (ms) (Entered: 04/29/2003) |
| 02/13/2003 | 243 | Memorandum by Mercator & Noordstar in 1:02-cv-10304 re: Status for 2/13/03 sched cnf filed. (ms) (Entered: 04/30/2003) |
| 02/19/2003 | 202 | Joint motion by Filler, Stonington, and Baker Pltfs to compel production of documents by KPMG LLP (US) , filed. (ms) (Entered: 02/24/2003) |
| 02/19/2003 | 203 | Memorandum by Janet Baker in 1:02-cv-10304, James Baker in 1:02-cv-10304 in support of [202-1] joint motion to compel production of documents by KPMG LLP (US) , filed. (ms) (Entered: 02/24/2003) |
| 02/20/2003 | 204 | Joint statement in favor by Pltfs in 1:02-cv-10304, re: appt of a Mag. Judge, filed. (ms) (Entered: 02/24/2003) |
| 02/20/2003 | 205 | Memorandum by Paul G. Bamberg in 1:02-cv-10304 in support of [204-1] Joint statement, filed. (ms) (Entered: 02/24/2003) |
| 02/21/2003 | 206 | Motion by Louis Verbeke in 1:02-cv-10304 to dismiss for lack of personal juristiction , filed. (ms) (Entered: 02/25/2003) |
| 02/21/2003 | 207 | Memorandum by Louis Verbeke in 1:02-cv-10304 in support of [206-1] motion to dismiss for lack of personal juristiction filed. (ms) (Entered: 02/25/2003) |
| 02/21/2003 | 208 | Certificate of service re: [207-1] support memorandum, [206-1] motion to dismiss for lack of personal juristiction filed. (ms) (Entered: 02/25/2003) |
| 02/24/2003 |  | Judge Patti B. Saris. Endorsed Order entered denying [201-1] motion for order of certifying this courts denial his motion to dismiss. Denied on the ground that the order does not involve a controlling question of law pursuant to 28 USC 1292(b). Any concern about an information and belief allegation has been alleviated by the attachment of the press account. cc/cl [EOD Date 2/26/03] (ms) (Entered: 02/26/2003) |
| 02/25/2003 | 209 | Motion by Baker Pltfs, to compel KPMG US to respond to Baker Pltfs first set of interrogatoriesand Baker Pltfs and filler Pltfs joint motion , for order of authorizing a rule 30(B)(6) deposition of KPMG US , filed. (ms) (Entered: 02/28/2003) |
| 02/25/2003 | 210 | Memorandum by Janet Baker in 1:02-cv-10304, James Baker in 1:02-cv-10304 in support of [209-1] motion to compel KPMG US to respond to Baker Pltfs first set of interrogatoriesand Baker Pltfs and filler Pltfs joint |

| | | |
|---|---|---|
| | | motion, [209-2] motion for order of authorizing a rule 30(B)(6) deposition of KPMG US , filed. (ms) (Entered: 02/28/2003) |
| 02/25/2003 | 211 | Declaration of Susan M. Davies, re: [210-1] support memorandum, [209-1] motion to compel KPMG US to respond to Baker Pltfs first of interrogatoriesand Baker Pltfs and filler Pltfs joint motion, [209-2] motion for order of authorizing a rule 30(B)(6) deposition of KPMG US , filed. (ms) (Entered: 02/28/2003) |
| 02/25/2003 | 212 | Declaration of George R. Coe, re: [209-1] motion to compel KPMG US to respond to Baker Pltfs first set of interrogatories and Pltfs and filler Pltfs joint motion, [209-2] motion for order of authorizing a rule 30(B)(6) deposition of KPMG US filed. (ms) (Entered: 02/28/2003) |
| 02/26/2003 | 213 | Judge Patti B. Saris. Scheduling Order entered setting fact Discovery cutoff 4/30/04; Pltfs expert design - 5/28/04; defts expert design. 6/25/04; Rebuttal exp.-7/9/04 Expert disc - 8/31/04; S/J or class cert motions on 9/24/04; Oppositions to S/J and class cert by 10/15/04. hearing on S/J and class cert motions on 10/26/04. cc/cl. [EOD Date 3/3/03] (ms) (Entered: 03/03/2003) |
