# **EXHIBIT G**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT ROTH, et al.,<br>        Plaintiffs,<br>v.<br>KPMG, LLP, et al.,<br>        Defendants. | Civil Action No. 02-10304 (PBS)<br><br>(consolidated with) |
| JANET BAKER, et al.,<br>        Plaintiffs,<br>v.<br>KPMG, LLP, et al.,<br>        Defendants. | Civil Action No. 02-10305 (PBS) |

## NOTICE OF SERVICE OF SUBPOENA

PLEASE TAKE NOTICE that Plaintiffs Janet Baker, James Baker, JKBaker LLC and JMBaker LLC ("plaintiffs") intend to serve the attached subpoena upon the Lernout & Hauspie Speech Products, N.V. Litigation Trust.

Dated: October 22, 2004

                                            Respectfully submitted:

                                            Karen C. Dyer
                                            George R. Coe
                                            BOIES, SCHILLER & FLEXNER, LLP
                                            255 South Orange Avenue, Suite 905
                                            Orlando, FL 32801-3456
                                            (407) 425-7118

                                            Terence K. Ankner, BBO #5522469
                                            PARTRIDGE, ANKNER & HORSTMANN, LLP
                                            200 Berkeley Street, 16th Floor
                                            Boston, MA 02116
                                            (617) 859-9999

Alan K. Cotler
Joan A. Yue
Sean M. Halpin
REED SMITH, LLP
1650 Market Street
Philadelphia, PA 19103-7301
(215) 851-8100

*Attorneys for the Baker Plaintiffs*

## Certificate of Service

I hereby certify that I caused copies of the foregoing by electronic mail upon all counsel listed on the Service List attached to this document

_____
George Coe

AO 88 (Rev. 1/94) Subpoena in a Civil Case

# Issued by the
# UNITED STATES DISTRICT COURT
## Southern District of Florida

In re Lernout & Hauspie Securities Litigation

SUBPOENA IN A CIVIL CASE

Case No.00-Civ-11589 (D. Mass)[1]

TO:  Lernout & Hauspie Speech Products, N.V. Litigation Trust
Bilzin Sumberg Baena Price & Axelrod, LLP
Wachovia Financial Center, 200 South Biscayne Boulevard
Suite 2500
Miami, Florida 33131

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME: |
|---|---|
| Bilzin Sumberg Baena Price & Axelrod, LLP<br>Wachovia Financial Center, 200 South Biscayne Boulevard, Suite 2500<br>Miamia, Florida 33131 | November 11, 2004<br>10:00 a.m. |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the documents or objects listed on Attachment A at the place, date, and time specified below by electronic medium and transmission, overnight courier, or such other methods as the parties may direct.

| PLACE: | DATE AND TIME: |
|---|---|
| Bilzin Sumberg Baena Price & Axelrod, LLP<br>Wachovia Financial Center, 200 South Biscayne Boulevard, Suite 2500<br>Miamia, Florida 33131 | November 11, 2004<br>1:00 p.m |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Fed. R. Civ. P. 30(b)(6). See Attachment A.

ISSUING OFFICER SIGNATURE AND TITLE
*[signature]*

DATE October 22, 2004
Attorney for Plaintiffs

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
George R. Coe
Boies, Schiller & Flexner LLP
255 S. Orange Ave., Suite 905, Orlando, Florida 32801, 407-425-7118

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

---

[1] If action is pending in district other than district of issuance, state district under case number.

AO 88 (Rev. 1/94) Subpoena in a Civil Case

## PROOF OF SERVICE

DATE                PLACE

SERVED

SERVER ON (PRINT NAME)                    MANNER OF SERVICE

SERVED BY (PRINT NAME)                    TITLE

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____            _____
                    DATE                         SIGNATURE OF SERVER

                                                 _____
                                                 ADDRESS OF SERVER

---

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d) (2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at anytime for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance;
(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that,

subject to the provisions of clause (c) (3) (B) (iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in whose behalf the subpoena is issued shows substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

Attachment A

In accordance with Rule 30(b)(6) of the Federal Rules of Civil Procedure, the deponent is advised of its duty to designate one or more of its officers, directors, partners or other persons to testify on its behalf with respect to the following categories as they relate to the period January 1996 through and including October 22, 2004 (the "Relevant Period"):

