# **EXHIBIT H**

**Kirkpatrick & Lockhart LLP**

599 Lexington Avenue
New York, NY 10022-6030
212.536.3900
www.kl.com

October 20, 2004

Gerald A. Novack
212.536.3918
Fax: 212.536.3901
gnovack@kl.com

<u>BY ECF AND MAIL</u>

Honorable Robert B. Collings
United States District Court
 for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

      Re:  *Baker and Bamberg, et al. v. KPMG LLP, et al.,*
           <u>Civ. A. No. 02-10304-PBS (D. Mass.) (consolidated)</u>

Dear Judge Collings:

      I am writing to advise you of a recent development that may have an impact upon your decision with respect to the production of the KPMG Belgium witnesses for their depositions.

      Late yesterday afternoon, following the hearing before you, I learned of an adversary proceeding recently commenced in the Delaware Bankruptcy Court by the Litigation Trustee of the Lernout & Hauspie Speech Products, N.V. Litigation Trust against KPMG US and KPMG Belgium.

      Today, as soon as I was able to locate the identity of counsel for the Litigation Trustee, I telephoned his counsel and explained why SG Cowen was interested in obtaining a waiver of the Belgian secrecy law, to the extent it might be argued that such a waiver was needed. Counsel for the Litigation Trustee confirmed that the Litigation Trustee's adversary proceeding will involve claims with respect to the same KPMG Belgium audit work that is the subject of these actions. I then asked counsel for the Litigation Trustee whether the Litigation Trustee had the authority to waive the secrecy provision of the Belgian Criminal Code, and whether the Trustee would do so in order to enable SG Cowen to proceed with the depositions of the KPMG Belgium witnesses in this action.

      Counsel advised me that he believed that the Litigation Trustee had the right to waive the secrecy provisions, and that the Litigation Trustee would promptly and seriously consider our request. I hope to have a response from the Litigation Trustee tomorrow, although no commitments have been given.

**Kirkpatrick & Lockhart LLP**

Magistrate Judge Collings
October 20, 2004
Page 2

    I will of course promptly advise the Court once the Litigation Trustee has given his decision, or if I learn that no decision will be forthcoming promptly.

                                    Respectfully submitted,

                                    Gerald A. Novack

GAN:ld

cc: All Counsel Of Record

NY-328029 v1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------X
ROBERT ROTH, *et al.*,

                    Plaintiffs,

     -against-

KPMG, LLP, *et al.*,

                    Defendants.

Civil Action No. 02-10304-PBS

(Consolidated with Civil Action No. 02-10305-PBS)

---------------------------------------------------------X
JANET BAKER, *et al.*,

                    Plaintiffs,

     -against-

KPMG LLP, *et al.*,

                    Defendants.
---------------------------------------------------------X

## CERTIFICATE OF SERVICE

I, Megan Elizabeth Murray, hereby certify that on October 20, 2004, I caused a true and correct copy of the foregoing letter to Magistrate Judge Robert Collings, which was filed with the Court, to be served upon counsel listed below by first class U.S. Mail and all counsel of record by electronic mail and/or first class U.S. Mail.

Michael P. Carrol
William Fenrich
Davis Polk & Wardwell
450 Lexington Ave.
New York, NY 10017

NY-328029 v1

Donald Chase
Morrison Cohen
Singer & Weinstein, LLP
750 Lexington Avenue
New York, NY 10022

Robert M. Cohen
Cohen & Fierman, LLP
4 Faneuil Hall Marketplace
Boston, MA 02110

Arthur G. Connolly
Connolly, Bove, Lodge & Hutz
1220 Market Bldg.
P.O. Box 2207
Wilmington, DE 19899

Alan K. Cotter
Robert A. Nicholas
Michael T. Scott
Joan A. Yue
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Karen C. Dyer
Boies, Schiller & Flexner LLP
255 South Orange Avenue, Suite 905
Orlando, FL 32801

Kurt F. Gwynne
John G. Harris
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801

Henry A Heiman
Susan E. Kaufman
Heiman, Aber Goldlust & Baker
First Federal Plaza, Suite 600
P.O. Box 1.675
Wilmington, DE 19899

NY-328029 v1

Stephen E. Jenkins
Ashby & Geddes
222 Delaware Ave.
P.O. Box 1150
Wilmington, DE 19899

Paul J. Lockwood
Skadden, Arps, Slate, Meagher & Flom
One Rodney Square
P.O. Box 636
Wilmington, DE 19899

George A. Zimmerman
Peter Morrisson
Skadden, Arps, Slate, Meagher & Flom
919 Third Avenue
New York, NY 10022

James J. Nicklaus
Attorney at Law
18 Lilac Court
Cambridge, MA 02141

Beth A. Tchilinguirian
Robinson Silverman Pearce Aronsohn & Berman LLP
1290 Avenues of the Americas
New York, NY 10104

Roger E Zuckerman
Amy M. McNamer
Zuckerman Spaeder LLP
1201 Conneticut Avenue N.W.
Washington, DC 20036-2638


Dated: October 20, 2004

_____
MEGAN ELIZABETH MURRAY