IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LERNOUT & HAUPSIE SPEECH PRODUCTS, N.V., et.al. | ) ) ) | Case No. 00-4398 (JHW) |
| | ) | Jointly Administered |
| Debtor. | ) ) | |
| SCOTT L. BAENA, LITIGATION TRUSTEE OF THE LERNOUT & HAUSPIE SPEECH PRODUCTS N.V. LITIGATION TRUST, | ) ) ) ) ) | |
| | ) | Adv. Proc. No. 04-54842 (JHW) |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| KPMG LLP and KLYNFELD PEAT MARWICK GOERDELER BEDRIJFREVISOREN, | ) ) ) ) | |
| Defendants. | ) | |

### AFFIDAVIT OF KIM RAULSOME, PARALEGAL

STATE OF DELAWARE      :
                      : SS:
NEW CASTLE COUNTY   :

I, Kim Raulsome, certify that I am, and at all times during the service, have been an employee of Morris, James, Hitchens & Williams LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on November 15, 2004, I caused to be served:

**KPMG LLP'S REPLY MEMORANDUM OF LAW
IN FURTHER SUPPORT OF ITS MOTION TO
TRANSFER THE ACTION TO THE DISTRICT OF MASSACHUSETTS**

Service was completed upon the parties on the attached list in the manner indicated thereon.

Date:  November 15, 2004

*Kim Raulsome*
Kim Raulsome

KRX/103194-0002/1058907/1

SWORN AND SUBSCRIBED before me this 15th day of November 2004.

_____
NOTARY
My commission expires:_____

ELLEN J. ZICKEFOOSE
Notary Public - State of Delaware
My Comm. Expires Jul. 21, 2007

**VIA HAND DELIVERY**

Theodore J. Tacconelli, Esq.
FERRY JOSEPH &PEARCE, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
Telephone: (302) 575-1555
Facsimile: (302) 575-1714
*(Co-counsel for Scott L. Baena, Litigation Trustee of the Lernout & Hauspie Speech Products N.V. Litigation Trust)*

**VIA FIRST CLASS MAIL**

David W. Trench, Esq.
Nathan G. Mancuso, Esq.
Scott G. Klein, Esq.
BILZIN SUMBERG BAENA PRICE & AXELROD LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, FL 33131-2336
Telephone: (305) 374-7580
Facsimile: (305) 374-7593
*(Co-counsel for Scott L. Baena, Litigation Trustee of the Lernout & Hauspie Speech Products N.V. Litigation Trust)*

KRX/103194-0002/1058907/1