IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LERNOUT & HAUSPIE SPEECH | ) | Case No. 00-4398 (JHW) |
| PRODUCTS N.V., | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| SCOTT L. BAENA, LITIGATION | ) | |
| TRUSTEE OF THE LERNOUT & | ) | |
| HAUSPIE SPEECH PRODUCTS N.V. | ) | |
| LITIGATION TRUST | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Adv. Pro. No. 04-54842 (JHW) |
| v. | ) | |
| | ) | |
| KPMG LLP AND KLYNFELD PEAT | ) | |
| MARWICK GOERDELER | ) | |
| BEDRIJFSREVISOREN, | ) | |

**NOTICE OF AGENDA FOR TELEPHONIC
HEARING ON NOVEMBER 23, 2004 AT 3:00 P.M.[1]**

CONTESTED MATTER:

1. KPMG LLP's Motion to Transfer the Action to the District of Massachusetts [Docket No. 4; filed on October 4, 2004]

   Response Deadline:  November 8, 2004

   Responses Received:

   A. Litigation Trustee's Opposition to Defendant KPMG LLP's Motion to Transfer and Memorandum of Law [Docket No. 18; filed on November 9, 2004]

   Related Documents:

   B. Opening Brief in Support of KPMG LLP's Motion to Transfer the Action to the District of Massachusetts (Corrected) [Docket No. 5; filed on October 4, 2004]

---

[1] Parties wishing to participate telephonically should dial in no later than 2:50 p.m.(ET) on November 23, 2004. The dial-in-number is (877) 221-8724, participant passcode: 601281.

    C.    Notice of Filing [Docket No. 25; filed on November 10, 2004]

    D.    Stipulation and Order [Docket No. 26; filed on November 11, 2004]

    E.    KPMG LLP's Reply Memorandum of Law in Further Support of Its Motion to Transfer the Action to the District of Massachusetts [Docket No. 27; filed on November 15, 2004]

Status: This matter is going forward.

Dated: November 19, 2004

BILZIN SUMBERG BAENA PRICE & AXELROD LLP
David W. Trench, Esq.
Nathan G. Mancuso, Esq.
Scott G. Klein, Esq.
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131-2336
Telephone: (305) 374-7580

-and-

FERRY, JOSEPH & PEARCE, P.A.

 /s/ Lisa L. Coggins
Theodore J. Tacconelli (#2678)
Lisa L. Coggins (#4234)
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE. 19899
(302) 575-1555

Co-Counsel to Scott L. Baena, Plan Administrator and Litigation Trustee for Lernout & Hauspie Speech Products N.V.