UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In the matter of :  Case No. 00-4397 through
                                                    00-4399/JHW

Lernout & Hauspie Speech Products :
**Adver. No. 04-54842**

      Debtor : **MINUTES OF TELEPHONE CONFERENCE CALL HELD NOVEMBER 23, 2004**

                      :

PARTICIPANTS:  David Trench, Esq.
Brett Fallon, Esq.
Suong Nguyen, Esq.
Michael Flynn, Esq.
Ted Tacconelli, Esq.
Lisa Coggins, Esq.

Motion to transfer venue to Massachusetts is granted.

Dated: November 23, 2004

                                                 JUDITH H. WIZMUR
                                                 U.S. BANKRUPTCY JUDGE