UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| LERNOUT & HAUSPIE SPEECH PRODUCTS N.V., et al., | Case No. 00-4398 (JHW) |
| Debtor. | |
| SCOTT L. BAENA, LITIGATION TRUSTEE OF THE LERNOUT & HAUSPIE SPEECH PRODUCTS N.V. LITIGATION TRUST, | |
| Plaintiff, | Adv. Proc. No. 04-54842 (JHW) |
| v. | |
| KPMG LLP and KLYNVELD PEAT MARWICK GOERDELER BEDRIJFSREVISOREN, | |
| Defendants. | |

## STIPULATION AND ORDER

It is hereby stipulated and agreed, this 5th day of November, 2004, by and between Plaintiff, Scott L. Baena, Litigation Trustee of the Lernout & Hauspie Speech Products N.V. Litigation Trust, and Defendant Klynveld Peat Marwick Goerdeler Bedrijfsrevisoren ("KPMG Belgium") that

 a) KPMG Belgium shall not be required to answer or respond by motion to the Complaint until ten (10) days after (1) this Court has entered an order denying Defendant KPMG LLP's Motion to Transfer this Action to the District of Massachusetts ("Motion to Transfer") or

\75808\20079\ # 693053 v 1

11/11/04
#2/c

(2) the docketing of the case in the United States District Court for the district of Massachusetts, whichever is applicable.

b) In order to preserve its defenses, KPMG Belgium neither joins in, nor objects to, the Motion to Transfer and shall make no filing with respect to, or argument at, the hearing on the Motion to Transfer, currently scheduled for November 23, 2004.

c) KPMG Belgium shall file no motion in this action seeking a change of venue, regardless of the ruling on the Motion to Transfer. The agreements in this stipulation shall be without prejudice to any defense KPMG Belgium may have in this action, including without limitation, personal jurisdiction and *forum non conveniens.*

DATED: November 11, 2004

SCOTT L. BAENA, as
Litigation Trustee for the
Lernout & Hauspie Speech Products N.V.
Litigation Trust
By His Attorneys,

**FERRY JOSEPH & PEARCE, P.A.**

Theodore J. Tacconelli (Bar Id No. 2678)
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
Telephone: (302) 575-1555
Facsimile: (302) 575-1714

- and -

**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
David W. Trench, Esq. (admitted *pro hac vice*)
Nathan G. Mancuso, Esq. (admitted *pro hac vice*)
Scott G. Klein, Esq. (admitted *pro hac vice*)
2500 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131-2336
Telephone: (305) 374-7580
Facsimile: (305) 374-7593

DATED: November 9, 2004

**POTTER ANDERSON & CORROON LLP**

By: _____
Theresa V. Brown-Edwards (ID 4225)
Elihu E. Allinson, III
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, Delaware 19899
(302) 984-6000

and

**HOGAN & HARTSON LLP**
George A. Salter
Nicholas W.C. Corson
Hoa Hoang
875 Third Avenue
New York, NY 10022
Telephone: (212) 918-3000

Counsel for Defendants Klynveld Peat Marwick Goerdeler Bedrijfsrevisoren (making a special appearance)

SO ORDERED this 23 day of November 2004:

_____
Judith H. Wizmur
United States Bankruptcy Judge