IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LERNOUT & HAUSPIE SPEECH | ) | Case No. 00-4398 (JHW) |
| PRODUCTS N.V., | ) | (Jointly Administered) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| SCOTT L. BAENA, LITIGATION TRUSTEE | ) | |
| OF THE LERNOUT & HAUSPIE SPEECH | ) | |
| PRODUCTS N.V. LITIGATION TRUST, | ) | |
| | ) | Adv. Pro. No. 04-54842 (JHW) |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| KPMG LLP and KLYNFELD PEAT MARWICK | ) | |
| GOERDELER BEDRIJFREVISOREN, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATION OF COUNSEL RE: DOCKET NO. 4

The undersigned hereby certifies:

1. On November 23, 2004, the Court heard oral argument on KPMG LLP's *Motion to Transfer the Action to the District of Massachusetts,* dated October 4, 2004 (Docket No. 4).

2. Counsel for KPMG LLP ("KPMG US") has prepared the attached proposed order (the "Order") reflecting the Court's decision at the November 23, 2004 hearing.

3. Counsel for Plaintiff, the Litigation Trustee of the Lernout & Hauspie Speech Products N.V. Litigation Trust, has reviewed the Order and has no objection to the form of the order.

DNC/103194-0002/1054617/2

WHEREFORE, KPMG US respectfully requests that the Court enter the attached Order.

Dated: December __, 2004

MORRIS, JAMES, HITCHENS & WILLIAMS LLP

/s/ Brett D. Fallon
Brett D. Fallon (#2480)
Douglas N. Candeub (#4211)
222 Delaware Avenue, 10th Floor
Post Office Box 2306
Wilmington, Delaware 19899
Telephone: (302) 888-6800
Facsimile:  (302) 571-1750
E-mail: bfallon@morrisjames.com
E-mail: dcandeub@morrisjames.com
Attorneys for Defendant KPMG LLP

OF COUNSEL:
Michael P. Carroll
Michael S. Flynn
Suong T. Nguyen
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017
Telephone: (212) 450-4000
Facsimile:  (212) 450-3800