IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LERNOUT & HAUSPIE SPEECH | ) | Case No. 00-4398 (JHW) |
| PRODUCTS N.V., | ) | (Jointly Administered) |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| SCOTT L. BAENA, LITIGATION TRUSTEE | ) | |
| OF THE LERNOUT & HAUSPIE SPEECH | ) | |
| PRODUCTS N.V. LITIGATION TRUST, | ) | |
| | ) | Adv. Pro. No. 04-54842 (JHW) |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| KPMG LLP and KLYNFELD PEAT MARWICK | ) | |
| GOERDELER BEDRIJFREVISOREN, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER (Re Docket No. 4)

Upon consideration of KPMG LLP's Motion to Transfer the Action to the District of Massachusetts (Docket No. 4), and upon finding said motion to be meritorious for the reasons stated on the record on November 23, 2004, it is hereby ORDERED that the Motion is GRANTED. The Clerk shall take all action necessary to cause this file to be transferred to the United States District Court for the District of Massachusetts.

SO ORDERED this ___ day of _____, 2004.

_____
United States Bankruptcy Judge

DNC/103194-0002/1054617/2