# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

824 Market Street
Wilmington, DE 19801
(302) 252-2900

FILED
IN CLERKS OFFICE

2004 DEC -1  P 1: 39

U.S. DISTRICT COURT
DISTRICT OF MASS.

November 30, 2004

To: United States District Court
for the District of Massachusetts
1 Courthouse Way
Boston, MA 02210

04 CV 12606 PBS

Re: **Lernout & Hauspie Speech Products NV v KPMG, LLP.**
   **Adversary Case No. 04-54842**

Enclosed is the certified copy of the docket along with the CD-ROM of the documents, and the order transferring venue of this case to the United States District Court for the District of Massachusetts. Order was signed on 11/23/04. Please receipt and return a copy of this transmittal.

For additional information, the website for the Bankruptcy Court, District of Delaware can be obtained by accessing www.deb.uscourts.gov.

Sincerely,

By: [signature]
Deputy Clerk

David Bird, Clerk

Approved: [signature]
Supervisor

I, _____, hereby acknowledge receipt of the above Record on Transferring of case this _____ day of _____, 2004.

_____
Deputy Clerk

_____
Supervisor