UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCOTT L. BAENA, LITIGATION TRUSTEE OF THE LERNOUT & HAUSPIE SPEECH PRODUCTS N.V. LITGATION TRUST,<br><br>Plaintiff,<br><br>v.<br><br>KPMG LLP and KLYNVELD PEAT MARWICK GOERDELER BEDRIJFSREVISOREN,<br><br>Defendants. | Civil Action No. 04-CV-12606-PBS |

**NOTICE OF APPEARANCE**

Please enter the appearance of Joel G. Beckman and William C. Nystrom as attorneys for the Plaintiff, Scott L. Baena, Litigation Trustee of the Lernout & Hauspie Speech Products N.V. Litigation Trust, in the above-entitled action.

Respectfully submitted,

SCOTT L. BAENA, LITIGATION TRUSTEE
OF THE LERNOUT & HAUSPIE SPEECH
PRODUCTS N.V. LITGATION TRUST

By his attorneys,

_____
Joel G. Beckman BBO#553086
William C. Nystrom BBO#559656
Nystrom Beckman & Paris LLP
10 St. James Avenue, 16th Floor
Boston, Massachusetts 02116
(617) 778-9100
(617) 778-9110 (fax)

DATED: December 20, 2004

## CERTIFICATE OF SERVICE

I, Joel G. Beckman, hereby certify that on December 20, 2004, I caused a true copy of the foregoing document to be served upon all counsel of record.

_____
Joel G. Beckman