UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

SCOTT L. BAENA, Litigation Trustee of :
the Lernout & Hauspie Speech Products, :
N.V. Litigation Trust, :
: 04-CV-12606-PBS
:
Plaintiff, :
:
v. :
:
KPMG LLP and :
KLYNVELD PEAT MARWICK :
GOERDELER BEDRIJFSREVISOREN, :
:
Defendants. :

---

### DEFENDANT KLYNVELD PEAT MARWICK GOERDELER BEDRIJFSREVISOREN'S MOTION TO DISMISS THE COMPLAINT

Michael J. Stone, Esq.
PEABODY & ARNOLD
30 Rowes Wharf
Boston, MA 02110
(617) 951-4702
*Counsel for Klynveld Peat Marwick
Goerdeler Bedrijfsrevisoren*

<u>Of Counsel</u>:
George A. Salter, Esq.
John A. Redmon, Esq.
Nicholas W.C. Corson, Esq.
HOGAN & HARTSON LLP
875 Third Avenue
New York, NY 10022
(212) 918-3000

Defendant Klynveld Peat Marwick Goerdeler Bedrijfsrevisoren ("KPMG-B") hereby moves to dismiss Plaintiff's Complaint pursuant to Rules 12(b)(6) and 12(b)(2) of the Federal Rules of Civil Procedure and pursuant to the doctrines of *forum non conveniens* and international comity. The grounds for this motion are set forth in the accompanying Memorandum of Law and in the supporting Declaration of Michel Desaive and Declaration of Nicholas W.C. Corson. Dated: January 7, 2005. For the reasons set forth in the Memorandum of Law and accompanying declarations, KPMG-B respectfully requests that the Court issue an order granting its motion to dismiss the Complaint, with prejudice, and for such other relief as the Court deems just and proper.

Dated: January 7, 2005

Respectfully submitted,

Michael J. Stone, Esq.
PEABODY & ARNOLD
30 Rowes Wharf
Boston, MA 02110
(617) 951-4702
*Counsel for Klynveld Peat Marwick Goerdeler Bedrijfsrevisoren*

Of Counsel:

HOGAN & HARTSON LLP
By: /s/ Nicholas W.C. Corson
George A. Salter, Esq.
John A. Redmon, Esq.
Nicholas W.C. Corson, Esq.
875 Third Avenue
New York, NY 10022
(212) 918-3000

Certificate of Service

I, Nicholas W.C. Corson, hereby certify that on January 7, 2005, I caused a true copy of KPMG-B's Motion to Dismiss the Complaint, to be electronically filed and served upon the following counsel of record by electronic mail and by first-class U.S. mail:

/s/ Nicholas W.C. Corson
Nicholas W.C. Corson

| | |
|---|---|
| Joel G. Beckman, Esq.<br>Nystrom Beckman & Paris LLP<br>10 St. James Avenue, 16th Floor<br>Boston, MA 02166<br>Phone: (617) 779-9100<br>Fax: (617) 778-9100<br>jbeckman@nbparis.com<br><br>*Attorneys for Plaintiff Scott L. Baena* | David W. Trench, Esq.<br>Scott G. Klein, Esq.<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 South Biscayne Boulevard, Suite 2500<br>Miami, FL 33131<br>Phone: (305) 350-2359<br>Fax: (305) 351-2261<br>dtrench@bilzin.com<br>sklein@bilzin.com<br><br>*Attorneys for Plaintiff Scott L. Baena* |
| Kevin Lesinski<br>Kristin McGurn<br>Seyfarth Shaw<br>World Trade Center East<br>Two Seaport Lane, Suite 300<br>Boston, MA 02110<br>Phone: (617) 227-5020<br>Fax: (617) 946-4801<br>klesinski@seyfarth.com<br>kmcgurn@seyfarth.com | Michael P. Carroll<br>Michael S. Flynn<br>Suong T. Nguyen<br>Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY 10017<br>Phone: (212) 450-4000<br>Fax: (212) 450-3800<br>mcarroll@dpw.com<br>mflynn@dpw.com<br>nguyen@dpw.com<br>*Attorneys for Defendant KPMG LLP* |