UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCOTT L. BAENA, LITIGATION TRUSTEE OF THE LERNOUT & HAUSPIE SPEECH PRODUCTS N.V. LITIGATION TRUST,<br><br>Plaintiff,<br><br>- v -<br><br>KPMG LLP and KLYNVELD PEAT MARWICK GOERDELER BEDRIJFSREVISOVEN,<br><br>Defendants. | Civil Action No. 04-12606 PBS<br><br><br><br>ORAL ARGUMENT REQUESTED |

**DEFENDANT KPMG LLP'S MOTION TO**
**DISMISS THE COMPLAINT**

Pursuant to Rules 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure, Defendant KPMG LLP hereby moves to dismiss with prejudice the Complaint of Plaintiff Scott Baena, as trustee of the Lernout & Hauspie Speech Product, N.V. Litigation Trust. The grounds for Defendant KPMG LLP's Motion to Dismiss the Complaint are set out in the accompanying memorandum of law.

**REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(D), KPMG LLP respectfully requests oral argument on this motion at the Court's convenience.

### Certification of Compliance with Local Rule 7.1(A)(2)

Undersigned counsel for KPMG LLP hereby certifies that counsel for Defendant KPMG LLP has conferred in good faith with opposing counsel regarding the filing of this motion, and the Trustee's counsel confirmed that the Trustee supports his Complaint.

Dated: January 7, 2005                Respectfully submitted,

/s/ Kristin G. McGurn
Kevin J. Lesinski (BBO #554140)
Kristin G. McGurn (BBO #559687)
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210
(617) 946-4810

DAVIS POLK & WARDWELL
Michael P. Carroll
Michael S. Flynn
Julian J. Moore
450 Lexington Avenue
New York, NY 10017
(212) 450-4000

Attorneys for KPMG LLP

---

Certificate of Service

I hereby certify that a true copy of the above document was served upon the attorney of record for each party electronically and by first-class mail on January 7, 2005.

/s/ Kristin G. McGurn

---

2