UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCOTT L. BAENA, Litigation Trustee of the Lernout & Hauspie Speech Products, N.V. Litigation Trust,<br><br>Plaintiff<br><br>v.<br><br>KPMG LLP and KLYNVELD PEAT MARWICK GOERDELER BEDRIJFSREVISOREN,<br><br>Defendants | CIVIL ACTION NO.: 04-CV-12606 (PBS) |

## NOTICE OF APPEARANCE

Please enter the appearance of Michael J. Stone of Peabody & Arnold, LLP as counsel for Klynveld Peat Marwick Goerdeler Bedrijfsrevisoren in the above-captioned matter.

Respectfully submitted,

_[signature]_

Michael J. Stone, Esq., BBO No. 482060
PEABODY & ARNOLD, LLP
30 Rowes Wharf
Boston, MA 02110
(617) 951-2100

Dated: January 6, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of January, 2005, I caused copies of the above motion to be served via U.S. first class mail, postage prepaid on the attorney of record for each party on the attached Service List.

_[signature]_
Michael J. Stone

PABOS2:MSTONE:605204_1
14849-90755

## SERVICE LIST

Lisa L. Coggins, Esq.  
Theodore J. Tacconelli, Esq.  
Ferry, Joseph, Pearce, P.A.  
824 Market Street, Suite 904  
Wilmington, DE 19801

Brett Fallon, Esq.  
Douglas N. Candeub, Esq.  
Morris, James, Hitchens & Williams, LLP  
222 Delaware Avenue, 10th Floor  
Wilmington, DE 19801

PABOS2:MSTONE:605280_1  
14849-90755