UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Scott L. Baena.

        Plaintiff,                      CIVIL ACTION
                                            NO.  04-12606-PBS

    v.

KPMG LLP, et al

        Defendants.

**ORDER**

**SARIS, U.S.D.J.**                                                                                      January 10, 2005

      The Court orders that Electronic Case Filing is mandatory in this action as of February 1, 2005. All counsel must be registered with the Court's CM/ECF program for receipt of electronic noticing by the Court by February 1, 2005.  For information as to how to register, check the Court's web site at http://www.mad.uscourts.gov/CaseInfo/CM_ECF.htm.  Courtesy paper copies of all electronically filed dispositive motions and attachments shall be filed with the Court and plainly marked "courtesy copy".

                                                                                        /s/ Patti B. Saris
                                                                        United States District Judge

Copies to:  All Counsel

Case 1:04-cv-12606-PBS    Document 48    Filed 01/10/2005    Page 2 of 2