UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Scott L. Baena

        Plaintiff,        CIVIL ACTION
                              NO.  04-12606-PBS

    v.

KPMG LLP, et al

        Defendants.

**NOTICE OF MOTION HEARING**

SARIS, U.S.D.J.                                                               January 10, 2005

      TAKE NOTICE that the above-entitled case has been set for a Motion Hearing re: Motions to Dismiss by KPMG LLP, and KPMG-B on **February 2, 2005**, at **2:00 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.

                                                                                        By the Court,

                                                                                     /s/ Robert C. Alba
                                                                                     Deputy Clerk

Copies to:  All Counsel