UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCOTT L. BAENA, LITIGATION TRUSTEE OF THE LERNOUT & HAUSPIE SPEECH PBS PRODUCTS N.V. LITIGATION TRUST<br><br>Plaintiff,<br><br>- v -<br><br>KPMG LLP and KLYNVELD PEAT MARWICK GOERDELER BEDRIJFSREVISOVEN,<br><br>Defendants. | Civil Action No. 04-12606 |

## NOTICE OF APPEARANCES

Kindly enter the appearances of Kevin J. Lesinski and Kristin G. McGurn as counsel for KPMG LLP in the above-referenced matter.

Dated:  January 25, 2005            Respectfully submitted,

                                    KPMG LLP,

                                    By its attorneys,


                                      /s/ Kristin G. McGurn
                                    Kevin J. Lesinski (BBO #554140)
                                    Kristin G. McGurn (BBO #559687)
                                    SEYFARTH SHAW LLP
                                    World Trade Center East
                                    Two Seaport Lane, Suite 300
                                    Boston, MA 02210
                                    (617) 946-4800
                                    klesinski@seyfarth.com
                                    kmcgurn@seyfarth.com

**Certificate of Service**

I hereby certify that a true copy of the above document was served upon the attorney of record for each party electronically and by first-class mail on January 25, 2005.
/s/  Kristin G. McGurn