UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SCOTT L. BAENA, LITIGATION
TRUSTEE OF THE LERNOUT &
HAUSPIE SPEECH
PRODUCTS N.V. LITIGATION TRUST,

    Plaintiff,

v.

KPMG LLP and KLYNVELD PEAT
MARWICK GOERDELER
BEDRIJFSREVISOREN,

    Defendants.

Civil Action No. 04-CV-12606 (PBS)

## UNOPPOSED MOTION OF PLAINTIFF
## TO FILE BRIEF IN EXCESS OF 20 PAGES

Plaintiff, Scott L. Baena, Litigation Trustee of the Lernout & Hauspie Speech Products N.V. Litigation Trust ("Plaintiff") respectfully requests leave of Court to file an Opposition to Defendant Klynveld Peat Marwick Goerdeler Bedrijfsrevisoren ("KPMG Belgium") Motion to Dismiss in excess of the twenty-page limit provided by LR 7.1 (B)(4). The Opposition contains twenty-seven (27) pages. As grounds therefore, Plaintiff states as follows.

    1.    In its Motion, KPMG Belgium seeks dismissal of the Complaint under numerous separate legal theories, including lack of personal jurisdiction, a fact intensive inquiry. In its Opposition, Plaintiff responds with the relevant legal argument and provides the Court with detailed testimony and documentary evidence that establishes this Court's jurisdiction over KPMG Belgium.

2.  Despite every effort to do so, Plaintiff could not limit both the legal arguments and the facts into twenty pages.

3.  KPMG Belgium's co-defendant, KPMG LLP, faced a similar issue and filed a similar motion for leave with this Court, dated January 7, 2005, to submit a 26 page brief in support of its own motion to dismiss. That motion was allowed.

4.  Counsel for KPMG Belgium has no objection to the motion.

WHEREFORE, Plaintiff respectfully requests that the Court allow its motion to file an Opposition brief in excess of twenty pages.

Respectfully Submitted,

SCOTT L. BAENA, LITIGATION TRUSTEE
OF THE LERNOUT & HAUSPIE SPEE
PRODUCTS N.V. LITGATION TRUST

By his attorneys,

/s/ David W. Trench
David W. Trench, FBN 202975
Robert E. Turken, FBN
Bilzin Sumberg Baena Price & Axelrod I
2500 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131-2336
Telephone: (305) 374-7580
Facsimile: (305) 374-7593

-AND-

Joel G. Beckman BBO# 553086
William C. Nystrom BBO#559656
Nystrom Beckman & Paris LLP
10 St. James Avenue, 16th Floor
Boston, MA 02116
Telephone: (617) 778-9100
Facsimile: (617) 778-9110

Dated: February 11, 2005

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that on February 11, 2005 I conferred by telephone with Nicholas Corson, Esquire, counsel of record for defendant KPMG Belgium, and he does not oppose this motion.

_____
David W. Trench

## CERTIFICATE OF SERVICE

I, Joel G. Beckman, hereby certify that on February 11, 2005, I caused a true copy of the foregoing document to be served upon all counsel of record by First Class postage pre-paid mail.

_____
Joel G. Beckman