UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCOTT L. BAENA, Litigation Trustee of the Lernout & Hauspie Speech Products, N.V. Litigation Trust,<br><br>      Plaintiff,<br><br>v.<br><br>KPMG LLP and KLYNVELD PEAT MARWICK GOERDELER BEDRIJFSREVISOREN,<br><br>      Defendants. | 04-CV-12606-PBS |

**PLAINTIFF'S CERTIFICATION PURSUANT TO
LOCAL RULE 16.1(D)(3)**

In accordance with Local Rule 16.1(D)(3), Plaintiff and Plaintiff's counsel affirm that they have conferred:

    (a)    with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

    (b)    to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Dated: February 28, 2005

        Respectfully submitted,

        **NYSTROM BECKMAN & PARIS LLP**

        Joel G. Beckman BBO# 553086
        William C. Nystrom BBO#559656
        10 St. James Avenue, 16th Floor
        Boston, MA  02116
        Telephone: (617) 778-9100
        Facsimile: (617) 778-9110

        **BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
        David W. Trench, FBN 202975
        Robert E. Turken, FBN 306355
        200 South Biscayne Boulevard
        Suite 2500
        Miami, Florida 33131-5340

        **Attorneys for SCOTT L. BAENA, LITIGATION TRUSTEE OF THE LERNOUT & HAUSPIE SPEECH SPEECH PRODUCTS N.V. LITIGATION TRUST**

        Scott L. Baena
        Litigation Trustee of the Lernout & Hauspie Speech Products N.V. Litigation Trust

        **ON BEHALF OF PLAINTIFF**