UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SCOTT L. BAENA, Litigation Trustee : 04-CV-12606-PBS
of the Lernout & Hauspie Speech Products, :
N.V. Litigation Trust, :
:
      Plaintiff, :
:
v. :
:
KPMG LLP and KLYNVELD PEAT :
MARWICK GOERDELER :
BEDRIJFSREVISOREN, :
:
      Defendants. :
:

## PLAINTIFF'S CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

In accordance with Local Rule 16.1(D)(3), Plaintiff and Plaintiff's counsel affirm that they have conferred:

(a)    with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

(b)    to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Dated: February 28, 2005

           Respectfully submitted,

           **NYSTROM BECKMAN & PARIS LLP**

           _/s/ Joel G. Beckman_

           Joel G. Beckman BBO# 553086
           William C. Nystrom BBO#559656
           10 St. James Avenue, 16th Floor
           Boston, MA 02116
           Telephone: (617) 778-9100
           Facsimile: (617) 778-9110

           **BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
           David W. Trench, FBN 202975
           Robert E. Turken, FBN 306355
           200 South Biscayne Boulevard
           Suite 2500
           Miami, Florida 33131-5340

           **Attorneys for SCOTT L. BAENA, LITIGATION TRUSTEE OF THE LERNOUT & HAUSPIE SPEECH SPEECH PRODUCTS N.V. LITIGATION TRUST**

           _/s/ Scott L. Baena_

           Scott L. Baena
           Litigation Trustee of the Lernout & Hauspie
           Speech Products N.V. Litigation Trust

           **ON BEHALF OF PLAINTIFF**