UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


Scott L. Baena

                Plaintiff,                      CIVIL ACTION
                                                 NO.  04-12606-PBS

       v.


KPMG LLP, et al

                Defendants.


**NOTICE OF RESCHEDULED MOTION HEARING AND CONFERENCE**


SARIS, U.S.D.J.                                      March 2, 2005


      The Motion Hearing re: Motion to Dismiss and Scheduling Conference previously scheduled for March 4, 2005, has been **rescheduled** to **March 25, 2005, at 4:00 p.m.**


                                     By the Court,


                                     /s/ Robert C. Alba
                                   Deputy Clerk


Copies to:  All Counsel


resched.ntc