UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCOTT L. BAENA, LITIGATION TRUSTEE OF THE LERNOUT & HAUSPIE SPEECH PRODUCTS N.V. LITIGATION TRUST<br><br>Plaintiff,<br><br>- v -<br><br>KPMG LLP and KLYNVELD PEAT MARWICK GOERDELER BEDRIJFSREVISOVEN,<br><br>Defendants. | Civil Action No. 04-12606 PBS |

## KPMG LLP'S LOCAL RULE 16.1(D)(3) CERTIFICATION

Pursuant to Local Rule 16.1(D)(3), the Defendant, KPMG LLP, and its counsel hereby certify that they have conferred:

(a)   with a view to establishing a budget for the cost of conducting the full course - and various alternative courses - of this litigation; and

(b)   to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Dated: March 8, 2005

Respectfully Submitted,

KPMG LLP

By: _____
Name:
Title: Associate General Counsel

| | |
|---|---|
| Michael P. Carroll | /s/ Kristin G. McGurn |
| Michael S. Flynn | Kevin J. Lesinski (BBO #554140) |
| Sean C. Knowles | William J. Hanlon (BBO # 551878) |
| Julian J. Moore | Kristin G. McGurn (BBO #559687) |
| Caroline Alice Keller | SEYFARTH SHAW LLP |
| DAVIS POLK & WARDWELL | World Trade Center East |
| 450 Lexington Avenue | Two Seaport Lane |
| New York, NY 10017 | Suite 300 |
| (212) 450-4000 | Boston, MA 02210-2028 |
| | Telephone:   (617) 946-4800 |
| | Telecopier:   (617) 946-4801 |

*Attorneys for KPMG LLP*

---
**Certificate of Service**
I hereby certify that a true copy of the above document was served upon the attorney of record for each party electronically and by first-class mail on March 8, 2005.
/s/ Kristin G. McGurn
---