UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SCOTT L. BAENA, Litigation Trustee of :
the Lernout & Hauspie Speech Products, :
N.V. Litigation Trust, : 04-CV-12606-PBS
:
        Plaintiff, :
:
v. :
:
KPMG LLP and :
KLYNVELD PEAT MARWICK :
GOERDELER BEDRIJFSREVISOREN, :
:
        Defendants. :

## KLYNVELD PEAT MARWICK GOERDELER BEDRIJFSREVISOREN'S LOCAL RULE 16.1(D)(3) CERTIFICATION

In accordance with Local Rule 16.1(D)(3), defendant Klynveld Peat Marwick Goerdeler Bedrijfsrevisoren ("KPMG-B") and its counsel hereby certify that they have conferred:

    (a)    with a view to establishing a budget for the cost of conducting the full course – and various alternative courses – of the litigation; and

    (b)    to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Dated: March 21, 2005

        Respectfully submitted,

        Klynveld Peat Marwick Goerdeler Bedrijfsrevisoren

        By: _____
        Name: Patrick Simons


        HOGAN & HARTSON LLP

        By: /s/ Nicholas W.C. Corson
        George A. Salter
        875 Third Avenue
        New York, NY 10022
        (212) 918-3000


        PEABODY & ARNOLD LLP
        Michael J. Stone, Esq.
        30 Rowes Wharf
        Boston, MA 02110
        (617) 951-4702


        *Attorneys for Klynveld Peat Marwick*
        *Goerdeler Bedrijfsrevisoren*

Certificate of Service

        I, Nicholas W.C. Corson, hereby certify that on March 24, 2005, I caused a true copy of Klynveld Peat Marwick Goerdeler's Rule 16.1(D)(3) Certification to be electronically filed and served upon the following counsel of record by first-class U.S. mail:

/s/ Nicholas W.C. Corson

| | |
|---|---|
| Joel G. Beckman, Esq.<br>Nystrom Beckman & Paris LLP<br>10 St. James Avenue, 16th Floor<br>Boston, MA 02116<br>Phone: (617) 779-9100<br>Fax: (617) 778-9100<br>jbeckman@nbparis.com<br><br>*Attorneys for Plaintiff Scott L. Baena* | David W. Trench, Esq.<br>Scott G. Klein, Esq.<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 South Biscayne Boulevard, Suite 2500<br>Miami, FL 33131<br>Phone: (305) 350-2359<br>Fax: (305) 351-2261<br>dtrench@bilzin.com<br>sklein@bilzin.com<br><br>*Attorneys for Plaintiff Scott L. Baena* |
| Kevin Lesinski<br>Kristin McGurn<br>Seyfarth Shaw<br>World Trade Center East<br>Two Seaport Lane, Suite 300<br>Boston, MA 02110<br>Phone: (617) 227-5020<br>Fax: (617) 946-4801<br>klesinski@seyfarth.com<br>kmcgurn@seyfarth.com | Michael P. Carroll<br>Michael S. Flynn<br>Suong T. Nguyen<br>Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY 10017<br>Phone: (212) 450-4000<br>Fax: (212) 450-3800<br>mcarroll@dpw.com<br>mflynn@dpw.com<br>nguyen@dpw.com<br>*Attorneys for Defendant KPMG LLP* |