UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCOTT L. BAENA, LITIGATION TRUSTEE OF THE LERNOUT & HAUSPIE SPEECH PRODUCTS N.V. LITIGATION TRUST,<br><br>Plaintiff,<br><br>v.<br><br>KPMG LLP and KLYNVELD PEAT MARWICK GOERDELER BEDRIJFSREVISOREN,<br><br>Defendants. | Civil Action No. 04-CV-12606 (PBS) |

## NOTICE OF APPEAL

Notice is hereby given that Scott L. Baena, Litigation Trustee of the Lernout & Hauspie Speech Products N.V. Litigation Trust, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the First Circuit from the Memorandum and Order granting Motion to Dismiss Complaint filed by Klynveld Peat Marwick Goerdeler Bedrijfsrevisoren, and Motion to Dismiss filed by KPMG LLP, entered in this action on the 28th day of September, 2005.

Respectfully Submitted,

SCOTT L. BAENA, LITIGATION TRUSTEE
OF THE LERNOUT & HAUSPIE SPEE
PRODUCTS N.V. LITGATION TRUST

By his attorneys,

*(signature)*

Joel G. Beckman BBO# 553086
William C. Nystrom BBO#559656
Dana A. Zakarian BBO#641058
Nystrom Beckman & Paris LLP
10 St. James Avenue, 16th Floor
Boston, MA 02116
Telephone: (617) 778-9100
Facsimile: (617) 778-9110

AND

David W. Trench, FBN 202975
Robert E. Turken, FBN
Bilzin Sumberg Baena Price & Axelrod I
2500 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131-2336
Telephone: (305) 374-7580
Facsimile: (305) 374-7593

Dated: October 6, 2005

### CERTIFICATE OF SERVICE

I, Dana A. Zakarian, hereby certify that on October 6, 2005, I caused a true copy of the foregoing document to be served upon all counsel of record.

*(signature)*

Dana A. Zakarian