# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 04-cv-12606

Scott L. Baena, et al

v.

KPMG LLP, et al

## CLERK'S CERTIFICATE

I, Sarah A Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 10/6/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on December 13, 2005.

Sarah A. Thornton, Clerk of Court

By: _____
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 12/13/05

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/05

APPEAL

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:04-cv-12606-PBS

Baena v. KPMG LLP et al
Assigned to: Judge Patti B. Saris
Demand: $340,000
Cause: 11:101 Bankruptcy

Date Filed: 12/01/2004
Jury Demand: None
Nature of Suit: 423 Bankruptcy Withdrawl
Jurisdiction: Federal Question

**Plaintiff**

**Scott L. Baena**
*Litigation Trustee of the Lernout & Hauspie Speech Products, N.V. Litigation Trust*

represented by **David R. Hazouri**
Bilzin Sumberg Baena Price & Axelrod LLP
Suite 2500
200 South Biscayne Boulevard
Miami, FL 33131
305-350-2360
Fax: 305-351-2225
Email: dhazouri@bilzin.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David W. Trench**
Bilzin Sumberg Baena Price & Axelrod LLP
Suite 2500
200 South Biscayne Boulevard
Miami, FL 33131
305-350-2359
Fax: 305-351-2261
Email: dtrench@bilzin.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joel G. Beckman**
Nystrom Beckman & Paris LLP
10 St. James Avenue
16th Floor
Boston, MA 02116
617-778-9100
Fax: 617-778-9110
Email: jbeckman@nbparis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lisa L. Coggins**

Ferry, Joseph, Pearce, P.A.
824 Market Street
Suite 904
Wilmington, DE 19801
302-575-1555
Fax: 302-575-1714
Email: lcoggins@ferryjoseph.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert W. Turken**
Bilzin Sumberg Baena Price & Axelrod LLP
Suite 2500
200 South Biscayne Boulevard
Miami, FL 33131
305-350-2381
Fax: 303-351-2262
Email: rturken@bilzin.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott G. Klein**
Bilzin Sumberg Baena Price & Axelrod LLP
200 South Biscayne Blvd.
Suite 2500
Miami, FL 33131
305-375-6147
Fax: 305-351-2283
Email: sklein@bilzin.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Theodore J. Tacconelli**
Ferry & Joseph, P.A.
824 Market Street
Suite 904, DE 19899
302-575-1555
Fax: 302-575-1714
Email: ttacconelli@ferryjoseph.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William C. Nystrom**
Nystrom Beckman & Paris LLP
10 St. James Avenue
16th Floor
Boston, MA 02116
617-778-9100

Fax: 617-421-1810
Email: wnystrom@nbparis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**KPMG LLP**     represented by **Brett Fallon**
Morris, James, Hitchens & Williams
222 Delaware Avenue
10th Floor
Wilmington, DE 19801
302-888-6888
Fax: 302-571-1750
Email: bfallon@morrisjames.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Diem-Suong T. Nguyen**
Davis Polk & Wardwell
1600 El Camino Real
Menlo Park, CA 94025
Email: nguyen@dpw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Douglas N. Candeub**
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue
10th Floor
Wilmington, DE 19801
302-888-6854
Fax: 302-571-1750
Email: dcandeub@morrisjames.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Julian J. Moore**
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
212-450-4776
Fax: 212-450-3776
Email: julian.moore@dpw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin J. Lesinski**

 Seyfarth Shaw, LLP
World Trade Center East
Two Seaport Lane
Suite 300
Boston, MA 02210
617-946-4801
Fax: 617-946-4801
Email: klesinski@seyfarth.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael P. Carroll**
Davis, Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
212-450-4547
Fax: 212-450-4800
Email: michael.carroll@dpw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael S. Flynn**
Davis Polk & Warwell
450 Lexington Avenue
New York, NY 10017
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean C. Knowles**
Davis, Polk & Wardwell
450 Lexington Ave
New York, NY 10017
212-450-4166
Email: knowles@dpw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kristin G. McGurn**
Seyfarth Shaw, LLP
Two Seaport Lane, Ste. 300
Boston, MA 02210-2028
617-946-4800
Fax: 617-946-4801
Email: kmcgurn@seyfarth.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Klynveld Peat Marwick Goerdeler Bedrijfsrevisoren**   represented by   **Michael J. Stone**
Peabody & Arnold LLP
30 Rowes Wharf

