# United States Court of Appeals
## For the First Circuit

04-12606
USDC/MA
Saris, J

No. 05-2868

SCOTT L. BAENA, Litigation Trustee of the
Lernout & Hauspie Speech Products, N.V. Litigation Trust,

Plaintiff, Appellant,

v.

KPMG LLP and KLYNVELD PEAT MARWICK
GOERDELER BEDRIJFSREVISOREN,

Defendants, Appellees.

**JUDGMENT**

Entered: June 22, 2006

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed.

**Certified and Issued as Mandate
under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

_____
**Deputy Clerk**

Date: 8/7/06

By the Court:

*Richard Cushing Donovan*

_____
Richard Cushing Donovan, Clerk

[cc: Mr. Hazouri, Mr. Trench, Mr. Turken, Mr. Klein, Mr. Beckham, Ms. Zakarian, Mr. Nystrom, Ms. Coggins, Ms. Fallon, Mr. Candeub, Mr. Nguyen, Mr. Moore, Mr. Carroll, Mr. Flynn, Mr. Knowles, Mr. Lesinski, Ms. McGurn, Mr. Hanlon, Mr. Leahey, Mr. Stone, Mr. Salter & Mr. Corson.]