| 02/26/2003 | 218 | Response by Louis Verbeke in 1:02-cv-10304 in opposition to [204-1] remark , filed. (ms) (Entered: 03/05/2003) |
| 02/27/2003 | 219 | Response by Mercator & Noordstar in 1:02-cv-10304 to Pltfs jt memorandum of law in support of juristictional disc., filed. (ms) (Entered: 03/05/2003) |
| 02/27/2003 | 220 | Statement of counsel filed by KPMG LLP in 1:02-cv-10304 , Re: Referral of all disc. disputes to Mag. Judge or special master. (ms) (Entered: 03/05/2003) |
| 02/27/2003 | 221 | Notice of change of address filed by Kevin J. Lesinski by KPMG LLP in 1:02-cv-10304 . (ms) (Entered: 03/05/2003) |
| 02/27/2003 | 222 | Memorandum by Flanders Language in 1:02-cv-10304 in opposition to [205-1] Pltfs jt support memorandum re: juristictional discovery, filed. (ms) (Entered: 03/05/2003) |
| 03/04/2003 | 214 | Response by KPMG LLP in 1:02-cv-10304 in opposition to [202-1] joint motion to compel production of documents by KPMG LLP (US) , filed. (ms) (Entered: 03/05/2003) |
| 03/04/2003 | 215 | Motion by KPMG LLP in 1:02-cv-10304 for protective order to phase and limit the scope of discovery filed. Original motion filed in 00cv11589PBS (ms) (Entered: 03/05/2003) |
| 03/04/2003 | 216 | Memorandum by KPMG LLP in 1:02-cv-10304 in opposition to [209-1] motion to compel KPMG US to respond to Baker Pltfs first set of interrogatoriesand Baker Pltfs and filler joint motion, filed. (ms) (Entered: 03/05/2003) |

| 03/04/2003 | 217 | Memorandum by KPMG LLP in 1:02-cv-10304 in support of [215-1] motion for protective order to phase and limit the scope of discovery , filed. (ms) (Entered: 03/05/2003) |
|---|---|---|
| 03/07/2003 | 223 | Assented to Motion by Baker and Bamberg in 1:02-cv-10304 re: Briefing Schedule to respond to deft motion to dismiss for lack if personal jurisitiction , filed. (ms) (Entered: 03/10/2003) |
| 03/11/2003 | | Judge Patti B. Saris. Endorsed Order entered granting [223-1] motion to respond to deft motion to dismiss for if personal jurisitiction. cc/cl [EOD Date 3/12/03] (ms) (Entered: 03/12/2003) |
| 03/14/2003 | 224 | Memorandum by Janet Baker in 1:02-cv-10304 in support of [209-1] motion to compel KPMG US to respond to Baker Pltfs first set of interrogatoriesand Baker Pltfs and filler Pltfs joint motion , filed. (ms) (Entered: 03/17/2003) |
| 03/18/2003 | 225 | Joint Response by transactional pltfs in opposition to [215-1] motion for protective order to phase and limit the scope of discovery, filed. (ms) (Entered: 03/20/2003) |
| 03/18/2003 | 229 | Chief Judge William G. Young. Order entered pursuant to the policy adopted by the Judges concerning the special assignment of Magistrate Judges to act concerning specific cases, I pair Magistrate Judge Robert Collings with District Judge Patti B. Saris for the conduct of proceedings in the above-captioned matter. cc/cl [EOD Date 3/28/03] (ms) (Entered: 03/28/2003) |
| 03/18/2003 | 230 | Judge Patti B. Saris. ORDER entered: referral to Mag. Judge Robert B. Collings. referred Mag. Judge Robert B. Collings [209-1] motion to compel KPMG US to respond to Baker Pltfs first set of interrogatoriesand Baker Pltfs and filler Pltfs joint motion, [209-2] motion for order of authorizing a rule 30(B)(6) deposition of KPMG US, [202-1] joint motion to compel production of documents by KPMG LLP (US). cc/cl Purpose: Determination . (ms) (Entered: 03/28/2003) |