1.  Lernout & Hauspie Speech Products, N.V. and the Lernout & Hauspie Speech Products, N.V. Litigation Trust ("collectively "L&H")for L&H's document organization, preservation, and retention policies and practices with respect to the documents of L&H, including without limitation:

    a.  The organizational structure of L&H's files;

    b.  Identification and description of media of stored or retained documents, whether electronic, hard-copy or other, and whether original or duplicate copies of such materials are retained as a matter of practice or policy;

    c.  Location of storage or retention of documents including

        i.  Ieper

        ii. Beveren

        iii. Danvers

    d.  Document retention and destruction policies, both internal and those required by statute, regulation or convention; and

    e.  Documents produced to the Plaintiffs in *In re Lernout & Hauspie Securities Litigation,* No. 00-CV-11589-PBS, and all such purported class actions underlying and encompassing such

consolidated class action; *Paul G. Bamberg, et a. v. KPMG, LLP, et al.*, No. 02-CV-10305-PBS (consolidated); *Janet Baker et al. v. Hanvit Bank, et al.*, No. 02-CV-10367-PBS; *Gary B. Filler, et al. v. Vandendriessche, et al.*, No. 02-CV-10302-PBS; and *Stonington Partners, Inc., et al. v. Carl Dammekens, et al.*, No. 02-CV-10304-PBS

2

## Service List

Attorneys for Class Action Plaintiffs in C.A. No. 00-CV-11589-PBS

Glen DeValerio
Jeffery C. Block
Patrick T. Egan
BERMAN, DEVALERIO, PEASE, TABACCO, BURT & PUCILLO
One Liberty Square
Boston, MA 02109
Tele: (617) 542-8300
Fax: (617) 542-1194

Steven E. Cauley
Curtis L. Bowman
Allen Carney
CAULEY, GELLER, BOWMAN & COATES, LLP
P.O. Box 25438
Little Rock, AR 72221
Tele: (501) 312-8500
Fax: (501) 312-8505

Patrick L. Rocco
SHALOV, STONE & BONNER
485 7th Avenue
Suite 1000
New York, NY 10018
Tele: (212) 239-4340
Fax: (212) 239-4130

Attorneys for Plaintiffs Seagate/Filler, et al. in C.A. No. 02-CV-10302-PBS

Gregory P. Joseph
Susan M. Davies
GREGORY P. JOSEPH LAW OFFICES, LLC
805 Third Avenue, 31st Floor
New York, NY 10022
Tele: (212) 207-1210
Fax: (212) 407-1274

Nicholas Kelley
Amy C. Mainelli
KOTIN, CRABTREE & STRONG, LLP
One Bowdoin Square
Boston, MA 02114-2925
Tele: (617) 227-7031
Fax: (617) 367-2988

Attorneys for Plaintiffs Stonington Partners et al. in C.A. No. 02-CV-10303-PBS

Max W. Berger
Steve Singer
BERNSTEIN, LITOWITZ, BERGER & GROSSMAN, LLP
1285 Avenue of the Americas
New York NY 10019
Tele: (212) 554-1400
Fax: (212) 554-1444

Richard J. Grahn
Charles P. Kindregan
LOONEY & GROSSMAN LLP
101 Arch Street
Boston, MA 02110

Attorneys for Plaintiffs Bamberg et al. in C.A. No. 02-CV-10304-PBS

Jack R. Pirozzolo
Richard E. Bennett
Arthur G. Connolly, III
WILLCOX, PIROZZOLO & MCCARTHY P.A.
50 Federal Street
Boston, MA 02110
Tele: (617) 482-5470
Fax: (617) 423-1572

Attorneys for Plaintiffs Baker et al. in C.A. No. 02-CV-10305-PBS/C.A. No. 02-CV-10304-PBS (Consolidated) and C.A. No. 02-CV-10367-PBS

Alan Cotler
Joan Yue
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-4301
Tele: (215) 851-8100
Fax: (215) 851-1420

Attorneys for Defendant KPMG LLP

Michael P. Carroll
Sean Knowles
Suong Nguyen
DAVIS, POLK & WARDWELL
450 Lexington Avenue
New York NY 10017
Tele: (212) 450-4000
Fax: (212) 450-3800

Kevin J. Lesinski
SEY FARTH SHAW
Two Seaport Lane, Suite 300
Boston, MA 02210
Tele: (617) 946-4800
Fax: (617) 946-4801

Attorneys for Defendant KPMG Belgium

Michael Stone
POSTERNAK, BLANKSTEIN & LUND LLP
The Prudential Tower
800 Boylston Street
Boston, MA 02199
Tele: (617) 973-6100
Fax: (617) 367-2315