Boston, MA 02110
617-951-2100
Email: mstone@peabodyarnold.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**George A. Salter**
Hogan & Hartson, LLP
875 Third Avenue
New York, NY 10022
212-918-3000
Fax: 212-918-3100
Email: gasalter@hhlaw.com
*ATTORNEY TO BE NOTICED*

**Nicholas W.C. Corson**
Hogan & Hartson, LLP
875 Third Avenue
New York, NY 10022
212-918-3000
Fax: 212-918-3100
Email: ncorson@hhlaw.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/01/2004 | 34 | Case transferred in from District of Deleware; Case Number 04-54842-JHW. Original file with documents numbered 1-33, certified copy of transfer order and docket sheet received. (Attachments: # 1 Original Docket Sheet - ECF Version) (Patch, Christine) (Entered: 12/16/2004) |
| 12/01/2004 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Alexander. (Patch, Christine) (Entered: 12/16/2004) |
| 12/21/2004 | 35 | NOTICE of Appearance by William C. Nystrom, Joel G. Beckman on behalf of Scott L. Baena (Patch, Christine) (Entered: 12/28/2004) |
| 12/22/2004 | 36 | NOTICE of Scheduling Conference Scheduling Conference set for 2/2/2005 02:00 PM in Courtroom 19 before Judge Patti B. Saris. (Patch, Christine) (Entered: 12/29/2004) |
| 12/23/2004 | 37 | MOTION for Leave to Appear Pro Hac Vice by David W. Trench, Robert W. Turken, David R. Hazouri, and Scott G. Klein Filing fee $ 200, receipt number 61050. by Scott L. Baena. (Attachments: # 1 Certificate of David Trench# 2 Certificate of Robert Turken# 3 Certificate of David Hazouri# 4 Certificate of Scott Klein)(Patch, Christine) (Entered: 01/04/2005) |
| 01/04/2005 |  | Judge Patti B. Saris : ElectronicORDER entered granting 37 Motion for Leave to Appear Pro Hac Vice Added David W. Trench for Scott L. |

| | | |
|---|---|---|
| | | Baena, Robert W. Turken for Scott L. Baena, David R. Hazouri for Scott L. Baena, Scott G. Klein for Scott L. Baena (Patch, Christine) (Entered: 01/04/2005) |
| 01/07/2005 | 38 | MOTION to Dismiss *Complaint* by Klynveld Peat Marwick Goerdeler Bedrijfsrevisoren.(Corson, Nicholas) (Entered: 01/07/2005) |
| 01/07/2005 | 39 | MEMORANDUM in Support re 38 MOTION to Dismiss *Complaint* filed by Klynveld Peat Marwick Goerdeler Bedrijfsrevisoren. (Corson, Nicholas) (Entered: 01/07/2005) |
| 01/07/2005 | 40 | DECLARATION re 39 Memorandum in Support of Motion *to Dismiss - Michel Desaive -* by Klynveld Peat Marwick Goerdeler Bedrijfsrevisoren. (Corson, Nicholas) (Entered: 01/07/2005) |
| 01/07/2005 | 41 | MOTION to Dismiss by KPMG LLP.(McGurn, Kristin) (Entered: 01/07/2005) |
| 01/07/2005 | 42 | MEMORANDUM in Support re 41 MOTION to Dismiss filed by KPMG LLP. (McGurn, Kristin) (Entered: 01/07/2005) |
| 01/07/2005 | 43 | DECLARATION re 38 MOTION to Dismiss *Complaint of Nicholas Corson* by Klynveld Peat Marwick Goerdeler Bedrijfsrevisoren. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D) (Corson, Nicholas) (Entered: 01/07/2005) |
| 01/07/2005 | 44 | MOTION for Leave to File *Brief in Excess of Twenty Pages* by KPMG LLP.(McGurn, Kristin) (Entered: 01/07/2005) |
| 01/07/2005 | 45 | DECLARATION *of Kristin G. McGurn in Support of Motion to Dismiss the Complaint* by KPMG LLP. (Attachments: # 1 Exhibit A and B to Declaration# 2 Exhibit C to Declaration part 1# 3 Exhibit C to Declaration part 2# 4 Exhibit C to Declaration part 3# 5 Exhibit C to Declaration part 4# 6 Exhibit C to Declaration part 5# 7 Exhibit C to Declaration part 6# 8 Exhibit C to Declaration part 7# 9 Exhibit D to Declaration# 10 Exhibit E to Declaration part 1# 11 Exhibit E to Declaration part 2# 12 Exhibit F and G to Declaration)(McGurn, Kristin) (Entered: 01/07/2005) |
| 01/07/2005 | 46 | NOTICE of Appearance by Michael J. Stone on behalf of Klynveld Peat Marwick Goerdeler Bedrijfsrevisoren (Patch, Christine) (Entered: 01/18/2005) |
| 01/07/2005 | 47 | MOTION for Leave to Appear Pro Hac Vice by George A. Saltar and Nicholas W.C. Corson Filing fee $ 100, receipt number 61304. by Klynveld Peat Marwick Goerdeler Bedrijfsrevisoren. (Attachments: # 1 Exhibit Affidavit of George A. Saltar# 2 Exhibit Affidavit of Nicholas W.C. Corson)(Patch, Christine) (Entered: 01/18/2005) |
| 01/10/2005 | | Judge Patti B. Saris : ElectronicORDER entered granting 44 Motion for Leave to File Brief a Memorandum in Excess of 20 Pages. (Patch, Christine) (Entered: 01/19/2005) |
| 01/10/2005 | 48 | Judge Patti B. Saris : ORDER entered. "The Court orders that Electronic |