| 03/19/2003 | 226 | Memorandum by KPMG LLP in 1:02-cv-10304 in opposition to [209-1] motion to compel KPMG US to respond to Baker Pltfs first set of interrogatoriesand Baker Pltfs and filler Pltfs joint motion, filed. (ms) (Entered: 03/20/2003) |
| 03/21/2003 | | Judge Patti B. Saris. Endorsed Order entered denying [215-1] motion for protective order to phase and limit the scope of discovery. Denied. cc/cl [EOD Date 3/21/03] (ms) (Entered: 03/21/2003) |
| 03/24/2003 | 228 | Surreply Memorandum of law by KPMG LLP in 1:02-cv-10304 in opposition to [202-1] joint motion to compel production of documents by KPMG LLP (US), filed. (ms) (Entered: 03/27/2003) |
| 03/31/2003 | | Terminated document: [134-1] motion to dismiss, [135-1] motion to dismiss the amended complaints, [137-1] motion to dismiss the complaints in the Baker & Bamberg Complaints, [159-1] stipulation motion regarding answer of Defts Lernout, Hauspie, Willaert and Bastiens (Decided by prior |

| | | |
|---|---|---|
| | | court action) Requested by rca. (rca) (Entered: 03/31/2003) |
| 03/31/2003 | | Motion(s) no longer referred: [134-1] motion to dismiss, [135-1] motion to dismiss the amended complaints, [137-1] motion to dismiss the complaints in the Baker & Bamberg Complaints, [159-1] stipulation motion regarding answer of Defts Lernout, Hauspie, Willaert and Bastiens . (MOTIONS NOT REFERRED TO MJ COLLINGS - ENTRY MADE TO CORRECT SYSTEM ERROR) (vah) (Entered: 03/31/2003) |
| 03/31/2003 | | Motion(s) no longer referred: [206-1] motion to dismiss for lack of personal juristiction, [185-1] motion for reconsideration of [174-1] memorandum order dismissing Roel Pieper . (MOTIONS NEVER REFERRED TO MJ COLLINGS - THIS ENTRY MADE TO CORRECT SYSTEM ERROR) (vah) (Entered: 04/01/2003) |
| 04/03/2003 | 232 | Supplemental Authority in further support of Pltfs Jt. memorandum of law in support of Juristictional Discovery, filed (ms) (Entered: 04/09/2003) |
| 04/11/2003 | 235 | Judge Patti B. Saris. ORDER entered: referral to Mag. Judge Robert B. Collings. referred Mag. Judge Robert B. Collings [206-1] motion to dismiss for lack of personal juristiction Purpose: Findings and recommendations . (ms) (Entered: 04/11/2003) |
| 04/14/2003 | 236 | response by Mercator & Noordstar in 1:02-cv-10304 to [232-1]Supplemental authority in further support of Jt memorandum, filed. (ms) (Entered: 04/15/2003) |
| 04/16/2003 | | Judge Patti B. Saris. Endorsed Order entered granting [155-1] motion for entry of default as to L&H Investment Co,NV in 1:02-cv-10304, Flanders Language Vally foundation in 1:02-cv-10304. Allowed without opposition. cc/cl [EOD Date 4/18/03] (ms) (Entered: 04/18/2003) |
| 04/18/2003 | 237 | Motion by Paul G. Bamberg in 1:02-cv-10304 to compel discovery from KPMG Bedrij , filed. (ms) (Entered: 04/22/2003) |
| 04/18/2003 | 238 | Declaration of Professor Matthias Edward Storme, re: [237-1] motion to compel discovery from KPMG Bedrij, filed. (ms) (Entered: 04/22/2003) |
| 04/18/2003 | 239 | Memorandum by Paul G. Bamberg in 1:02-cv-10304 in support of [237-1] motion to compel discovery from KPMG Bedrij , (ms) (Entered: 04/22/2003) |
| 04/22/2003 | 240 | Objection by Jo Lernout in 1:02-cv-10304, Pol Hauspie in 1:02-cv-10304, Nico Willaert in 1:02-cv-10304 re: [215-1] motion for protective order to phase and limit the scope of discovery, filed. (ms) (Entered: 04/23/2003) |