George A. Salter
Nicholas W.C. Corson
John A. Redmon
HOGAN & HARTSON LLP
875 Third Avenue
New York, NY 10022
Tele: (212) 918-3000
Fax: (212) 409-9801

Attorneys for Defendant Paul Behets

Michael J. Stone
POSTERNAK, BLANKTEIN & LUND LLP
100 Charles River Plaza
Boston, MA 02114
Tele: (617) 973-6100
Fax: (617) 367-2315

Louis M. Solomon
Caroline S. Press
PROSKAUER ROSE LLP
1585 Broadway
New York, NY 10036
Tele: (212) 969-3000
Fax: (212) 969-2900

Attorneys for Defendant Josef Lernout

Anthony M. Feeherry
Gus P. Coldebella
GOODWIN PROCTOER LLP
Exchange Plaza
Boston, MA 02109-2881
Tele: (617) 570-1000
Fax: (617) 423-1231

Attorneys for Defendants Pol Hauspie and Nico Willaert

Robert P. Sherman
Gordon M. Jones
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110
Tele: (617) 345-1000
Fax: (617) 345-1300

Donald Chase
MORRISON, COHEN, SINGER & WEINSTEIN
750 Lexington Avenue
New York NY 10022
Tele: (212) 735-8600
Fax: (212) 735-8708

Attorneys for Defendants Fernand Cloet, Jan Coene, Hubert Detremmerie, Gerard Van Acker, RVD Securities N.V., Erwin Vandendriessche, Dirk Cauwelier and Marc De Pauw

Thomas E. Peisch
Timothy M. Barouch
CONN, KAVANAUGH, ROSENTHAL, PEISCH & FORD, LLP
Ten Post Office Square
Boston, MA 02109
Tele: (617) 482-8200

Herbert C. Thomas
John B. Missing
Ada Fernandez Johnson
**DEBEVOISE & PLIMPTON**
555 13th Street, N.W.
Suite 1100E
Washington, DC 20004
Tele: (202) 383-8000
Fax: (202) 383-8118

**Attorney for Defendant Gaston Bastiaens**

William R. Moorman, Jr.
Stephen Wald
CRAIG & MACCAULEY, P.C.
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210
Tele: (617) 367-9500
Fax: (617) 742-1788

**Attorney for Defendant Francis Vanderhoydonck**

Brian E. Pazstuszenski
Christopher F. Robertson
Alison B. Vreeland
TESTA, HURWITZ & THIBEAULT LLP
125 High Street
Boston, MA 02110
Tele: (617) 248-7000
Fax: (617) 248-7100

**Attorney for Defendant Ellen Spooren**

Michael P. Connolly
MURTHA, CULLING, ROCHE, CARENS & DEFIACOMO
99 High Street
Boston, MA 02110-2320
Tele: (617) 457-4000
Fax: (617) 482-3868

Frank C. Razzano
J. Tara Holubar
DICKSTEIN, SHAPIRO, MORIN & OSHINSKY LLP
2101 I Street, N.W.
Washington, D.C. 20037
Tele: (202) 785-9700
Fax: (202) 887-0689

**Attorneys for Louis H. Verbeke**

Andrew Good
SILVERGLATE & GOOD
83 Atlantic Avenue
Bostan, MA 02110
Fax: (617) 523-7554

Roger Zuckerman
Steven M. Salky
ZUCKERMAN SPAEDER LLP
1201 Connecticut Avenue, N.W.
Washington, DC 20036
Fax: (202) 822-8106

**Attorneys for Defendant Flanders Language Valley Fund**

Robert J. Kaler
GADSBY HANNAH LLP
225 Franklin Street
Boston, MA 02110
Tele: (617) 345-7000
Fax: (617) 345-7050

**Attorneys for Defendant SG Cowen Securities Corp.**

George A. Zimmerman
Mark Lebovitch
Jonathan Frank
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
Tele: (212) 735-3000
Fax: (212) 735-2000

Matthew J. Matule
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Beacon Street
Boston, MA 02108-3194
Fax: (617) 573-4822

**Attorneys for Defendants Mercator & Noordstar N.V.**

Robert Cohen
Janet B. Fierman
Thomas W. Evans
COHEN & FIERMAN LL;
4 Faneuil Hall Marketplace
Boston, MA 02109
Tele: (617) 523-0505
Fax: (617) 523-2316