| | | |
|---|---|---|
| | | Case Filing is mandatory in this action as of February 1, 2005." (Patch, Christine) (Entered: 01/20/2005) |
| 01/10/2005 | 49 | NOTICE of Hearing on Motion 38 MOTION to Dismiss *Complaint*, 41 MOTION to Dismiss: Motion Hearing set for 2/2/2005 02:00 PM in Courtroom 19 before Judge Patti B. Saris. (Patch, Christine) (Entered: 01/20/2005) |
| 01/18/2005 | | Judge Patti B. Saris : ElectronicORDER entered granting 47 Motion for Leave to Appear Pro Hac Vice Added George A. Saltar and Nicholas W.C. Corson for Klynveld Peat Marwick Goerdeler Bedrijfsrevisoren (Patch, Christine) (Entered: 01/18/2005) |
| 01/21/2005 | 50 | MOTION To Extend Response Deadline and Reschedule Hearing re 49 Notice of Hearing on Motion, 38 MOTION to Dismiss *Complaint*, 39 Memorandum in Support of Motion, 41 MOTION to Dismiss, 42 Memorandum in Support of Motion by Scott L. Baena.(Beckman, Joel) (Entered: 01/21/2005) |
| 01/24/2005 | | Judge Patti B. Saris: ElectronicORDER entered allowing 50 Motion To Extend Response Deadline and Reschedule Hearing on Motion to Dismiss and Scheduling Conference. "ALLOWED. RESPONSE DUE BY FEBRUARY 11, 2005. THE MOTION HEARING AND SCHEDULING CONFERENCE IS CONTINUED TO MARCH 4, 2005, AT 3:00 P.M." (Alba, Robert) (Entered: 01/24/2005) |
| 01/24/2005 | 51 | RESPONSE to Motion re 50 MOTION To Extend Response Deadline and Reschedule Hearing re 49 Notice of Hearing on Motion, 38 MOTION to Dismiss *Complaint*, 39 Memorandum in Support of Motion, 41 MOTION to Dismiss, 42 Memorandum in Support of Motion filed by KPMG LLP. (McGurn, Kristin) (Entered: 01/24/2005) |
| 01/25/2005 | 52 | NOTICE of Appearance by Kristin G. McGurn on behalf of KPMG LLP (McGurn, Kristin) (Entered: 01/25/2005) |
| 01/25/2005 | 53 | MOTION for Leave to Appear Pro Hac Vice by Michael P. Carroll, Diem-Suong T. Nguyen, Michael S. Flynn, Sean C. Knowles and Julian J. Moore by KPMG LLP. (Attachments: # 1 Certificates in Support of Admission Pro Hac Vice)(McGurn, Kristin) (Entered: 01/25/2005) |
| 01/25/2005 | | Filing fee: $ 250.00, receipt number 61711 regarding Motion for Leave to Appear Pro Hac Vice by Michael P. Carroll, Diem-Suong T. Nguyen, Michael S. Flynn, Sean C. Knowles and Julian J. Moore (Patch, Christine) (Entered: 02/08/2005) |
| 02/08/2005 | | Judge Patti B. Saris : Electronic ORDER entered granting 53 Motion for Leave to Appear Pro Hac Vice Added Michael P. Carroll for KPMG LLP, Diem-Suong T. Nguyen for KPMG LLP, Michael S. Flynn for KPMG LLP, Sean C. Knowles for KPMG LLP, Julian J. Moore for KPMG LLP (Patch, Christine) (Entered: 02/08/2005) |
| 02/11/2005 | 54 | AFFIDAVIT of David Trench in support of Plaintiff's Opposition to KPMG Belgium's Motion to Dismiss the Complaint in Opposition re 38 |