| 04/28/2003 | 241 | Motion by KPMG Bedrijfsrevisor in 1:02-cv-10304 to extend time to 5/7/03 to respond to motion to compel , filed. (ms) (Entered: 04/29/2003) |
| 05/07/2003 | 244 | Cross motion by KPMG Bedrijfsrevisor in 1:02-cv-10304 to stay pending resolution of Belgian Criminal proceedings , filed. (ms) (Entered: 05/08/2003) |

| 05/07/2003 | 245 | Memorandum by KPMG Bedrijfsrevisor in 1:02-cv-10304 in support of [244-1] cross motion to stay pending resolution of Belgian Criminal proceedings , filed. (ms) (Entered: 05/08/2003) |
|---|---|---|
| 05/07/2003 | 246 | Declaration of Jozef Lievens, re: [245-1] support memorandum, [244-1] cross motion to stay pending resolution of Belgian Criminal proceedings , filed. (ms) (Entered: 05/08/2003) |
| 05/07/2003 | 247 | Memorandum by KPMG Bedrijfsrevisor in 1:02-cv-10304 in opposition to [237-1] motion to compel discovery from KPMG Bedrij , filed. (ms) (Entered: 05/08/2003) |
| 05/07/2003 | 248 | Declaration of Chris Engels, KPMG Bedrijfsrevisor in 1:02-cv-10304 , re: [247-1] opposition memorandum , filed. (ms) (Entered: 05/08/2003) |
| 05/07/2003 | 249 | Declaration of Professor Pierre Van Ommeslaghe, re: [247-1] opposition memorandum , filed. (ms) (Entered: 05/08/2003) |
| 05/07/2003 | 250 | Judge Patti B. Saris. ORDER entered: referral to Mag. Judge Robert B. Collings. referred Mag. Judge Robert B. Collings [237-1] motion to compel discovery from KPMG Bedrij . Purpose: Determination . (ms) (Entered: 05/08/2003) |
| 05/15/2003 | 251 | Letter from Roel Piepers counsel asking to be withdrawn from service list. (Simeone, Maria) (Entered: 05/20/2003) |
| 05/21/2003 | 252 | MEMORANDUM of law in Support re 237 Motion to Compel discovery from deft KPMG filed by James Baker, Janet Baker, Cherry F. Bamberg, Paul G. Bamberg and related pltfs. (Simeone, Maria) (Entered: 05/23/2003) |
| 05/21/2003 | 253 | Pltfs MEMORANDUM in Opposition re 244 KPMGS Motion to Stay proceedings pending criminal proceedings in Belgium filed by James Baker, Janet Baker, Cherry F. Bamberg, Paul G. Bamberg and related pltfs. (Simeone, Maria) (Entered: 05/23/2003) |
| 05/21/2003 | 254 | Reply DECLARATION of Professor Matthias Edward Storme in support re 237Pltfs joint Motion to Compel disc by James Baker, Janet Baker, Cherry F. Bamberg, Paul G. Bamberg and related pltfs. (Attachments: # 1 Exhibit 1# 2)(Simeone, Maria) (Entered: 05/23/2003) |
| 05/22/2003 | 255 | copy of DECLARATION of Chris Engels with original signature re 248 Declaration filed on 5/7/03. (Simeone, Maria) (Entered: 05/27/2003) |
| 05/22/2003 | 256 | Copy of DECLARATION of Prof. Pierre Van Ommeslaghe with original signature re 249 Declaration filed on 5/7/03. (Simeone, Maria) (Entered: 05/27/2003) |
| 05/22/2003 | 257 | Copy of DECLARATION of Josef Lievens with original signatures re 246 Declaration filed on 5/7/03. (Simeone, Maria) (Entered: 05/27/2003) |
| 05/23/2003 | 258 | Stipulated MOTION by Pltfs for Leave to File declaration of Prof. Edward |

| | | |
|---|---|---|
| | | Storme in opposition to KPMG-Belgium motion to stay by James Baker, Janet Baker, Cherry F. Bamberg, Paul G. Bamberg.(Simeone, Maria) (Entered: 05/27/2003) |
| 05/23/2003 | 259 | DECLARATION of Professor Matthias Edward Storme in opposition to 244 Motion to Stay (Attachments: # 1 Exhibit 1)(Simeone, Maria) (Entered: 05/27/2003) |