| | | |
|---|---|---|
| | | MOTION to Dismiss *Complaint* filed by Scott L. Baena. (Beckman, Joel) (Entered: 02/11/2005) |
| 02/11/2005 | 55 | MEMORANDUM in Opposition re 38 MOTION to Dismiss *Complaint* filed by Scott L. Baena. (Beckman, Joel) (Entered: 02/11/2005) |
| 02/11/2005 | 56 | Assented to MOTION for Leave to File Excess Pages by Scott L. Baena. (Beckman, Joel) (Entered: 02/11/2005) |
| 02/11/2005 | 57 | MEMORANDUM in Opposition re 41 MOTION to Dismiss filed by Scott L. Baena. (Beckman, Joel) (Entered: 02/11/2005) |
| 02/14/2005 | 58 | AFFIDAVIT of David W. Trench in Opposition re 41 MOTION to Dismiss filed by Scott L. Baena. (Beckman, Joel) (Entered: 02/14/2005) |
| 02/25/2005 | 59 | JOINT STATEMENT re scheduling conference *Pursuant to Local Rule 16.1*. (Beckman, Joel) (Entered: 02/25/2005) |
| 02/25/2005 | 60 | STATEMENT OF COUNSEL of Joel G. Beckman *Certification Pursuant to Local Rule 16.1(D)(3)* by Scott L. Baena. (Beckman, Joel) (Entered: 02/25/2005) |
| 02/25/2005 | 61 | MOTION for Leave to File *Reply Memorandum of Law* by Klynveld Peat Marwick Goerdeler Bedrijfsrevisoren.(Corson, Nicholas) (Entered: 02/25/2005) |
| 02/25/2005 | 62 | REPLY to Response to Motion re 38 MOTION to Dismiss *Complaint* filed by Klynveld Peat Marwick Goerdeler Bedrijfsrevisoren. (Corson, Nicholas) (Entered: 02/25/2005) |
| 02/25/2005 | 63 | DECLARATION *of Nicholas W.C. Corson in Support of Reply Memorandum of Law* by Klynveld Peat Marwick Goerdeler Bedrijfsrevisoren. (Corson, Nicholas) (Entered: 02/25/2005) |
| 02/25/2005 | 64 | MOTION for Leave to File *Reply* by KPMG LLP.(McGurn, Kristin) (Entered: 02/25/2005) |
| 02/25/2005 | 65 | REPLY to Response to Motion re 41 MOTION to Dismiss filed by KPMG LLP. (McGurn, Kristin) (Entered: 02/25/2005) |
| 02/25/2005 | 66 | CERTIFICATION pursuant to Local Rule 16.1 by Scott L. Baena. Re-entered by court staff to correct data entry error. (Patch, Christine) (Entered: 03/01/2005) |
| 02/28/2005 | | Judge Patti B. Saris: Electronic ORDER entered granting 61 Assented to MOTION for Leave to File Reply Memorandum of Law by Klynveld Peat Marwick Goerdeler Bedrijfsrevisoren. (Alba, Robert) (Entered: 02/28/2005) |
| 02/28/2005 | | Judge Patti B. Saris: Electronic ORDER entered granting 64 Unopposed MOTION for Leave to File Reply by KPMG LLP. (Alba, Robert) (Entered: 02/28/2005) |
| 03/01/2005 | | Documents terminated: 60 Statement of counsel filed by Scott L. Baena,. (Patch, Christine) (Entered: 03/01/2005) |