| 05/27/2003 | 260 | Letter from Janet Fierman regarding three outstanding motions and request for hearing. (Simeone, Maria) (Entered: 05/29/2003) |
| 06/02/2003 | 277 | NOTICE of Motions Hearing set for Friday, June 20, 2003 at 10:00 a.m. (Affsa, Gina) (Entered: 06/19/2003) |
| 06/03/2003 | 261 | Reply MEMORANDUM in Support re 244 cross Motion to Stay filed by KPMG Bedrijfsrevisoren. (Simeone, Maria) (Entered: 06/05/2003) |
| 06/03/2003 | 262 | Pltfs Response to certain individuals defts request to modify the proposed protective order to allow defense counsel to use US Discovery 240 Objection. (Simeone, Maria) (Entered: 06/05/2003) |
| 06/04/2003 | 263 | Letter from Karen Dyer in response to the June 2, 2003 notice of motion hearings. (Simeone, Maria) (Entered: 06/09/2003) |
| 06/04/2003 | 264 | Letter from Michael Carroll to Judge Collings on behalf of defts KPMG LLP re: June 20 hearing. (Simeone, Maria) (Entered: 06/10/2003) |
| 06/05/2003 | 265 | Letter to Judge Collings from Jeffrey Block in response to Michael Carrolls letter. (Simeone, Maria) (Entered: 06/10/2003) |
| 06/09/2003 | 268 | Letter from Steven Salky to Judge Saris and Judge Collings in response to Karen Dyers June 4th letter. (Simeone, Maria) (Entered: 06/12/2003) |
| 06/11/2003 | 266 | DECLARATION of Professor Matthias Edward Storme in opposition to KPMG-Belfium cross motion to stay re 259 Declaration. (Simeone, Maria) (Entered: 06/12/2003) |
| 06/11/2003 | 267 | Reply DECLARATION of Professor Matthias Edward Storme in support of Pltfs joint motion to compel KPMG-Belgium re 254 Declaration. (Simeone, Maria) (Entered: 06/12/2003) |
| 06/11/2003 | 270 | MOTION for Leave to Appear Pro Hac Vice by Amy M. McNamer Filing fee $ 50.00, receipt number 48139. by Louis Verbeke. (Attachments: # 1 Affidavit Amy M. McNamer)(Simeone, Maria) (Entered: 06/16/2003) |
| 06/12/2003 | 269 | Pltfs Sur-reply MEMORANDUM in Opposition re 244 Motion to Stay (Simeone, Maria) (Entered: 06/16/2003) |
| 06/12/2003 | 274 | Judge Robert B. Collings : ORDER entered denying 244 Motion to Stay (Affsa, Gina) (Entered: 06/19/2003) |
| 06/12/2003 | 275 | Judge Robert B. Collings : PROCEDURAL ORDER entered regarding |

| | | |
|---|---|---|
| | | June 20th, 2003 hearing. (Affsa, Gina) (Entered: 06/19/2003) |
| 06/16/2003 | 271 | MOTION for Leave to File supplemental memorandum in opposition to pltfs motion to compel production of documents. by KPMG LLP.(Simeone, Maria) (Entered: 06/19/2003) |
| 06/16/2003 | 276 | Judge Robert B. Collings : PROCEDURAL ORDER entered RE 237 Motion to Compel (Affsa, Gina) (Entered: 06/19/2003) |
| 06/17/2003 | | Judge Patti B. Saris : Electronic ORDER entered granting 270 Motion for Leave to Appear Pro Hac Vice Added Amy M. McNamer for Louis Verbeke (Simeone, Maria) (Entered: 06/17/2003) |
| 06/18/2003 | 272 | MOTION for Leave to Appear Pro Hac Vice by Jennifer Ancona Semko Filing fee $ 50.00, receipt number 48348. by Mercator & Noordstar NV.(Simeone, Maria) (Entered: 06/19/2003) |
| 06/18/2003 | 273 | Certificate of Good Standing re 272 MOTION for Leave to Appear Pro Hac Vice by Jennifer Ancona Semko Filing fee $ 50.00, receipt number 48348. by Mercator & Noordstar NV. (Simeone, Maria) (Entered: 06/19/2003) |