| | | |
|---|---|---|
| 03/01/2005 | 🌑 | Notice of correction to docket made by Court staff. Correction: Document No. 60 terminated because it was filed using the wrong event. Please refer to Document No. 66 for corrected filing (Patch, Christine) (Entered: 03/01/2005) |
| 03/02/2005 | 67 | NOTICE OF RESCHEDULING The Motion Hearing re: Motion to Dismiss and Scheduling Conference previously set for 3/4/05 has been rescheduled to 3/25/2005 04:00 PM in Courtroom 19 before Judge Patti B. Saris. (Patch, Christine) (Entered: 03/02/2005) |
| 03/08/2005 | 68 | CERTIFICATION pursuant to Local Rule 16.1 by KPMG LLP. (McGurn, Kristin) (Entered: 03/08/2005) |
| 03/24/2005 | 69 | CERTIFICATION pursuant to Local Rule 16.1 by Klynveld Peat Marwick Goerdeler Bedrijfsrevisoren.(Corson, Nicholas) (Entered: 03/24/2005) |
| 03/25/2005 | 🌑 | Electronic Clerk's Notes for proceedings held before Judge Patti B. Saris: Motion Hearing held on 3/25/2005 re 38 MOTION to Dismiss *Complaint* filed by Klynveld Peat Marwick Goerdeler Bedrijfsrevisoren,, 41 MOTION to Dismiss filed by KPMG LLP. Court hears argument of counsel. Court takes motion under advisement. Court sets limited discovery. (Court Reporter Cheryl Dahlstrom.) (Alba, Robert) (Entered: 03/25/2005) |
| 05/03/2005 | 70 | TRANSCRIPT of Motion Hearing held on March 25, 2005 before Judge Saris. Court Reporter: Cheryl Dahlstrom. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/951-4555 or the Clerk's Office. (Scalfani, Deborah) (Entered: 05/03/2005) |
| 05/19/2005 | 71 | MOTION for Leave to File *(KPMG LLP's Unopposed Motion For Leave To Submit Additional Authority In Further Support Of Its Motion To Dismiss)* by KPMG LLP.(Lesinski, Kevin) (Entered: 05/19/2005) |
| 06/02/2005 | 72 | RESPONSE to Motion re 71 MOTION for Leave to File *(KPMG LLP's Unopposed Motion For Leave To Submit Additional Authority In Further Support Of Its Motion To Dismiss)* filed by Scott L. Baena. (Zakarian, Dana) (Entered: 06/02/2005) |
| 06/08/2005 | 🌑 | Motions terminated from Court's Statistical Report: 56 Assented to MOTION for Leave to File Excess Pages filed by Scott L. Baena. (issue addressed by prior Court action.) (Alba, Robert) (Entered: 06/08/2005) |
| 06/15/2005 | 73 | MOTION for Leave to File *(KPMG LLP's Motion For Leave To Respond To Plaintiff's Submission Regarding Additional Authority)* by KPMG LLP. (Attachments: # 1 Exhibit A)(McGurn, Kristin) (Entered: 06/15/2005) |
| 09/27/2005 | 74 | Judge Patti B. Saris : ORDER entered. MEMORANDUM AND ORDER, granting 38 MOTION to Dismiss *Complaint* filed by Klynveld Peat Marwick Goerdeler Bedrijfsrevisoren,, 41 MOTION to Dismiss filed by KPMG LLP,.(Patch, Christine) (Entered: 09/28/2005) |

| 09/27/2005 | | Civil Case Terminated. (Patch, Christine) (Entered: 09/28/2005) |
|---|---|---|
| 10/06/2005 | 75 | NOTICE OF APPEAL as to 74 Memorandum & ORDER, Terminate Motions by Scott L. Baena. $ 255 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 10/26/2005. (Zakarian, Dana) (Entered: 10/06/2005) |
| 10/11/2005 | | Filing fee: $ 255.00, receipt number 67355 regarding Notice of Appeal (Patch, Christine) (Entered: 10/13/2005) |