| 06/19/2003 | | Judge Patti B. Saris : Electronic ORDER entered re 244 Motion to Stay filed by KPMG Bedrijfsrevisoren. Denied. However, the court stays a deposition of KPMG-B until its status is resolved.(Simeone, Maria) Modified on 7/30/2003 (Simeone, Maria). (Entered: 06/20/2003) |
| 06/19/2003 | 278 | Letter from Jeffrey Block to Magistrate Judge Collings re: 3rd party documents filed under seal. (Simeone, Maria) (Entered: 06/24/2003) |
| 06/20/2003 | | Judge Patti B. Saris : Electronic ORDER entered granting 272 Motion for Leave to Appear Pro Hac Vice Added Jennifer Ancona Semko for Mercator & Noordstar NV (Simeone, Maria) (Entered: 06/20/2003) |
| 06/20/2003 | 299 | Clerk's Notes for proceedings held before Judge Robert B. Collings : Motion Hearing held on 6/20/2003 re 202 Motion to Compel filed by James Baker, Janet Baker and re 209 Motion to Compel KMPG, U.S. to Answer Interrogatories. (Court Reporter Crossman.) (Affsa, Gina) (Entered: 07/21/2003) |
| 06/24/2003 | 279 | NOTICE of filing court order denying KPMG-B motion to stay by James Baker, Janet Baker, Cherry F. Bamberg, Paul G. Bamberg re Endorsed Order staying deposition until its status is resolved (Simeone, Maria) (Entered: 06/25/2003) |
| 06/24/2003 | 280 | Letter from George Salter to Judge Collings re execution of letters rogatory re KPMG-Bedrij.. (Simeone, Maria) (Entered: 06/27/2003) |
| 06/26/2003 | 281 | MEMORANDUM in Support re 244 Revised Motion for a limited Stay filed by KPMG Bedrijfsrevisoren. (Simeone, Maria) (Entered: 06/30/2003) |
| 06/26/2003 | 282 | DECLARATION of Hans Van Houtte re 281 Memorandum in Support of |

| | | |
|---|---|---|
| | | Motion by KPMG Bedrijfsrevisoren. (Simeone, Maria) (Entered: 06/30/2003) |
| 06/27/2003 | 283 | Letter from Jeffrey Block to Judge Collings in response to George Salters letter dated 6/23/03. (Simeone, Maria) (Entered: 06/30/2003) |
| 06/30/2003 | | Judge Patti B. Saris : ORDER entered vacating ENDORSEMENT Order of 6/19/03 in favor of Judge Collings Order of 6/12/03, 244 Motion to Stay filed by KPMG Bedrijfsrevisoren(Simeone, Maria) (Entered: 06/30/2003) |
| 06/30/2003 | | Judge Patti B. Saris : Endorsed ORDER entered re 279 Notice of filing of court order Denying KPMG-Belgium motion to stay. I have vacated my order in favor of Judge Collings.(Simeone, Maria) (Entered: 07/03/2003) |
| 07/02/2003 | 284 | NOTICE of submission of authority concerning pendent personal juristiction by James Baker, Janet Baker, Cherry F. Bamberg, Paul G. Bamberg (Simeone, Maria) (Entered: 07/08/2003) |
| 07/03/2003 | 285 | Pltfs supplemental memorandum requiring KPMG LLP to produce all documents produced ti the securities and exchange commission including transcripts of testimony by James Baker, Janet Baker, Cherry F. Bamberg, Paul G. Bamberg re: 237 Motion to Compel, 252 Memorandum in Support of Motion. (Simeone, Maria) (Entered: 07/08/2003) |
| 07/03/2003 | 293 | Mercator Assurances supplemental brief addressing personal juristiction in cases asserting both Federal and State Claims. (Simeone, Maria) (Entered: 07/11/2003) |
| 07/07/2003 | 286 | Supplemental Brief addressing personal juristiction in cases asserting both Federal and State Claims by Mercator Assurances. (Simeone, Maria) (Entered: 07/08/2003) |
| 07/07/2003 | 287 | MEMORANDUM in opposition to the exercise of pendent personal juristiction over FLV Fund by Flanders Language Valley Fund. (Simeone, Maria) (Entered: 07/08/2003) |
| 07/08/2003 | 288 | KPMG LLP'S opposition to pltfs sur-reply to 285 Memorandum of Law re motion to compel. (Simeone, Maria) (Entered: 07/09/2003) |
| 07/10/2003 | 289 | MEMORANDUM in Opposition re 244 Motion to Stay litigation filed by James Baker, Janet Baker, Cherry F. Bamberg, Paul G. Bamberg. (Simeone, Maria) (Entered: 07/10/2003) |
| 07/10/2003 | 290 | NOTICE of Volume I - Compendium of translated Belgian Law Sources submitted in accordance with Judge Collings procedural order dated 6/16/03 by James Baker, Janet Baker, Cherry F. Bamberg, Paul G. Bamberg re 237 Motion to Compel (Simeone, Maria) (Entered: 07/11/2003) |
| 07/10/2003 | 291 | NOTICE of Volume II - Compendium of translated Belgian law sources submitted in accordance with Judge Collings Procedural order datd 6/16/03 by James Baker, Janet Baker, Cherry F. Bamberg, Paul G. |

| | | |
|---|---|---|
| | | Bamberg re 237 Motion to Compel (Simeone, Maria) (Entered: 07/11/2003) |
| 07/10/2003 | 292 | NOTICE of Volume III - Compendium of translated Belgian Law Sources submitted in accordance with Judge Collings Procedural order dated 6/16/03 by Janet Baker, Cherry F. Bamberg, Paul G. Bamberg re 237 Motion to Compel (Simeone, Maria) (Entered: 07/11/2003) |
| 07/11/2003 | 294 | Revised MOTION for a limited Stay by KPMG Bedrijfsrevisoren.(Simeone, Maria) (Entered: 07/14/2003) |
| 07/14/2003 | 295 | MOTION for Default Judgment for Joint and several liability as to L&H Investment Co., N.V. by James Baker, Janet Baker.(Simeone, Maria) Additional attachment(s) added on 8/6/2003 (Simeone, Maria). (Entered: 07/15/2003) |
| 07/14/2003 | 296 | MOTION for Default Judgment as to Flanders Language Valley foundation by Cherry F. Bamberg, Paul G. Bamberg, Donald B. Fletcher Jr..(Simeone, Maria) Additional attachment(s) added on 8/6/2003 (Simeone, Maria). (Entered: 07/15/2003) |
| 07/14/2003 | 307 | DECLARATION of Sean Halpin re 296 MOTION for Default Judgment as to Flanders Language Valley foundation by James Baker, Janet Baker. (Simeone, Maria) (Entered: 08/06/2003) |
| 07/14/2003 | 308 | DECLARATION of Sean M. Halpin re 295 MOTION for Default Judgment as to L&H Investment Co., N.V. by James Baker, Janet Baker. (Simeone, Maria) (Entered: 08/06/2003) |
| 07/15/2003 | | Judge Robert B. Collings : ELECTRONIC ORDER entered granting 271 Motion for Leave to File Supplemental Memorandum in Opposition to Plaintiffs' Motions to Compel Production of Documents. (Entered: 07/15/2003) |
| 07/17/2003 | 297 | DECLARATION of Hans Van Houtte in support re 294 MOTION for a limited Stay by KPMG Bedrijfsrevisoren. (Simeone, Maria) (Entered: 07/17/2003) |
| 07/17/2003 | 298 | Supplemental MEMORANDUM in Opposition re 202 Motion to Compel production of documents filed by KPMG LLP. (Simeone, Maria) (Entered: 07/17/2003) |
| 07/24/2003 | 301 | Judge Robert B. Collings : MEMORANDUM AND ORDER ON FILLER, STONINGTON & BAKER PLAINTIFFS' JOINT MOTION TO COMPEL PRODUCTION BY KPMG LLP entered granting motion 202. (Dolan, Kathleen) (Entered: 07/29/2003) |
| 07/24/2003 | 302 | Judge Robert B. Collings : ORDER on Baker Plaintiffs' Motion to Compel KPMG to Respond to Baker Plaintiffs' First Set of Interrogatories and Baker Plaintiffs' and Filler Plaintiffs' Joint Motion for an Order Authorizing Rule 30(b)(6) Deposition entered granting in part and denying in part 209. (Dolan, Kathleen) (Entered: 07/29/2003) |